**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Miami International Medical Center, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  The Miami Medical Center** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-1744362** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**5959 NW 7 St**
**Miami, FL 33126**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Miami-Dade**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www://miamimedicalcenter.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Miami International Medical Center, LLC**                           Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**    A. *Check one:*

    ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ☐ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        **6221**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

    ■ No.

    ☐ Yes.

| | District _____ | When _____ | Case number _____ |
| --- | --- | --- | --- |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

    ■ No

    ☐ Yes.

| | Debtor _____ | | Relationship _____ |
| --- | --- | --- | --- |
| | District _____ | When _____ | Case number, if known _____ |

Debtor   **Miami International Medical Center, LLC**                     Case number (*if known*) _____
         _____
         Name

---

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency  _____
         Contact name      _____
         Phone             _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Miami International Medical Center, LLC**                Case number (*if known*) _____
_____
Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  9, 2018**
_____
                  MM / DD / YYYY

*X* **/s/ Jeffrey Mason**                          **Jeffrey Mason**
_____         _____
Signature of authorized representative of debtor       Printed name

Title    **Chief Administrative Officer**
_____

**18. Signature of attorney**

*X* **/s/ Peter D. Russin**                    Date    **March  9, 2018**
_____               _____
Signature of attorney for debtor                          MM / DD / YYYY

**Peter D. Russin 765902**
_____
Printed name

**Meland Russin & Budwick, P.A.**
_____
Firm name

**200 South Biscayne Boulevard
Suite 3200
Miami, FL 33131**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(305) 358-6363**          Email address    _____

**765902 FL**
_____
Bar number and State

# United States Bankruptcy Court
## Southern District of Florida

In re   **Miami International Medical Center, LLC**              Case No. _____

                                        Debtor(s)              Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jeffrey Mason**, declare under penalty of perjury that I am the **Chief Administrative Officer** of **Miami International Medical Center, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **22nd** day of **January** , 2018.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jeffrey Mason, Chief Administrative Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jeffrey Mason, Chief Administrative Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jeffrey Mason, Chief Administrative Officer** of this Corporation is authorized and directed to employ **Peter D. Russin 765902**, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case."

Date   **January 24, 2018** _____      Signed   **/s/ Jeffrey Mason** _____

                                                                       **Jeffrey Mason**

Resolution of Board of Directors
of
**Miami International Medical Center, LLC**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jeffrey Mason, Chief Administrative Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jeffrey Mason, Chief Administrative Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jeffrey Mason, Chief Administrative Officer** of this Corporation is authorized and directed to employ **Peter D. Russin 765902**, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case.


Date   **January 24, 2018**                                   Signed   /s/ Jeffrey Mason
                                                                        **Jeffrey Mason**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Miami International Medical Center, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __March  9, 2018__          *X* /s/ Jeffrey Mason
                                        Signature of individual signing on behalf of debtor

                                        **Jeffrey Mason**
                                        Printed name

                                        **Chief Administrative Officer**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Miami International Medical Center, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Akerman LLP 350 East Las Olas Blvd. Ste 1600 Fort Lauderdale, FL 33301** | | professional services | **Disputed** | | | $285,945.00 |
| **Aramark Healthcare Support Services, LLC % Jonathan L. Swichar, Esq. Duane Morris LLP 30 S 17 St Philadelphia, PA 19103-4196** | | services provided | | | | $1,442,889.00 |
| **Arthrex 1370 Creekside Blvd Naples, FL 34108** | | medical supplies purchased | | | | $407,580.66 |
| **Cardinal Health Medical Products & Serv PO Box 905867 Charlotte, NC 28290-5867** | | medical supplies purchased | | | | $1,211,985.77 |
| **Daniel T Alfonso MD 12401 Pine Needle Ln Miami, FL 33156** | | convertible notes | | | | $227,611.00 |
| **Florida Department of Revenue 5050 W Tennessee St Tallahassee, FL 32399** | | sales and use tax Voided Stipulation Agreement 923321544 | | | | $187,321.70 |
| **Johnson and Johnson Healthcare PO Box 406663 Atlanta, GA 30384** | | medical supplies purchased | | | | $246,261.52 |

Debtor  **Miami International Medical Center, LLC**                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| LDR 13785 Research Blvd Ste 200 Austin, TX 78750 | | medical supplies purchased | | | | $346,375.00 |
| Lifecell Corporation One Millennium Way Somerville, NJ 08876 | | medical supplies purchased | | | | $309,091.66 |
| Miami Anesthesia Services LLC 3716 NE 208 Ter Miami, FL 33180 | | Services Provided | Disputed | | | $802,608.70 |
| Molina Inpatient Service Inc 151 N Nob Hill Rd Ste 306 Fort Lauderdale, FL 33324 | | Services Provided | | | | $145,800.00 |
| nThrive Inc PO Box 733492 Dallas, TX 75373-3492 | | Services Provided | | | | $200,000.00 |
| Nuvasive 7475 Lusk Blvd San Diego, CA 92121 | | medical supplies purchased | | | | $481,556.51 |
| OHL-Arellano Construction Company 7051 SW 12 St Miami, FL 33144 | | Final Award in Arbitration | Contingent Unliquidated Disputed | | | $1,459,886.16 |
| One Blood Inc 8869 Commodity Cir Orlando, FL 32819 | | Services Provided | | | | $158,422.28 |
| Roberto A. Miki, MD 6301 SW 110 St Pinecrest, FL 33156 | | convertible notes | | | | $227,611.00 |
| Specialty Care, Inc. Dept 1614 PO Box 11407 Birmingham, AL 35246-1614 | | Services Provided | | | | $237,358.50 |
| Stryker Instruments 4100 E Milham Ave Kalamazoo, MI 49001 | | medical supplies purchased | | | | $162,024.85 |
| Stryker Orthopedics 325 Corporate Dr Mahwah, NJ 07430 | | medical supplies purchased | | | | $187,584.56 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Miami International Medical Center, LLC**
         Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Univ of Miami Miller UMDC Dept of Pathology PO Box 405776 Atlanta, GA 30384** | | **Services Provided** | | | | **$493,888.38** |

```
Fill in this information to identify the case:

Debtor name      Miami International Medical Center, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____
```

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*......................................................................................................   $             **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..................................................................................................   $      **21,399,208.39**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*....................................................................................................   $      **21,399,208.39**

---

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................   $      **36,970,731.56**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $       **187,321.70**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$     **30,120,515.00**

4.    **Total liabilities** .......................................................................................................................
    Lines 2 + 3a + 3b
    $      **67,278,568.26**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Miami International Medical Center, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **MidFirst Bank**<br>**501 NW Grand Blvd.**<br>**Oklahoma City, OK 73118** | Checking | 1485 | $500.00 |
| 3.2. | **TD Bank** | Checking | 7199 | $81,724.47 |

4.   **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Undeposited checks (receivables)** | $20,643.88 |

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $102,868.35 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Miami-Dade Water & Sewer** | $500.00 |

Debtor    **Miami International Medical Center, LLC**                    Case number *(If known)* _____
       Name

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

   8.1.  **Healthcare RE - prepaid insurance**                                          **$68,648.97**

   8.2.  **Variety Children's Hospital dba Nicklaus - prepaid insurance in escrow with Landlord**    **$306,443.58**

   8.3.  **GHX - annual service contract**                                          **$2,037.50**

   8.4.  **Iron Mountain- prepaid records storage rental**                          **$229,553.55**

   8.5.  **Fifth Avenue- prepaid contract**                                          **$18,573.00**

---

9.    **Total of Part 2.**                                                          **$625,756.60**
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

   11b. Over 90 days old:    **2,456,676.00**  -     **0.00**  =....    **$2,456,676.00**
                               face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                          **$2,456,676.00**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

---

| Debtor | **Miami International Medical Center, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies Medical supply inventory (see Notice of Filing Asset Listing for Debtor's Schedule B)** | 10/31/2017 | $766,692.00 | FIFO | $766,691.62 |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | $766,691.62 |
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture Miscellaneous non-medical use furniture and fixtures (see Notice of Filing Asset Listing for Debtor's Schedule B)** | $2,656,064.80 | straight line | $2,656,064.80 |

| | | | | |
|---|---|---|---|---|
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software Office equipment, including all computer equipment and communication systems (see Notice of Filing Asset Listing for Debtor's** | $995,807.85 | straight line | $995,807.85 |

| Debtor | **Miami International Medical Center, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Schedule B)**

---

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    $3,651,872.65

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **1997 GMC truck VIN<br>4KDB481 R8VJ003148** | $1,000.00 | | $1,000.00 |
| 47.2.  **2013 Dodge Durango** | $5,000.00 | | $5,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Medical equipment and instruments (see Notice of Filing Asset Listing for Debtor's Schedule B)** | $12,997,665.80 | straight line | $12,997,665.80 |
| **Leased medical equipment (see Notice of Filing Asset Listing for Debtor's Schedule B)** | Unknown | | Unknown |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    $13,003,665.80

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Debtor | **Miami International Medical Center, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Lease of 5959 NW 7th St., Miami, FL 33126 Parcel 01-4001-004-1020 Parcel 01-4001-004-1270 Parcel 01-4001-004-1300 Parcel 01-4001-004-1580 Parcel 01-4001-004-1590 Parcel 30-3036-002-0030** | **Lease** | **Unknown** | | **Unknown** |

56.    **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$0.00** |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

Debtor    **Miami International Medical Center, LLC**                         Case number *(If known)* _____
          Name

| 61. | Internet domain names and websites<br>www.//miamimedicalcenter.com | Unknown | | Unknown |
|---|---|---|---|---|

| 62. | Licenses, franchises, and royalties<br>**Florida Hospital License (AHCA) and<br>Certificate of Need** | Unknown | | Unknown |
|---|---|---|---|---|
| | **Other Operational Licenses (see Notice of<br>Filing Asset Listing for Debtor's Schedule B)** | Unknown | | Unknown |

| 63. | Customer lists, mailing lists, or other compilations<br>**Databases: Cerner EMR Patient List, Web-page<br>Referral Submission List, and Facebook Fan<br>Page List<br>The Cerner EMR was hosted by Nicklaus<br>Children's Hospital, so the Patient List is<br>captured therein. That database is accessible<br>through NCH IT.  The Web-page Referral<br>Submission List was captured in a form used<br>when potential clients, both domestic and<br>international, would browse our web-page and<br>inquire about services that we had to offer<br>them. This was set up by NueHealth and a<br>third party company named OPPR, and should<br>be accessible through one of those entities.<br>The FaceBook Fan Page list is attached to our<br>FaceBook site and should be accessible<br>therein.** | Unknown | | Unknown |
|---|---|---|---|---|

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                                    | $0.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Miami International Medical Center, LLC**                    Case number *(If known)* _____
　　　　　　Name

|  | | **Current value of debtor's interest** |
|---|---|---|

71.　**Notes receivable**
　　　Description (include name of obligor)

72.　**Tax refunds and unused net operating losses (NOLs)**
　　　Description (for example, federal, state, local)

73.　**Interests in insurance policies or annuities**

74.　**Causes of action against third parties (whether or not a lawsuit has been filed)**
　　　**Harvard Jolly, Inc. and RCG Electrical & Mechanical Works, LLC**

| **Nature of claim** | electrical design deficiences | **Unknown** |
|---|---|---|
| **Amount requested** | $0.00 | |

75.　**Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.　**Trusts, equitable or future interests in property**

77.　**Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**non trade receivable - Miami Metropolitan Hospital (2013) AHCA tax free reimbursement**                                           $585,959.00

**non trade receivable -Miami Metropolitan Hospital (2014) AHCA tax free reimbursement**                                           $184,523.00

**Credit balances:**
**Cingtas $470.13**
**Bausch+ Lomb Surgical $725.24**                                                                                                   $1,195.37

**non trade receivable from reverse distributor for pharmaceutical inventory**                                                      $20,000.00

78.　**Total of Part 11.**                                                                           | $791,677.37 |
　　　Add lines 71 through 77. Copy the total to line 90.

79.　**Has any of the property listed in Part 11 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 7

Debtor    **Miami International Medical Center, LLC**                   Case number *(If known)* _____
            Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $102,868.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $625,756.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,456,676.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $766,691.62 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,651,872.65 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $13,003,665.80 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $791,677.37 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,399,208.39 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,399,208.39 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name  **Miami International Medical Center, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

---

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**  **General Electric Capital Corp**
Creditor's Name

PO Box 641419
Pittsburgh, PA 15264-1419
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**12/11/2015**
Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**MRI Lease: Signa HDXT MRI Contract 9826510001**

**Describe the lien**
**UCC-1**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$413,937.00 | Unknown

**2.2**  **General Electric Capital Corp**
Creditor's Name

PO Box 641419
Pittsburgh, PA 15264-1419
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number ____

Do multiple creditors have an interest in the same property?

**Describe debtor's property that is subject to a lien**
**CT Lease**

**Describe the lien**
**UCC-1**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$230,856.00 | Unknown

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Miami International Medical Center, LLC**                                    Case number (if know) _____
_____
Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Intuitive Surgical Inc** | | | **Describe debtor's property that is subject to a lien** | **$425,273.35** | **Unknown** |

Creditor's Name

**1266 Kifer Rd
Bldg 101
Sunnyvale, CA 94086-5304**
Creditor's mailing address

**One da Vinci Si Certified Pre Owned FireFly Flouresence System Single Console**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Laser Surgical of Florida Inc** | | | **Describe debtor's property that is subject to a lien** | **$84,565.04** | **Unknown** |

Creditor's Name

**555 NE 15 St
Ste 21-A
Miami, FL 33132**
Creditor's mailing address

**Judgment Lien J18000022764**
_____

**Describe the lien**
**Judgment Lien**
_____

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/17/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.5 | **MidFirst Bank** | | | **Describe debtor's property that is subject to a lien** | **$9,400,000.00** | **Unknown** |

Creditor's Name

**501 NW Grand Blvd
Oklahoma City, OK 73118**
Creditor's mailing address

**All accounts, accounts receivable, government and non-government health care accounts receivable and health care insurance receivables and all proceeds and products thereof.**
_____

**Describe the lien**
**Revolving Note**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 5

Debtor    **Miami International Medical Center, LLC**      Case number *(if know)* _____
<br>Name

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Variety Children's Hospital dba Nicklaus**
**2. MidFirst Bank**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Olympus America Inc** | **Describe debtor's property that is subject to a lien** | $18,513.39 | Unknown |
|---|---|---|---|---|

Creditor's Name

**3500 Corporate Pkwy
Center Valley, PA 18034**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**medical equipment**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **US Bank Equipment Finance** | **Describe debtor's property that is subject to a lien** | $123,893.78 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1310 Madrid St
Marshall, MN 56258**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/10/2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Copiers
Contract No. 500-0456198-000**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Miami International Medical Center, LLC**                     Case number (if know) _____
         _____
         Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Variety Children's Hospital dba Nicklaus** | Describe debtor's property that is subject to a lien | $26,273,693.00 | Unknown |

Creditor's Name

**3100 SW 62 Ave**
**501 NW Grand Blvd**
**Attn: CFO**
**Miami, FL 33155**
Creditor's mailing address

**See attached**
_____

Describe the lien
**Term Note**
_____

Is the creditor an insider or related party?

☐ No

■ Yes

Creditor's email address, if known

**Date debt was incurred**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.5**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $36,970,731.56 |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dex Imaging, Inc.**<br>**5109 W Lemon St**<br>**Tampa, FL 33609** | Line  2.7 | |
| **Jorge L. Fors, Jr., Esq.**<br>**Fors Attorneys at Law**<br>**1108 Ponce de Leon Blvd**<br>**Miami, FL 33134** | Line  2.4 | |
| **Nichole Lamoureauz**<br>**Property Operations Specialist**<br>**3100 SW 62 Ave**<br>**Miami, FL 33155** | Line  2.8 | |
| **Olympus**<br>**5190 NW 167 St**<br>**Hialeah, FL 33014** | Line  2.6 | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 5

| Debtor | **Miami International Medical Center, LLC** | Case number (if know) | |
| | Name | | |

**US Bank Equipment Finance**
**Attn: Contracts Dept/General Counsel**          Line  **2.7**
**1020 Kifer Rd**
**Sunnyvale, CA 94086**

FLORIDA SECURED TRANSACTION REGISTRY

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT AMENDMENT FORM

# FILED

**2018 Jan 26 PM 04:33**

**\*\*\*\* 201803973682 \*\*\*\***

**\*\*\*D \* 20170011FA-42.00\*\*\*42.00\*\*\***

| | |
|---|---|
| **A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**<br>John W. Funk          405/272-5710<br><br>Email Address jfunk@cwlaw.com | |
| **B. SEND ACKNOWLEDGMENT TO:**<br>Name    John W. Funk, Esq.<br><br>Address  Conner & Winters, LLP<br><br>Address  211 N. Robinson, Suite 1700<br><br>City/State/Zip Oklahoma City, Oklahoma 73102 | |

TH

| 1a. INITIAL FINANCING STATEMENT FILE #<br>201504643818 | 1b. ☐ | This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|---|

**2. CURRENT RECORD INFORMATION – DEBTOR NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b)**

| 2a. ORGANIZATION'S NAME<br>Miami International Medical Center, LLC | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**3. CURRENT RECORD INFORMATION – SECURED PARTY NAME – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)**

| 3a. ORGANIZATION'S NAME<br>MidFirst Bank | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**4. ☐ TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**5. ☐ CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**6. ☑ ASSIGNMENT** ☐ Full or ☑ Partial: Give name of assignee in item 9a or 9b and address of assignee in item 9c; and also give name of assignor in item 11.

**7. ☐ AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 8 and/or 9.

☐ CHANGE name and/or address: Give current record name in item 8a or 8b; Also give new name (if name change) in item 9a or 9b and/or new address (if address change) in item 9c.  ☐ DELETE name: Give record name to be deleted in item 8a or 8b.  ☐ ADD name: Complete item 9a or 9b, and 9c.

**8. CURRENT RECORD INFORMATION – INSERT ONLY ONE NAME (8a OR 8b) – Do Not Abbreviate or Combine Names**

| 8a. ORGANIZATION'S NAME<br>Miami International Medical Center, LLC | | | |
|---|---|---|---|
| 8b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**9. CHANGED (NEW) OR ADDED INFORMATION: – INSERT ONLY ONE NAME (9a OR 9b) – Do Not Abbreviate or Combine Names**

| 9a. ORGANIZATION'S NAME<br>Variety Children's Hospital | | | |
|---|---|---|---|
| 9.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 9.c MAILING ADDRESS Line One<br>3100 S.W. 62nd Avenue | This space not available. | | |
| MAILING ADDRESS Line Two | CITY<br>Miami | STATE<br>FL   POSTAL CODE<br>33155   COUNTRY<br>USA | |

**10. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ DELETE or ☐ ADD, or give entire ☐ RESTATE collateral description, or describe collateral   ☑ ASSIGN collateral

All of the Debtor's equipment, medical equipment, computer equipment, computer hardware, computer software, computer software licenses, medical supplies, furniture and hospital beds and all proceeds and products thereof as described in the Lender's UCC-1 Financing Statement No. 201504643818 filed with the Florida Secured Transaction Registry (the "UCC-1"), including without limitation, the items set forth on Exhibit A attached hereto (the "Assigned Assets"), but excluding all other collateral described in the UCC-1, including but not limited to, all accounts, accounts receivable, government and non-government health care accounts receivable and health care insurance receivables and all proceeds and products thereof.

**11. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor, which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 11a. ORGANIZATION'S NAME<br>MidFirst Bank | | | |
|---|---|---|---|
| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 12. OPTIONAL FILER REFERENCE DATA  07248-0182 (MidFirst Bank/Miami International Medical Center) | 956318 |
|---|---|

| STANDARD FORM - FORM UCC-3 (REV.05/2013) | Filing Office Copy | Approved by the Secretary of State, State of Florida |
|---|---|---|

# EXHIBIT "A"

## Assigned Assets List

| | | | |
|---|---|---|---|
| 1 | Furniture & Fixtures | BENSONWEDD, LLC | Misc Furniture |
| 2 | Furniture & Fixtures | BENSONWEDD, LLC | Furniture - 2nd floor ptnt room |
| 3 | Furniture & Fixtures | BENSONWEDD, LLC | Furniture - 3rd floor ptnt rm |
| 4 | Furniture & Fixtures | MIZUHO | Control, Imaging TOp |
| 5 | Furniture & Fixtures | BENSONWEDD, LLC | Furniture - 1st Floor |
| 6 | Furniture & Fixtures | BENSONWEDD, LLC | Final Payment |
| 7 | Furniture & Fixtures | BENSONWEDD, LLC | Furniture Purchase |
| 8 | Furniture & Fixtures | BENSONWEDD, LLC | Signage |
| 9 | Furniture & Fixtures | Pedigo | Carts, hampers, stools |
| 10 | Furniture & Fixtures | BENSONWEDD, LLC | Furniture installation |
| 12 | Furniture & Fixtures | BENSONWEDD, LLC | Installation |
| 13 | Furniture & Fixtures | MIZUHO | Table and Traction Boot |
| 14 | Furniture & Fixtures | BENSONWEDD, LLC | 50% Deposit furniture |
| 15 | Furniture & Fixtures | ASR | Keypad Control |
| 16 | Furniture & Fixtures | ADVANCED ELECTRONICS | TV (56) and Cables |
| 17 | Furniture & Fixtures | Direct Supply | Frigerators (49), Microwaves (14) |
| 18 | Furniture & Fixtures | Schaerer Medical | Surgery Table |
| 19 | Furniture & Fixtures | Datex Ohmeda, Inc | Infant warmer system |
| 20 | Furniture & Fixtures | BENSONWEDD, LLC | Furniture - 1st Floor Furn |
| 21 | Furniture & Fixtures | BENSONWEDD, LLC | Mirrors and Plexi Glass |
| 22 | Furniture & Fixtures | BENSONWEDD, LLC | Furniture - 3rd floor support |
| 24 | Furniture & Fixtures | BENSONWEDD, LLC | furniture - Mirror/Evac |
| 25 | Furniture & Fixtures | BENSONWEDD, LLC | Furniture sales tax paid |
| 26 | Furniture & Fixtures | Maquet | Universal Core and Freight |
| 27 | Furniture & Fixtures | BENSONWEDD, LLC | Furniture - 2nd floor |
| 28 | Furniture & Fixtures | Leica | Microtome, Crystat |
| 29 | Furniture & Fixtures | Future Health Concepts Inc | Cabinet and Shelving (9) |
| 30 | Furniture & Fixtures | Aramark, BensonWedd | Smallwares |
| 31 | Furniture & Fixtures | BENSONWEDD, LLC | Furniture - 2nd floor support |
| 32 | Furniture & Fixtures | BENSONWEDD, LLC | Furniture - patient room |
| 33 | Furniture & Fixtures | GE Healthcare | File Holder Cabinets |
| 34 | Furniture & Fixtures | Grainger | Trash Cans, fire blanket |
| 35 | Furniture & Fixtures | Direct Supply | Side by Side Fridge |
| 36 | Furniture & Fixtures | BENSONWEDD, LLC | Furniture- 1st Floor |

1

| 38 | Furniture & Fixtures | BENSONWEDO, LLC | Furniture | |
| 39 | Furniture & Fixtures | Network | Roll Towel Dispenser (400) | |
| 40 | Furniture & Fixtures | BENSONWEDO, LLC | Moulding Supplies | |
| 41 | Furniture & Fixtures | BENSONWEDO, LLC | QS Recliners | |
| 42 | Furniture & Fixtures | BENSONWEDO, LLC | Furniture | |
| 43 | Furniture & Fixtures | BENSONWEDO, LLC | Signs in Braille | |
| 44 | Furniture & Fixtures | BENSONWEDO, LLC | Interior Design, IKEA furniture | |
| 45 | Furniture & Fixtures | BENSONWEDO, LLC | Furniture - 3rd floor add on | |
| 46 | Furniture & Fixtures | BENSONWEDO, LLC | Conference Room Chairs | |
| 47 | Furniture & Fixtures | Hill-Rom | Contract Invoice | |
| 48 | Furniture & Fixtures | Office Furniture Warehouse | Conference Table | |
| 49 | Furniture & Fixtures | Cort Business | | 0 |
| 50 | Furniture & Fixtures | Hill-Rom | 2nd FLoor ICU | |
| 51 | Furniture & Fixtures | JE & SON SUPPLY | tankless Water Heater | |
| 52 | Hardware | MIAMI CHILDREN'S HEALTH SYSTEM | Cerner Startup and Testing | |
| 53 | Hardware | MIAMI CHILDREN'S HEALTH SYSTEM | CABLING, PHONES, PC EQUIP | |
| 54 | Hardware | MIAMI CHILDREN'S HEALTH SYSTEM | Final payment to $5M contract | |
| 55 | Hardware | GHX | Trading Partner Acceleration Provider Exchange | |
| 56 | Hardware | Strategic | 12B Motorola systems | |
| 57 | Hardware | MIAMI CHILDREN'S HEALTH SYSTEM | EQUIPMENT PURCHASE | |
| 58 | Hardware | Security 101 | Security equipment and install | |
| 59 | Hardware | MAVICOR LLC | Network Hardware | |
| 60 | Hardware | Mindray | BOM SOFTWARE | |
| 61 | Hardware | Greenline Home Theater | TV's | |
| 62 | Hardware | Oppor | SERVERS | |
| 63 | Hardware | Smith's Medical | Medication Safety Software | |
| 64 | Hardware | AB&A | Website development | |
| 65 | Hardware | MAVICOR LLC | ipads (20) | |
| 66 | Hardware | Zones | Scanners (10) | |
| 67 | Hardware | MAVICOR LLC | Phones (10) | |
| 68 | Hardware | Security 101 | Security equipment | |
| 69 | Hardware | Advanced Electronics | TV for conference room | |
| 70 | Hardware | MAVICOR LLC | Installation and Air Mac book | |
| 71 | Hardware | MAVICOR LLC | Mcbook Pro | |
| 72 | Hardware | NUETERRA HOLDINGS | Macbook for L. Huntley | |
| 73 | Instruments | Intuitive Surgical | Misc Instruments- forceps, graspers, endoscope assy | |

2

| 74 | Instruments | Arthrex | Shoulder instrument set |
| 75 | Instruments | Arthrex | Tenodesis Instrument set |
| 76 | Instruments | Applied Medical | reusable grasper handle |
| 77 | Instruments | Carefusion | Puxis machine |
| 78 | Instruments | Karl Storz | flexible cystoscope |
| 79 | Instruments | Olympus | Vacuum curettage system |
| 80 | Instruments | Alcon | forceps, scrappers |
| 81 | Instruments | Arthrex | coupler, zoom, hd, c mount (2) |
| 82 | Instruments | Mindray | Ultasonic Transducer |
| 83 | Instruments | Labsco | nerve Stimulator (3) |
| 85 | Instruments | network | mounting bracket |
| 86 | Instruments | 3m | 2 attest auto reader |
| 87 | Instruments | Steris | Install Sonic Console |
| 88 | Instruments | steris | Extron USB extender Plus |
| 89 | Instruments | Arthex | metal cannula |
| 90 | Instruments | Aesculap | Micro Pituitary Rongeur |
| 91 | Instruments | Aesculap | Tenaculum Grasper (2) |
| 92 | Instruments | Olympus | Optical Urethrotome Sheath |
| 93 | Instruments | Aesculap | Right Angle Dissector (2) |
| 94 | Instruments | Arthex | Con OBT Sheath w/ handle (7) |
| 95 | Instruments | cardinal | Holder triple glove box stainless steel (14) |
| 96 | Instruments | Aesculap | Henly Retractor Set w/ accessories |
| 97 | Instruments | CLAFLINMedical Equipment | LED Exam lamp (2) |
| 98 | Instruments | Aesculap | OB instruments |
| 99 | Instruments | CLAFLINMedical Equipment | Wis-Hipple fiber optic blades |
| 100 | Medical Equipment | Intuitive Surgical | IS4000 Da Vinci System |
| 101 | Medical Equipment | Steris Corporation | OR EQUIPMENT |
| 102 | Medical Equipment | Stryker Instruments | Misc drills, saws, laproscopes |
| 104 | Medical Equipment | GE Healthcare | 12 Anesthesia Machines |
| 105 | Medical Equipment | Hill-Rom | Equipment of beds |
| 107 | Medical Equipment | PHILIPS HEALTHCARE | Patient Monitor Station |
| 108 | Medical Equipment | Aesculap | Medical Instruments |
| 110 | Medical Equipment | Steris Corporation | SURG LIGHT W MONITOR MOUNT(14) |
| 111 | Medical Equipment | Stryker Endoscopy | Cameras |
| 112 | Medical Equipment | MIAMI CHILDREN'S HEALTH SYSTEM | Hill-Rom Lexmark RoundTower |
| 113 | Medical Equipment | Carl Zeiss, Meditec, Inc | Kmat opmi Lumera 700 |

| 114 | Medical Equipment | GE Healthcare | Precision 500 D Used |
| 115 | Medical Equipment | Stryker Sales | Equipment |
| 116 | Medical Equipment | Covidien | Equipment |
| 117 | Medical Equipment | Datex Ohmeda, Inc | Infant warmer, care system |
| 118 | Medical Equipment | Steris Corporation | VPRO, AMSCO- PLUS TAX |
| 119 | Medical Equipment | Zoll | Advisory R Series |
| 120 | Medical Equipment | Olympus | Equipment |
| 121 | Medical Equipment | PHILIPS HEALTHCARE | Patient Monitor |
| 122 | Medical Equipment | Steris Corporation | V-Pro Max |
| 123 | Medical Equipment | PHILIPS HEALTHCARE | Installation and quipment- OB |
| 124 | Medical Equipment | Baxter Healthcare Corp | IV Connector |
| 125 | Medical Equipment | Steris Corporation | OR LIGHTS (3) |
| 126 | Medical Equipment | MIAMI CHILDREN'S HEALTH SYSTEM | Cerner Hill-Rom Greenline |
| 127 | Medical Equipment | Help | Equipment Planning |
| 128 | Medical Equipment | Edward Don & Company | Equipment 2nd Deposit |
| 129 | Medical Equipment | OEC Medical | 9900 Elite motor driven |
| 130 | Medical Equipment | OEC Medical | 9900 Elite motor driven |
| 131 | Medical Equipment | Smith's Medical | Pump kits |
| 132 | Medical Equipment | Steris Corporation | Installation of Equipment |
| 133 | Medical Equipment | Alcon Laboratories, Inc | Constellation LXT |
| 134 | Medical Equipment | Medtronic USA Inc | Balloon Seeker |
| 135 | Medical Equipment | Steris Corporation | VISION, PLUS TAX |
| 136 | Medical Equipment | Edward Don & Company | Diswasher, Trash collector |
| 137 | Medical Equipment | MIAMI CHILDREN'S HEALTH SYSTEM | Hill-Rom IT outlet RoundTower |
| 138 | Medical Equipment | Steris Corporation | CAVIWAVE PRO SONIC CONSOLE |
| 139 | Medical Equipment | Amico | AHM Falcon station (65) |
| 140 | Medical Equipment | MIAMI CHILDREN'S HEALTH SYSTEM | Cerner, Computer, and Zone inv |
| 141 | Medical Equipment | Steris Corporation | Installation of Equipment |
| 142 | Medical Equipment | Hill Rom | clinical training |
| 143 | Medical Equipment | OrthoScan | Mini-Arm |
| 144 | Medical Equipment | GE Healthcare | Trade In |
| 145 | Medical Equipment | GE Healthcare | GS Logiq |
| 146 | Medical Equipment | GE Healthcare | Wireless Connectivity |
| 147 | Medical Equipment | GE Healthcare | Brivo System |
| 148 | Medical Equipment | Smith's Medical | Medfusion pump (16) |
| 149 | Medical Equipment | MIAMI CHILDREN'S HEALTH SYSTEM | Elecom System and Hill-Rom Com |

4

| | | | | |
|---|---|---|---|---|
| 150 | Medical Equipment | GE Healthcare | | 0 |
| 152 | Medical Equipment | Amico | Bassinets | |
| 153 | Medical Equipment | Medtronic USA Inc | Foot Control Console | |
| 154 | Medical Equipment | PHILIPS HEALTHCARE | Patient Monitor | |
| 155 | Medical Equipment | Hill-Rom | Vercacare Beds | |
| 156 | Medical Equipment | Hill Rom | clinical training | |
| 157 | Medical Equipment | Stryker Sales | Equipment Drill | |
| 158 | Medical Equipment | Stryker | CLEAR OUT GP ACTIVITY | |
| 160 | Medical Equipment | Aesculap | Medical Equipment | |
| 161 | Medical Equipment | Steris Corporation | HARMONY AIR | |
| 162 | Medical Equipment | Aesculap | Medical Equipment | |
| 163 | Medical Equipment | Medtronic USA Inc | Instrument kit | |
| 164 | Medical Equipment | Bayer Healthcare | Solarius | |
| 165 | Medical Equipment | Medtronic USA Inc | Equipment | |
| 166 | Medical Equipment | Carefusion Solutions | pharmogistics | |
| 167 | Medical Equipment | Integra Lifescience | Light Source | |
| 169 | Medical Equipment | Hill Rom | clinical training | |
| 170 | Medical Equipment | OEC Medical | 12" Vascular 9800 upgrade kit | |
| 171 | Medical Equipment | Edward Don & Company | Ice Dispenser | |
| 172 | Medical Equipment | Olympus | Ultra-Light Camera | |
| 173 | Medical Equipment | Mindray | Equipment | |
| 174 | Medical Equipment | GE Healthcare | Procedure Table | |
| 175 | Medical Equipment | Steris Corporation | 4 CEILING LIGHT | |
| 176 | Medical Equipment | Medtronic USA Inc | Instruments | |
| 177 | Medical Equipment | Stryker Endoscopy | Medical Equipment | |
| 178 | Medical Equipment | Allen Medical Systems, Inc | Medical Equipment | |
| 179 | Medical Equipment | CLAFLINMedical Equipment | Equipemnt | |
| 180 | Medical Equipment | Hill-Rom | Versacare Bed Accessories | |
| 181 | Medical Equipment | Hill Rom | clinical training | |
| 182 | Medical Equipment | PHILIPS HEALTHCARE | Equipment and Installation | |
| 183 | Medical Equipment | Hologic | MySource Control Unit | |
| 184 | Medical Equipment | Baxter Healthcare Corp | pump implementation | |
| 185 | Medical Equipment | Aesculap | | 0 |
| 186 | Medical Equipment | 3M | Coding System | |
| 187 | Medical Equipment | InterMetro | Equipment | |
| 188 | Medical Equipment | Medtronic USA Inc | Tables and Frames | |

| 189 | Medical Equipment | Hill Rom | clinical training | |
| 190 | Medical Equipment | Stryker Endoscopy | Video Cart | |
| 191 | Medical Equipment | Carl Zeiss, Meditec, Inc | Microscope | |
| 192 | Medical Equipment | Bayer Healthcare | MARK 7 ARTERION PEDESTAL SYS | |
| 193 | Medical Equipment | Arthrex | Positioners | |
| 194 | Medical Equipment | GE Healthcare | Logiq Required Items | |
| 195 | Medical Equipment | Amico | Oxygen Flowmeters | |
| 196 | Medical Equipment | Medtronic USA Inc | AEX Generator | |
| 197 | Medical Equipment | DB Surgical | Table Clamp - Equipment | |
| 198 | Medical Equipment | Hill-Rom | Patient Monitors | |
| 200 | Medical Equipment | Olympus | Instruments | |
| 201 | Medical Equipment | Hill Rom | clinical training | |
| 202 | Medical Equipment | GE Healthcare | Wireless Connectivity | |
| 203 | Medical Equipment | Verathon | Laryngoscope cart | |
| 204 | Medical Equipment | Verathon | Equipment - Minor | |
| 205 | Medical Equipment | Medtronic USA Inc | Instrument Kit | |
| 206 | Medical Equipment | Medtronic USA Inc | Equipment | |
| 207 | Medical Equipment | Cosman Medical Inc | Generator - Radiofrequency | |
| 208 | Medical Equipment | Help | | 0 |
| 209 | Medical Equipment | Covidien | monitors | |
| 210 | Medical Equipment | ADVANCED ELECTRONICS | 42" and 55" TV | |
| 211 | Medical Equipment | Olympus | Medical Equipment | |
| 212 | Medical Equipment | Hill Rom | clinical training | |
| 213 | Medical Equipment | Mortara Instruments, Inc | EKG with Cart | |
| 214 | Medical Equipment | GE Healthcare | | 0 |
| 215 | Medical Equipment | Hill Rom | clinical training | |
| 217 | Medical Equipment | Verathon | Equipment | |
| 218 | Medical Equipment | MOPEC | Equipment | |
| 219 | Medical Equipment | Natus | Endo Screen Equipment | |
| 220 | Medical Equipment | Natus | Papoose Board | |
| 221 | Medical Equipment | Olympus | Cart | |
| 222 | Medical Equipment | Keeler Instruments | Equipment | |
| 224 | Medical Equipment | Amico | Falcon workstation accessories | |
| 225 | Medical Equipment | MIAMI CHILDREN'S HEALTH SYSTEM | Sales Tax | |
| 226 | Medical Equipment | Steris Corporation | Water Control Sensor | |
| 227 | Medical Equipment | Olympus | Instruments | |

6

| | | | | |
|---|---|---|---|---|
| 228 | Medical Equipment | Hill-Rom | Patient Monitors | |
| 229 | Medical Equipment | Aesculap | Medical Equipment | |
| 230 | Medical Equipment | Jeffrey Allen Inc | 8 Passenger Vehicle | |
| 231 | Medical Equipment | InterMetro | Equipment storage | |
| 232 | Medical Equipment | Aesculap | Supplies: Instruments | |
| 233 | Medical Equipment | Alcon Laboratories, Inc | Equipment Medical | |
| 234 | Medical Equipment | Zones | 45 desks | |
| 235 | Medical Equipment | InterMetro | Assembly Charge | |
| 236 | Medical Equipment | Hill Rom | clinical training | |
| 237 | Medical Equipment | Olympus | airway mobilscope intubation s | |
| 238 | Medical Equipment | Pedigo Products, Inc | Cart with Casters | |
| 239 | Medical Equipment | CLAFLINMedical Equipment | Miller fiber optic blades | |
| 240 | Medical Equipment | CLAFLINMedical Equipment | Supplies: Medical Equipment | |
| 241 | Medical Equipment | InterMetro | Shelving Assembly Charge | |
| 242 | Medical Equipment | Hologic | Hysteroscope Equipment | |
| 243 | Medical Equipment | Southern Medical | Dose Packing Machine | |
| 244 | Medical Equipment | MOPEC | Disposal and Foot Pedal | |
| 245 | Medical Equipment | Aesculap | | 0 |
| 246 | Medical Equipment | Steris Corporation | Connector Kit | |
| 247 | Medical Equipment | Steris Corporation | CONNECTOR KITS (14) | |
| 248 | Medical Equipment | Olympus | Medical Equipment | |
| 249 | Medical Equipment | Zones | wristbank printers and radios | |
| 250 | Medical Equipment | Alcon Laboratories, Inc | Constellation 3 kits | |
| 251 | Medical Equipment | OEC Medical | Spectre footswitch | |
| 252 | Medical Equipment | Olympus | Equipment | |
| 254 | Medical Equipment | CLAFLINMedical Equipment | Instruments | |
| 255 | Medical Equipment | Steris Corporation | Harmony Equipment | |
| 256 | Medical Equipment | CLAFLINMedical Equipment | Pediatric Scale Weighting Cart | |
| 257 | Medical Equipment | Stryder Endscopy | Arthoscope | |
| 258 | Medical Equipment | Allen Medical Systems, Inc | Leg Holder System | |
| 259 | Medical Equipment | Zones | image scanner | |
| 260 | Medical Equipment | Medtronic USA Inc | Hydrodebrider | |
| 261 | Medical Equipment | Hill-Rom | Varsicare Beds asseccories | |
| 262 | Medical Equipment | Innovative Medical Products, Inc | MorphBoards | |
| 263 | Medical Equipment | Arthrex | HD C Mount | |
| 264 | Medical Equipment | CLAFLINMedical Equipment | Miller fiber optic blades | |

7

| 265 | Medical Equipment | Alcon Laboratories, Inc | Occular Implants |
|---|---|---|---|
| 266 | Medical Equipment | InterMetro | Back Panel of Equpment |
| 267 | Medical Equipment | Merry X-Ray, Inc | Wheelchair equipment |
| 268 | Medical Equipment | MIAMI CHILDREN'S HEALTH SYSTEM | Security and items for Build |
| 269 | Medical Equipment | Steris Corporation | Medium Sterilizer |
| 270 | Medical Equipment | CLAFLINMedical Equipment | Miler fiber optic blades |
| 271 | Medical Equipment | Steris Corporation | Install Chamber Washer |
| 272 | Medical Equipment | Steris Corporation | install washer |
| 273 | Medical Equipment | Allen Medical Systems, Inc | Chair Cart |
| 274 | Medical Equipment | Stryker Sales | Surgi Stool (2) |
| 275 | Medical Equipment | Arthrex | Medical Equipment |
| 276 | Medical Equipment | Southern Medical | Thermal label printer |
| 277 | Medical Equipment | Steris Corporation | HARNESS ASSEMBLY |
| 278 | Medical Equipment | Steris Corporation | HARNESS ASSEMBLY |
| 280 | Medical Equipment | Arthrex | Prep Board |
| 281 | Medical Equipment | Amico | Adjustable Arm |
| 282 | Medical Equipment | Smith's Medical | Supplies: Medical |
| 283 | Medical Equipment | Steris Corporation | Carts |
| 284 | Medical Equipment | Steris Corporation | MEDVAC |
| 285 | Medical Equipment | Steris Corporation | Universal Port Connection |
| 286 | Medical Equipment | CLAFLINMedical Equipment | MRI & CT transfer Boards |
| 287 | Medical Equipment | Arthrex | trimano adapter (2) |
| 288 | Medical Equipment | Steris Corporation | INstall Sonic Console |
| 289 | Medical Equipment | MIAMI CHILDREN'S HEALTH SYSTEM | Sales Tax for equipment |
| 290 | Medical Equipment | Steris Corporation | wire case with power |
| 291 | Medical Equipment | CLAFLINMedical Equipment | Malignant Hyperthermia Deluxe Cart |
| 292 | Medical Equipment | Arthrex | Metal Cannula instruments |
| 293 | Medical Equipment | INtegrated Medical Systems | Medium Autoclave |
| 294 | Medical Equipment | Olympus | Optical Sheath |
| 295 | Medical Equipment | Edward Don & Company | Medical Stand |
| 296 | Medical Equipment | steris | V Pro installation |
| 297 | Medical Equipment | Steris Corporation | Installation |
| 298 | Medical Equipment | Arthrex | Scope Sheath |
| 299 | Medical Equipment | Steris Corporation | Specialty Billing |
| 300 | Medical Equipment | Hill-Rom | Affinity Mattress |
| 301 | Medical Equipment | GE Healthcare | Printer paper and Chem indicat |

8

| | | | | |
|---|---|---|---|---|
| 302 | Medical Equipment | Olympus | taxes- 7% | |
| 305 | Medical Equipment | Arthrex | Ankle Arthroscopy | |
| 306 | Medical Equipment | MIAMI CHILDREN'S HEALTH SYSTEM | Taxes for Dell Hardware | |
| 307 | Medical Equipment | Steris Corporation | Funnel and cap assembly | |
| 308 | Medical Equipment | Covidien | Monopolar Adapter | |
| 309 | Medical Equipment | Hill-Rom | Wireless Bed | |
| 310 | Medical Equipment | Alcon Laboratories, Inc | Supplies; Medical | |
| 311 | Medical Equipment | Steris Corporation | Double Sink | |
| 312 | Medical Equipment | Steris Corporation | Double Sink | |
| 313 | Medical Equipment | Arthrex | Supplies; Medical | |
| 314 | Medical Equipment | Arthrex | Offset Guide | |
| 315 | Medical Equipment | Covidien | Platform | |
| 316 | Moveable Med Equipment | Arthrex | | 0 |
| 317 | Moveable Med Equipment | Stryker | | 0 |
| 318 | Moveable Med Equipment | Carl Zeiss, Meditec, Inc | | 0 |
| 319 | Moveable Med Equipment | Intuitive Surgical | Endoscopes (4) | |
| 320 | Moveable Med Equipment | Arthrex | instrument sets (6) | |
| 321 | Moveable Med Equipment | Olympus | Cam head (3), telescope (5) | |
| 322 | Moveable Med Equipment | | Recl Assets after sale | |
| 323 | Moveable Med Equipment | Arthrex | ACL instrument set | |
| 324 | Moveable Med Equipment | InterMetro | Cart with Casters | |
| 325 | Moveable Med Equipment | Johnson & Johnson | CMC-V Generator System | |
| 326 | Moveable Med Equipment | Conmed | Airseal IFS, 110V | |
| 327 | Moveable Med Equipment | Intuitive | Instrument Starter Kit | |
| 329 | Moveable Med Equipment | InterMetro | Lifeline Code Response cart | |
| 330 | Moveable Med Equipment | Intuitive Surgical | IS3000 sealer | |
| 331 | Moveable Med Equipment | Verathon | laryngiscope Cart | |
| 332 | Moveable Med Equipment | Steris Corporation | Camera and Supplies | |
| 333 | Moveable Med Equipment | Stryker | Eye Surgery Stretcher | |
| 334 | Moveable Med Equipment | Smith's Medical | 16 pumps | |
| 335 | Moveable Med Equipment | Carefusion | | 0 |
| 336 | Moveable Med Equipment | The Bimeco | Transport Incubator | |
| 337 | Moveable Med Equipment | Network | | 0 |
| 338 | Moveable Med Equipment | InterMetro | LINEN TRUCKS (7) | |
| 339 | Moveable Med Equipment | Intermetro | Chrome Med carts | |
| 340 | Moveable Med Equipment | M&B Factory Systems Installations Inc | Linen Trucks Installation | |

9

| 341 | Moveable Med Equipment | Medtronic | | 0 |
| 342 | Moveable Med Equipment | Medtronic | | 0 |
| 343 | Moveable Med Equipment | Claflin | Mobile floor lift | |
| 344 | Moveable Med Equipment | Aesulap | Misc drills, distractors | |
| 345 | Moveable Med Equipment | Bausch and Lomb | Instrument Tray | |
| 346 | Moveable Med Equipment | Claflin | Laryng blades | |
| 347 | Moveable Med Equipment | Allen Medical Systems | Pal Pro Stirrups with clamp | |
| 348 | Moveable Med Equipment | Allen Medical | Allen Bow Frame | |
| 349 | Moveable Med Equipment | Arthrex | | 0 |
| 350 | Moveable Med Equipment | Claflin | | 0 |
| 351 | Moveable Med Equipment | Pedigo | IV Stands (20) | |
| 352 | Moveable Med Equipment | Arthrex | Ankle Arthroscopy Case | |
| 353 | Moveable Med Equipment | Arthrex | | 0 |
| 354 | Moveable Med Equipment | Alcon | Passive Dr Filter (2) | |
| 355 | Moveable Med Equipment | Intuitive | Mega Suturecut ND, IS4000 | |
| 356 | Moveable Med Equipment | Intermetro | | 0 |
| 357 | Moveable Med Equipment | Steris | | 0 |
| 358 | Moveable Med Equipment | Philips | Fetal monitoring system | |
| 359 | Moveable Med Equipment | DB Surgical | Kennison Rongeur Micro (4) | |
| 360 | Moveable Med Equipment | Steris | | 0 |
| 361 | Moveable Med Equipment | Conmed | IFS Cart with Valve | |
| 362 | Moveable Med Equipment | Philips | | 0 |
| 363 | Moveable Med Equipment | Arthrex | C-mount AR Scope | |

10

| Fill in this information to identify the case: |
|---|

Debtor name    **Miami International Medical Center, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Florida Department of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$187,321.70** | **$187,321.70** |
| Date or dates debt was incurred | Basis for the claim:<br>**sales and use tax<br>Voided Stipulation Agreement 923321544** | | |
| Last 4 digits of account number **9560**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Florida Department of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| Date or dates debt was incurred<br>**2017** | Basis for the claim:<br>**personal property taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **Miami International Medical Center, LLC**                Case number (if known) _____
        Name

| | | |
|---|---|---|

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** **Unknown** |

**2.3**   Priority creditor's name and mailing address

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**for notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**   Nonpriority creditor's name and mailing address

**3M Health Information Systems**
**575 West Murray Blvd**
**Salt Lake City, UT 84123-4611**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2**   Nonpriority creditor's name and mailing address

**A.A. Fire Equipment Company Inc**
**480 NE 159 St**
**Miami, FL 33162**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$363.80**

---

**3.3**   Nonpriority creditor's name and mailing address

**Abbott Laboratories**
**75 Remittance Dr**
**Ste 1310**
**Chicago, IL 60675**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,472.50**

---

**3.4**   Nonpriority creditor's name and mailing address

**ABT Medical**
**8813 Pinto Dr**
**Lake Worth, FL 33467**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,829.00**

---

**3.5**   Nonpriority creditor's name and mailing address

**ACD Sign Language**
**4846 N University Dr**
**Ste 354**
**Lauderhill, FL 33351**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,320.00 |
|---|---|---|---|

ACE Sales Corp.
7321 NW 46 St
Miami, FL 33166

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>vendor</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,176.00 |
|---|---|---|---|

ACell Inc
6640 Eli Whitney Dr
Columbia, MD 21046

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>medical supplies purchased</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,026.82 |
|---|---|---|---|

Acumed
5885 NW Cornelius Pass Rd
Hillsboro, OR 97124-9432

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>medical supplies purchased</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,082.69 |
|---|---|---|---|

Adler Instrument Company
560 Trinity Creek Cove
Cordova, TN 38018

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>medical supplies purchased</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,235.51 |
|---|---|---|---|

Advance Electronics
205 NW 128 Avenue
Miami, FL 33182

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>vendor</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,306.83 |
|---|---|---|---|

Advanced Clinical EmploymentStaffing LLC
28276 State Hwy 75
Oneonta, AL 35121

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Services Provided</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

Advanced Medical Partners Inc
9825 Spectrum Dr
Bldg 3
Austin, TX 78717-4930

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Services Provided</u>

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Advanced Medical Resources, LLC**
PO Box 73169
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  medical services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,462.00** |
|---|---|---|---|

**Advanced Orthopaedic Solutions**
3203 Kashiwa St
Torrance, CA 90505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  medical supplies purchased

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,593.88** |
|---|---|---|---|

**Aesculap Implant Systems LLC**
PO Box 780391
Philadelphia, PA 19178-0391

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  medical supplies purchased

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,040.17** |
|---|---|---|---|

**Aesculap Inc**
PO Box 780426
Philadelphia, PA 19178-0426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  medical supplies purchased

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,600.00** |
|---|---|---|---|

**Affordable Environment Service**
2900 SW 100 Ave
Miami, FL 33165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Airway Cleaning and Fireproofing**
4720 Oakes Rd Bay E
Fort Lauderdale, FL 33314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,875.00** |
|---|---|---|---|

**Airxpanders Inc**
1047 Elwell Ct
Palo Alto, CA 94303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  medical supplies purchased

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285,945.00 |
|---|---|---|---|

**Akerman LLP**
**350 East Las Olas Blvd.**
**Ste 1600**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/2017**

Basis for the claim:  **professional services**

Last 4 digits of account number  **2284**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,675.16 |
|---|---|---|---|

**Alcon Laboratories**
**6201 S Freeway**
**Wx-21**
**Fort Worth, TX 76134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $935.75 |
|---|---|---|---|

**Alimed Inc**
**297 High St**
**Dedham, MA 02026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,190.77 |
|---|---|---|---|

**Allen Medical Systems**
**100 Discovery Way**
**Acton, MA 01720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,235.51 |
|---|---|---|---|

**Allergan USA Inc**
**2525 Dupont Dr**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,188.00 |
|---|---|---|---|

**Alliqua Biomedical Inc**
**2150 Cabot Blvd W**
**Ste B**
**Langhorne, PA 19047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.00 |
|---|---|---|---|

**Alta Language Services Inc**
**3355 Lenox Rd NE**
**#510**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **lease/contract - See Schedule G**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,949.00** |
|---|---|---|---|

**Amendia Inc**
1755 W Oak Pkwy
Marietta, GA 30062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  medical supplies purchased

Last 4 digits of account number  1185

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American College of Cardiology Foundatio**
2400 N St NW
Washington, DC 20037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  lease/contract - See Schedule G

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American Monitoring Innovations**
4849 Greenville Ave
#1125
Dallas, TX 75206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  lease/contract - See Schedule G

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,377.00** |
|---|---|---|---|

**American Portable Air Condition**
PO Box 297646
Hollywood, FL 33029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Services Provided

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,394.16** |
|---|---|---|---|

**Amerisource**
PO Box 4738
Houston, TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  medical supplies purchased

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.33** |
|---|---|---|---|

**Amex Pharmacy**
P.O. Box 3367
Downers Grove, IL 60515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amr-Advanced Medical Resources**
2150 Town Sq Place
Ste 290
Sugarland, TX 77479

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  lease/contract - See Schedule G

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Miami International Medical Center, LLC**                          Case number (if known) _____
       Name

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345.00 |
|---|---|---|---|

**Another Garage & Gate Inc**
3771 NW 51 St
Unit A
Miami, FL 33142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services Provided

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,641.10 |
|---|---|---|---|

**Applied Medical**
22872 Avenida Empresa
Rancho Santa Margarita, CA 92688

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  medical supplies purchased

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aramark (Evs)**
1101 Market St
19 fl
Philadelphia, PA 19107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  lease/contract - See Schedule G

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aramark (Food Services)**
1101 Market St
19 fl
Philadelphia, PA 19107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  lease/contract - See Schedule G

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aramark (Valet Services)**
1101 Market St
19 fl
Philadelphia, PA 19107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  lease/contract - See Schedule G

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,442,889.00 |
|---|---|---|---|

**Aramark Healthcare Support Services, LLC**
% Jonathan L. Swichar, Esq.
Duane Morris LLP
30 S 17 St
Philadelphia, PA 19103-4196

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  services provided

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aramark Services Inc**
Aramark Chicago Lockbox
27310 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services Provided

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00**

**ARC Healthcare Solutions**
**10780 NW 21 St**
**Pompano, FL 33071**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$407,580.66**

**Arthrex**
**1370 Creekside Blvd**
**Naples, FL 34108**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,591.00**

**Arthrosurface Inc**
**28 Forge Pkwy**
**Franklin, MA 02038**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$234.31**

**Associated Credit Service**
**PO Box 5171**
**Westborough, MA 01581**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,160.00**

**Autonogy Co**
**4425 Indian Creek Pkwy**
**Overland Park, KS 66207**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,640.00**

**Avalon Gardens**
**14901 SW 71 Ave**
**Miami, FL 33158**

Date(s) debt was incurred  **1/16/2018**

Last 4 digits of account number  **8059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **5959 NW 7th Street Campus Clean up**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,752.10**

**Avella**
**9565 Kirby Dr**
**Houston, TX 77054**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,389.42** |
|---|---|---|---|

Axogen
13631 Progress Blvd
Ste 400
Alachua, FL 32615

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,440.74** |
|---|---|---|---|

B.A. Nurses Uniforms
1045 NW 20 St
Miami, FL 33127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,561.25** |
|---|---|---|---|

Baker Tilly Virchow Krause LLP
Box 78975
Milwaukee, WI 53278-8975

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$425.00** |
|---|---|---|---|

Bard Access Systems Inc
605 N 5600 West
Salt Lake City, UT 84116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,055.72** |
|---|---|---|---|

Bard Peripheral Vascular Inc
1415 W Third St
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Bausch+ Lomb Surgical VPNA LLC
4395 Collection Ctr Dr
Chicago, IL 60693-0043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,298.02** |
|---|---|---|---|

Baxter Healthcare Corp
PO Box 905788
Charlotte, NC 28290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.14 |
|---|---|---|---|

**Bayer Healthcare**
**100 Bayer Blvd**
**Whippany, NJ 07981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  medical supplies purchased

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BCBS of Florida**
**14775 Old St. Augustine Rd**
**Jacksonville, FL 32258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  lease/contract - See Schedule G

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $397.00 |
|---|---|---|---|

**Beekley Corporation**
**One Prestige Lane**
**Bristol, CT 06010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bella Baby Photography**
**300 E 5 Ave**
**Ste 330**
**Naperville, IL 60563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  lease/contract - See Schedule G

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benefit Management**
**2016 16 St**
**Great Bend, KS 67530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  lease/contract - See Schedule G

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,222.18 |
|---|---|---|---|

**Bensonwedd, LLC**
**PO Box 772**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,792.50 |
|---|---|---|---|

**Benvenue Medical Inc**
**5403 Betsy Ross Dr**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  medical supplies purchased

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Miami International Medical Center, LLC**                              Case number *(if known)*
       Name

| | | |
|---|---|---|
| **3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**3.62** | Nonpriority creditor's name and mailing address
**Best Doctors**
**60 State Street**
**Suite 600**
**Boston, MA 02109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address
**Biomet Trauma**
**75 Remittance Dr**
**Ste 3283**
**Chicago, IL 60675**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$10,585.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address
**BMI**
**6165 Emerald Parkway**
**Dublin, OH 43016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address
**Boca Radiology**
**8142 Glades Rd**
**Boca Raton, FL 33434**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address
**Bone Bank Allografts**
**4808 Research Dr**
**San Antonio, TX 78240**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$7,715.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address
**Boston Scientific**
**100 Boston Scientific Way**
**Marlborough, MA 01752-1234**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$7,215.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address
**BRG Boca Radiology Group**
**PO Box 810969**
**Boca Raton, FL 33486**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$9,631.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Miami International Medical Center, LLC**                    Case number (if known) _____
         Name

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.32 |
|---|---|---|---|

**BSN Medical**
**5825 Carnegie Blvd**
**Charlotte, NC 28209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  <u>medical supplies purchased</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BUPA**
**7001 SW 97 Avenue**
**Miami, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  <u>lease/contract - See Schedule G</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,228.75 |
|---|---|---|---|

**Cactus Software**
**4900 College Blvd**
**Overland Park, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  <u>lease/contract - See Schedule G</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.97 |
|---|---|---|---|

**Capital Communication Inc.**
**P.O. Box 481**
**Olympia, WA 98507-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  <u>vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,230.00 |
|---|---|---|---|

**Captiva Spine Inc**
**967 N. Alternate Ala**
**Ste 1310**
**Jupiter, FL 33477-3206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  <u>medical supplies purchased</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cardinal Health 110, LLC**
**% Daniel Gerber, Esq.**
**Rumberger, Kirk & Caldwell, PA**
**PO Box 1873**
**Orlando, FL 32802-1873**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  <u>pending litigation</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cardinal Health 200, LLC**
**% Daniel Gerber, Esq.**
**Rumberger, Kirk & Caldwell, PA**
**PO Box 1873**
**Orlando, FL 32802-1873**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  <u>pending lawsuit</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,211,985.77** |
|---|---|---|---|

**Cardinal Health Medical Products & Serv**
**PO Box 905867**
**Charlotte, NC 28290-5867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  medical supplies purchased

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cardinal Health Pharmacy Services, LLC**
**1330 Enclave Pkwy**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  lease/contract - See Schedule G

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Careerbuilder LLC**
**13047 Collection Ctr Dr**
**Chicago, IL 60693-0130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Services Provided

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,075.37** |
|---|---|---|---|

**Carefusion 123**
**25082 Network Place**
**Chicago, IL 60673-1250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  medical supplies purchased

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,303.72** |
|---|---|---|---|

**Carefusion Solutions LLC**
**Pyxis Products**
**25082 Network Pl**
**Chicago, IL 60673-1250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  medical supplies purchased

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CarePlus Health Plans**
**11430 NW 20 Street**
**Suite 300**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  lease/contract - See Schedule G

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,107.81** |
|---|---|---|---|

**Carl Zeiss Meditec, Inc.**
**P.O. Box 100372**
**Pasadena, CA 91189-0372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,107.81 |
|---|---|---|---|

**Carl Zeiss Surgical Products**
**5160 Hacienda Dr**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,928.89 |
|---|---|---|---|

**CAS Medical Systems Inc**
**44 E Industrial Rd**
**Branford, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,672.83 |
|---|---|---|---|

**CDW-G**
**230 N Milwaukee Ave**
**Vernon Hills, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,745.00 |
|---|---|---|---|

**Chemtreat Inc**
**15045 Collections Ctr Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,054.58 |
|---|---|---|---|

**Cigna**
**PO Box 589**
**La Grange, KY 40031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,792.16 |
|---|---|---|---|

**Citadel Outsource Group LLC**
**162 Imperial Blvd**
**Attn: Glenda Tankersley, CEO**
**Hendersonville, TN 37075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,042.50 |
|---|---|---|---|

**City of Miami**
**444 SW 2 Ave**
**Rm 636-1**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Fire Alarm Response**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$515.95**

**Claflin Medical Equipment**
**1206 Jefferson Blvd**
**Warwick, RI 02886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00**

**CMP Pharmacy Services**
**4358 SW 164 Ct**
**Miami, FL 33185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Collectrx**
**416 Hungerford Dr**
**Ste 435**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95,446.00**

**Coloplast Corp**
**1601 W. River Rd N**
**Minneapolis, MN 55411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,989.21**

**Comcast**
**PO Box 530099**
**Atlanta, GA 30353-0099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$796.75**

**Commercial Sales & Service Inc**
**4387 Westgrove Dr**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,812.00**

**Compass Medical Solution**
**PO Box 470667**
**Fort Worth, TX 76147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Miami International Medical Center, LLC**                                    Case number *(if known)* _____
            _____
            Name

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,728.43 |
|---|---|---|---|

**Conmed Corporation**
**Church Steet Sta**
**PO Box 6814**
**New York, NY 10249-6814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  medical supplies purchased

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,034.98 |
|---|---|---|---|

**Cook Medical Inc**
**22988 Network Pl**
**Chicago, IL 60673-1229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  medical supplies purchased

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,079.31 |
|---|---|---|---|

**Cooper Surgical**
**95 Corporate Dr**
**Trumbull, CT 06611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9066**

**Basis for the claim:**  medical supplies purchased

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,975.00 |
|---|---|---|---|

**Cormatrix Cardiovascular Inc.**
**1100 Old Ellis Rd**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  medical supplies purchased

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,006.30 |
|---|---|---|---|

**Cort Business Service Corp**
**PO Box 17401**
**Baltimore, MD 21297-1401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  equipment rental

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Corvel International Health Plan**
**1560 Sawgrass Corporate Parkway**
**Suite 100**
**Fort Lauderdale, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  lease/contract - See Schedule G

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,588.62 |
|---|---|---|---|

**Covidien**
**15 Hampshire St**
**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  medical supplies purchased

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104** | Nonpriority creditor's name and mailing address

**CPSI**
**PO Box 850309**
**Mobile, AL 36685-0309**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

**3.105** | Nonpriority creditor's name and mailing address

**Creative Staffing**
**7700 North Kendall Drive**
**Suite 304**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.106** | Nonpriority creditor's name and mailing address

**Cube Care Company**
**6043 NW 167 St**
**Ste A23**
**Hialeah, FL 33015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$874.50**

---

**3.107** | Nonpriority creditor's name and mailing address

**Cynamon Bros.& Sons Inc**
**1051 E 49 St**
**Hialeah, FL 33013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,460.00**

---

**3.108** | Nonpriority creditor's name and mailing address

**Dade Paper**
**9601 NW 112 Ave**
**Miami, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **office supplies purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,160.31**

---

**3.109** | Nonpriority creditor's name and mailing address

**Dan Saale**
**% Nuehealth**
**11221 Roe Ave**
**Ste 300**
**Leawood, KS 66211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **expense reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

**$42.80**

---

**3.110** | Nonpriority creditor's name and mailing address

**Daniel T Alfonso MD**
**12401 Pine Needle Ln**
**Miami, FL 33156**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **convertible notes**

Is the claim subject to offset? ■ No  ☐ Yes

**$227,611.00**

---

Debtor    **Miami International Medical Center, LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | **$60,681.17** |

**DePuy Synthes Sales, Inc.**
**PO Box 406663**
**Atlanta, GA 30384**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | **$14,376.51** |

**Dex Imaging**
**8880 NW 20 St**
**Ste N**
**Miami, FL 33172**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Digicel Parking Lot Lease**
**701 Waterford Way**
**Ste 450**
**Miami, FL 33126**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **lease/contract - See Schedule G**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**DP Landauer Medical Physics**
**2 Science Rd**
**Glenwood, IL 60425**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **lease/contract - See Schedule G**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | **$69.05** |

**Dutch Ophthalmic USA Inc**
**10 Continental Dr**
**Bldg 1**
**Exeter, NH 03833**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | **$664.55** |

**Dynamic Chemical Product**
**PO Box 960085**
**Miami, FL 33296**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** | **$539.37** |

**Ecolab Equipment Care**
**24673 Network Place**
**Chicago, IL 60673**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.118** | Nonpriority creditor's name and mailing address

**Edge Information Management**
PO Box 3378
Melbourne, FL 32902-3378

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,360.00**

---

**3.119** | Nonpriority creditor's name and mailing address

**Elliquence LLC**
2455 Grand Ave
Baldwin, NY 11510

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$2,826.32**

---

**3.120** | Nonpriority creditor's name and mailing address

**Elsevier Inc**
1600 JFK Blvd
Ste 1800
Philadelphia, PA 19103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$2,864.00**

---

**3.121** | Nonpriority creditor's name and mailing address

**Encore Medical LP**
PO Box 660126
Dallas, TX 75266

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$105,601.38**

---

**3.122** | Nonpriority creditor's name and mailing address

**Erbe Usa Inc**
2225 NW Pkwy
Marietta, GA 30067

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$506.07**

---

**3.123** | Nonpriority creditor's name and mailing address

**Esquire Express Inc**
2275 E 11 Ave
Hialeah, FL 33013

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$398.31**

---

**3.124** | Nonpriority creditor's name and mailing address

**ESR Diagnostics Inc**
899 SW 86 Ct
Miami, FL 33144

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$12,300.00**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113,193.41 |
|---|---|---|---|

**Exactech US Inc**
2320 NW 66 Ct
Gainesville, FL 32653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __medical supplies purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,165.94 |
|---|---|---|---|

**Executive Printers of Florida**
8001 NW 74 Ave
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Falck Southeastern Disaster & Evacuation**
6605 NW 74 Ave
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __lease/contract - See Schedule G__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,085.91 |
|---|---|---|---|

**Fedex**
PO Box 660481
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fifth Avenue CVO**
1209 S Frankfort Ave
#400
Tulsa, OK 74120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __lease/contract - See Schedule G__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,798.11 |
|---|---|---|---|

**Fifth Avenue Physcian Services**
PO Box 690117
Tulsa, OK 74169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,007.59 |
|---|---|---|---|

**First Healthcare Products**
6125 Lendell Dr
Sanborn, NY 14132-9199

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __medical supplies purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| | |
|---|---|
| Debtor **Miami International Medical Center, LLC** | Case number *(if known)* _____ |
| _____ | |
| Name | |

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$432.54** |
|---|---|---|---|

**Fisher Healthcare**
PO Box 404705
Atlanta, GA 30384-4705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,713.71** |
|---|---|---|---|

**Fisher Scientific**
9999 Veterans Memorial Dr
Houston, TX 77038-2401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fleishman-Hillard Inc**
2 Alhambra Plaza
Ste 600
Miami, FL 33134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **lease/contract - See Schedule G**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,450.00** |
|---|---|---|---|

**Florida Birth-Related Neurological\***
**\*Injury Compensation Association**
PO Box 14567
Tallahassee, FL 32317-4567

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Hospital assessment remittance for number of live births in 2016**

Last 4 digits of account number  **0076,4008**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,307.85** |
|---|---|---|---|

**Florida City Gas**
PO Box 4569
Loc 6250
Atlanta, GA 30302-4569

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number  **9453**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,129.42** |
|---|---|---|---|

**Florida City Gas**
PO Box 4569
Loc 6250
Atlanta, GA 30302-4569

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number  **4023**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,275.00** |
|---|---|---|---|

**Florida Green Light, LLC**
301 E 19 St
Hialeah, FL 33010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$305.00** |

**Focus USA Microscopes**
**1835 NE Miami Gardens Dr**
**238**
**Miami, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,664.84** |

**Foulston Siefkin LLP**
**1551 N. Waterfront Pkwy**
**Ste 100**
**Wichita, KS 67206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,604.96** |

**FPL Energy Services**
**PO Box 25426**
**Miami, FL 33102-5426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **utility services**

Last 4 digits of account number  **9640**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,690.05** |

**FPL Energy Services**
**PO Box 25426**
**Miami, FL 33102-5426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **utility services**

Last 4 digits of account number  **9631**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Frost-Arnett**
**480 James Robertson Pkwy**
**Nashville, TN 37219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **lease/contract - See Schedule G**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$374.46** |

**FS Group, LLC**
**2105 Elm Hill Pike**
**Ste 200**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109.38** |

**GBS Corp**
**7233 Freedom Ave NW**
**North Canton, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,456.61** |
|---|---|---|---|

**GE Capital**
**PO Box 641419**
**Pittsburgh, PA 15264-1419**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  equipment rental

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GE Healthcare**
**PO Box 96483**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  lease/contract - See Schedule G

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143,572.56** |
|---|---|---|---|

**GE Healthcare-OEC**
**75 N Thompson Creek**
**Ormond Beach, FL 32174**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  equipment rental

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,834.62** |
|---|---|---|---|

**GE HFS, LLC**
**PO Box 414**
**W-490**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Contract Nos. 9826510-001; 9826533-001 and
9826533-002. Lease of equipment

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,541.40** |
|---|---|---|---|

**Genzyme A Sanofi Co**
**62665 Collections Ctr Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  medical supplies purchased

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,656.19** |
|---|---|---|---|

**Germfree Laboratories**
**4 Sunshine Blvd**
**Miami, FL 33174**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  medical supplies purchased

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$445.18** |
|---|---|---|---|

**Gilchrist & Soames**
**75 Remittance Drive**
**Dept 6060**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Global Excel Management Inc.**
**73 Queen Street Sherbrooke**
**Quebec J1M0C9**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **lease/contract - See Schedule G**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$791.51**

**Global Healthcare Exchange, LLC**
**1315 Century Drive**
**Louisville, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,834.00**

**Globus Medical**
**Valley Forge Business Ctr**
**2560 General Armistead Ave**
**Norristown, PA 19403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**GMMI**
**880 SW 145 Avenue**
**Ste 400**
**Pembroke Pines, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,436.92**

**Goodwill South Florida**
**6201 NW 36 Ave**
**Miami, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113.34**

**Graciela Gonzalez-Lanz**
**3154 NW 19 Street**
**Miami, FL 33125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$546.04**

**Grainger**
**5011 Rittman Rd**
**San Antonio, TX 78218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Gregoria A Arias**
**421 SW 57 Ave**
**Miami, FL 33144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gregoria Arias Contractor**
**421 SW 57 Ave**
**Miami, FL 33144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Guardian Life of the Caribbean**
**1 Guardian Drive West Moorings**
**Diego Martin**
**TRINIDAD & TOBAGO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Harvard Jolly, Inc.**
**Attn: Jeffrey E. Cobble, AIA**
**33201 W Commercial Blvd**
**Ste 225**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **for notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HC-5959 NW 7th Street, LLC**
**Attn: Lisa Drummond**
**4890 W. Kennedy Blvd**
**Ste 650**
**Tampa, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **formerly leased property located at 5959 NW 7th St, Miami, Fl 33126**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,477.96**

**Health Care Compliance Inc**
**12104 NW 35 Place**
**Fort Lauderdale, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Healthspring**
**530 Great Circle Road**
**Nashville, TN 37228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

HealthSun Health Plans
3250 Mary St
Ste 1400
Coconut Grove, FL 33133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** lease/contract - See Schedule G

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,497.96** |
|---|---|---|---|

Heritage Food Service Group
PO Box 71595
Chicago, IL 60694-1595

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Services Provided

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,122.30** |
|---|---|---|---|

Hologic Inc
250 Campus Dr
Marlborough, MA 01752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** medical supplies purchased

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,450.00** |
|---|---|---|---|

Hospira Worldwide, Inc.
75 Remittance Dr
Ste 6136
Chicago, IL 60675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** medical supplies purchased

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

Humana
PO Box 14601
Lexington, KY 40512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** lease/contract - See Schedule G

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$920.58** |
|---|---|---|---|

IBM
PO Box 643600
Pittsburgh, PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Services Provided

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,872.86** |
|---|---|---|---|

Innomed Inc
103 Estus Dr
Savannah, GA 31404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** medical supplies purchased

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Miami International Medical Center, LLC**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Innovative Medical Products**
**87 Spring Lane**
**PO Box 8028**
**Plainville, CT 06062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$371.08**

---

3.175    **Nonpriority creditor's name and mailing address**
**Innovent Global Inc**
**PO Box 101004**
**Atlanta, GA 30392-1004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**$35,150.01**

---

3.176    **Nonpriority creditor's name and mailing address**
**Integra Luxtec**
**311 Enterprise Dr**
**Plainsboro, NJ 08536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$22,276.24**

---

3.177    **Nonpriority creditor's name and mailing address**
**Integrated Medical Systems**
**PO Box 2725**
**Columbus, GA 31902**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**$119.31**

---

3.178    **Nonpriority creditor's name and mailing address**
**Integrated Security Systems Inc**
**1876 NW 7 St**
**Miami, FL 33125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

3.179    **Nonpriority creditor's name and mailing address**
**Integrity Implants, Inc.**
**8963 Stirling Rd**
**Suite 8**
**Cooper City, FL 33328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**$32,000.00**

---

3.180    **Nonpriority creditor's name and mailing address**
**Interhealth, LLC**
**6960 SW 148 Terr**
**Miami, FL 33158**

Date(s) debt was incurred  **12/2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **consulting services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**IPA**
**10712 S 1300 E**
**Sandy, UT 84094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,031.22** |
|---|---|---|---|

**ISS Intergrated Security**
**1876 North West 7th St**
**Miami, FL 33125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,897.87** |
|---|---|---|---|

**J&J Ethicon**
**PO Box 40663**
**Atlanta, GA 30384-6663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$290.52** |
|---|---|---|---|

**JCB Laboratories**
**7335 W 33 St N**
**Wichita, KS 67205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,737.06** |
|---|---|---|---|

**JE & Son Supply Corp**
**17101 NW 57 Ave**
**Apt 204**
**Miami Gardens, FL 33055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$246,261.52** |
|---|---|---|---|

**Johnson and Johnson Healthcare**
**PO Box 406663**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,730.25** |
|---|---|---|---|

**Karl Storz**
**2151 E Grand Ave**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Miami International Medical Center, LLC**
_____    Case number (if known) _____
          Name

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,613.72** |
|---|---|---|---|

**KCI USA**
**PO Box 301557**
**Dallas, TX 75303-1557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **KCI V.A.C. Ready-Care Program and Storage Agreement - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$714.16** |
|---|---|---|---|

**Key Surgical**
**8101 Wallance Rd**
**Eden Prairie, MN 55344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,590.00** |
|---|---|---|---|

**KR Medical Technologies LLC**
**2510 Strathfield La**
**Trophy Club, TX 76262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,032.25** |
|---|---|---|---|

**Laboratory Corp of America**
**PO Box 12140**
**Burlington, NC 27216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,684.50** |
|---|---|---|---|

**Landauer**
**PO Box 809051**
**Chicago, IL 60680-9051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,913.03** |
|---|---|---|---|

**Landauer Medical Physics**
**PO Box 809153**
**Chicago, IL 60680-9153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$597.81** |
|---|---|---|---|

**Language Line Services Inc**
**PO Box 202564**
**Dallas, TX 75320-2564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Miami International Medical Center, LLC**                           Case number (if known) _____
          _____
          Name

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,365.00 |

**Laser Surgical of Florida**
**1121 East Commercial Blvd**
**Suite A**
**Fort Lauderdale, FL 33334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $346,375.00 |

**LDR**
**13785 Research Blvd**
**Ste 200**
**Austin, TX 78750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __medical supplies purchased__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309,091.66 |

**Lifecell Corporation**
**One Millennium Way**
**Somerville, NJ 08876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __medical supplies purchased__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Lifeflight-Nicklaus Children's Hospital**
**3100 SW 62 Ave**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __lease/contract - See Schedule G__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,119.98 |

**Lifenet Health**
**1864 Concert Dr**
**Virginia Beach, VA 23453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __medical supplies purchased__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,913.74 |

**Lima Locksmith**
**10420 SW Ter**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __services provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,550.00 |

**Lina Medical USA Inc**
**PO Box 2503**
**Norcross, GA 30091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __medical supplies purchased__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**LSF-Laser Surgical Of Florida Inc**
555 NE 15 St
Ste 21-A
Miami, FL 33132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  lease/contract - See Schedule G

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,903.00**

**Luis E Mendez MD**
100 Andalusia Ave
Apt 714
Coral Gables, FL 33134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  convertible notes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,478.64**

**Maquet Medical Systems USA**
45 Barbour Pond Dr
Wayne, NJ 07470

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  medical supplies purchased

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$186.00**

**Marina Medical Inc**
955 Shoutgun Rd
Fort Lauderdale, FL 33326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  medical supplies purchased

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,765.00**

**Marsh USA Inc**
PO Box 846015
Dallas, TX 75284-6015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services Provided

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,060.00**

**Massages in Space**
1997 SW 1 St
Miami, FL 33135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services Provided

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,342.01**

**Matheson Tri-Gas**
18000 Beeline Hwy
Jupiter, FL 33478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  medical supplies purchased

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MCHS Reimbursement Agreement**
**3100 SW 62 Ave**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mead Johnson Nutrition**
**225 N Canal St**
**25 fl**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,600.00** |
|---|---|---|---|

**Medacta**
**1556 W. Carroll Ave**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$972.76** |
|---|---|---|---|

**Medela Incorporated**
**1101 Corporate Dr**
**McHenry, IL 60050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,840.00** |
|---|---|---|---|

**Medical Industrial Hygiene Inc**
**PO Box 741690**
**Boynton Beach, FL 33474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,513.29** |
|---|---|---|---|

**Medical Technology Associates**
**6840 Cross Bayou Dr**
**Seminole, FL 33777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,513.29** |
|---|---|---|---|

**Medical Testing Solutions**
**20283 State Road 7**
**Boca Raton, FL 33498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,085.87** |
|---|---|---|---|

**Medline Industries Inc**
**Dept Ch 14400**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Medrevenue Solutions LLC**
**1016 Inca La**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,821.37** |
|---|---|---|---|

**Medscribe**
**800 Sea Gate Dr**
**Ste 201**
**Naples, FL 34103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,220.00** |
|---|---|---|---|

**Medtronic Advanced Energy**
**180 International Dr**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,540.12** |
|---|---|---|---|

**Medtronic Advanced USA Inc**
**PO Box 848086**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,910.61** |
|---|---|---|---|

**Medtronic Surgical Technologies**
**6743 Southpoint Dr N**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,625.22** |
|---|---|---|---|

**Mega South Electric Inc**
**60 NE 18 St**
**Homestead, FL 33030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Miami International Medical Center, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,662.26**

**Mentor Worldwide LLC**
**33 Technology Dr**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __medical supplies purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Meridian Institute of Surgical Assisting**
**1507 County Hospital Rd**
**Nashville, TN 37218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __lease/contract - See Schedule G__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$485.50**

**Merit Medical Systems Inc**
**1600 W Merit Pkwy**
**South Jordan, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __medical supplies purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$349.47**

**Merry X-Ray Corp**
**4444 Viewridge Avenue**
**Ste A**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$802,608.70**

**Miami Anesthesia Services LLC**
**3716 NE 208 Ter**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00**

**Miami Children's Health Systems**
**3100 SW 62 Ave**
**Miami, FL 33155-3009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/2016__

Last 4 digits of account number _

Basis for the claim:  __loan to fund payroll__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Miami Dade Ambulance**
**2766 NW 62 St**
**Miami, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __lease/contract - See Schedule G__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00** |
|---|---|---|---|

**Miami Dade County-DERM**
**PO Box 863532**
**Orlando, FL 32886-3532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.41** |
|---|---|---|---|

**Miami Dade Water and Sewer Dep**
**PO Box 026055**
**Miami, FL 33102-6055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __1108__

Basis for the claim:  __Utility services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106.07** |
|---|---|---|---|

**Miami Dade Water and Sewer Dep**
**PO Box 026055**
**Miami, FL 33102-6055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  __1108__

Basis for the claim:  __Utility services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,823,986.00** |
|---|---|---|---|

**Miami Hospital Holdings LLC**
**11221 Roe Ave**
**Ste 320**
**Leawood, KS 66211**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was
incurred  __June 2016-January 2017__

Last 4 digits of account number _

Basis for the claim:  __loans for operations__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,566,953.59** |
|---|---|---|---|

**Miami Hospital Holdings LLC**
**11221 Roe Ave**
**Ste 320**
**Leawood, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/24/2016__

Last 4 digits of account number _

Basis for the claim:  __Services Provided and Subordinated convertible__
__note__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,558.32** |
|---|---|---|---|

**Miami-Dade County Stormwater**
**PO Box 025297**
**Miami, FL 33102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,368.00** |
|---|---|---|---|

**Microaire Surgical Instruments**
**Lockbox 96564**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,978.00 |
|---|---|---|---|

**Mimedx Group Inc**
**1775 W Oak Commons Ct NE**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,078.43 |
|---|---|---|---|

**Mindray**
**27770 N Entertainment Dr**
**Ste 200**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Miriam Espinosa**
**6041 NW 5 St**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Misonix**
**1938 New Highway**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,800.43 |
|---|---|---|---|

**Mizuho Osi**
**30031 Ahern Ave**
**Union City, CA 94587-1234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,289.95 |
|---|---|---|---|

**Mobile Instrument Service and Repair Inc**
**333 Water Ave**
**Bellefontaine, OH 43311-1777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0153**

Basis for the claim:  **services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145,800.00 |
|---|---|---|---|

**Molina Inpatient Service Inc**
**151 N Nob Hill Rd**
**Ste 306**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $235.63 |
|---|---|---|---|

**Mopec**
**21750 Coolidge Hwy**
**Oak Park, MI 48237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,095.94 |
|---|---|---|---|

**Mortara Instrument Inc**
**7865 N 86 St**
**Milwaukee, WI 53224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $863.08 |
|---|---|---|---|

**Musculoskeletal Transplant Foundation**
**125 May Street**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,099.87 |
|---|---|---|---|

**Natus Medical**
**1501 Industrial Rd**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,493.86 |
|---|---|---|---|

**Network Service Company**
**1805 Momentum Pl**
**Lockbox #231805**
**Chicago, IL 60689-5318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,850.00 |
|---|---|---|---|

**Neuwave Medical Inc**
**3529 Anderson St**
**Madison, WI 53704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Nicklaus Children's Hospital**
**3100 SW 62 Ave**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.251** | Nonpriority creditor's name and mailing address

**Night and Day Pediatrics**
**1011 Sunnybrook Rd**
**Ste 903**
**Miami, FL 33126-2110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$1,060.00**

---

**3.252** | Nonpriority creditor's name and mailing address

**Novo Health Services**
**PO Box 744035**
**BOA Lockbox Services**
**Atlanta, GA 30384-4035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$16,581.53**

---

**3.253** | Nonpriority creditor's name and mailing address

**nThrive Inc**
**PO Box 733492**
**Dallas, TX 75373-3492**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$200,000.00**

---

**3.254** | Nonpriority creditor's name and mailing address

**Nuecaptive Insurance SOL**
**11221 Roe Ave**
**Leawood, KS 66211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$5,755.50**

---

**3.255** | Nonpriority creditor's name and mailing address

**Nueterra Healthcare RE**
**11221 Roe Ave**
**Ste 300**
**Leawood, KS 66211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **insurance coverage, misc.**

Is the claim subject to offset? ■ No ☐ Yes

**$205,946.87**

---

**3.256** | Nonpriority creditor's name and mailing address

**Nueterra Holding LLC**
**11221 Roe Ave**
**Ste 300**
**Leawood, KS 66211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Miscellaneous Services**

Is the claim subject to offset? ■ No ☐ Yes

**$214,758.74**

---

**3.257** | Nonpriority creditor's name and mailing address

**Nuvasive**
**7475 Lusk Blvd**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$481,556.51**

---

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,014.68** |
|---|---|---|---|
| | **Oculus Surgical**<br>**562 NW Mercantile Pl**<br>**Ste 104**<br>**Port St. Lucie, FL 34986** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **medical supplies purchased** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,459,886.16** |
|---|---|---|---|
| | **OHL-Arellano Construction Company**<br>**7051 SW 12 St**<br>**Miami, FL 33144** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Final Award in Arbitration** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,476.79** |
|---|---|---|---|
| | **Olympus Financial Services**<br>**Box 200183**<br>**Pittsburgh, PA 15251-0183** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **equipment rental** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |
|---|---|---|---|
| | **OM Management Inc**<br>**4483 NW 36 St**<br>**Ste 120**<br>**Miami, FL 33166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$158,422.28** |
|---|---|---|---|
| | **One Blood Inc**<br>**8869 Commodity Cir**<br>**Orlando, FL 32819** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$479.18** |
|---|---|---|---|
| | **Optum360**<br>**PO Box 88050**<br>**Chicago, IL 60680-1050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Non-medical supplies purchased** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,343.93** |
|---|---|---|---|
| | **Orkin**<br>**2170 Piedmont Rd NE**<br>**Atlanta, GA 30324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services Provided** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.265** | Nonpriority creditor's name and mailing address
**Orthoscan Inc**
8212 E. Evans Rd
Scottsdale, AZ 85260

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,007.15**

---

**3.266** | Nonpriority creditor's name and mailing address
**Osteremedies LLC**
PO Box 930536
Atlanta, GA 31193-0536

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$19,000.00**

---

**3.267** | Nonpriority creditor's name and mailing address
**Paradigm Spine LLC**
505 Park Ave
14 fl
New York, NY 10022

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,295.00**

---

**3.268** | Nonpriority creditor's name and mailing address
**Patients #1 through #55**
**Names and Addresses Filed Under Seal**

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **patient refunds**

Is the claim subject to offset? ■ No  ☐ Yes

**$32,852.22**

---

**3.269** | Nonpriority creditor's name and mailing address
**Patterson Medical Supply Inc**
28100 Torch Pkwy
Ste 700
Warrenville, IL 60555

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$316.62**

---

**3.270** | Nonpriority creditor's name and mailing address
**PDC Healthcare**
PO Box 71549
Chicago, IL 60694

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$550.66**

---

**3.271** | Nonpriority creditor's name and mailing address
**Pershing Yoakley & Associates, P.C.**
Dept 888255
Knoxville, TN 37995-8255

Date(s) debt was incurred **7/28/2017**

Last 4 digits of account number **1743**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,018.00**

---

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,805.80 |
|---|---|---|---|

**Pharmedium Services LLC**
**39797 Treasure Ctr**
**Chicago, IL 60694-3900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __medical supplies purchased__

Is the claim subject to offset? ■ No ☐ Yes

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,219.22 |
|---|---|---|---|

**Philips Healthcare**
**3000 Minuteman Rd**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __medical supplies purchased__

Is the claim subject to offset? ■ No ☐ Yes

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,408.00 |
|---|---|---|---|

**Phillips Murrah**
**101 N Robinson Ave**
**Corp Tower 13 fl**
**Oklahoma City, OK 73102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

**PICC Lines Plus LLC**
**3800 S Congress Ave**
**Ste 11**
**Boynton Beach, FL 33426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,476.89 |
|---|---|---|---|

**Pitney Bowes**
**27 Waterview Dr**
**Shelton, CT 06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __equipment rental__

Is the claim subject to offset? ■ No ☐ Yes

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,867.45 |
|---|---|---|---|

**Pitney Bowes Global Financial Services**
**PO Box 371874**
**Linwood, MA 01525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,678.43 |
|---|---|---|---|

**Plumb Tech Group Inc**
**7164 SW 47 St**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Services Provided - Claim of Lien__

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Miami International Medical Center, LLC**                          Case number *(if known)*
_____
Name

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,940.00** |
|---|---|---|---|

**Policystat LLC**
**550 Congressional Blvd**
**Ste 100**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,000.00** |
|---|---|---|---|

**Precision Lithotripsy, LLC**
**3490 N US Hwy 1**
**Cocoa, FL 32926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,455.56** |
|---|---|---|---|

**Precision Spine, Inc.**
**PO Box 4356**
**Dept 1904**
**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Precison Lithtripsy of South**
**1700 W Park Dr**
**Ste 410**
**Westborough, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Precyse HIM Company**
**1275 Drummers Ln**
**Ste 200**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **lease/contract - See Schedule G**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,965.52** |
|---|---|---|---|

**Precyse Solutions, LLC**
**PO Box 733492**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,654.51** |
|---|---|---|---|

**Prestige Elevator Co**
**10660 NW 123 St Rd**
**Unit 106**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.286**

**Nonpriority creditor's name and mailing address**

**Progressive Business Compliance**
PO Box 3014
Malvern, PA 19355-9790

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$829.33**

---

**3.287**

**Nonpriority creditor's name and mailing address**

**Progressive Waste**
3840 NW 37 Ct
Miami, FL 33142

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.288**

**Nonpriority creditor's name and mailing address**

**Progressive Waste Soloutions**
PO Box 6494
Carol Stream, IL 60197-6494

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,953.34**

---

**3.289**

**Nonpriority creditor's name and mailing address**

**Prolink Healthcare**
10700 Montgomery Rd
Ste 226
Cincinnati, OH 45242

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$62,394.65**

---

**3.290**

**Nonpriority creditor's name and mailing address**

**Prolink Travel**
10700 Montgomery Rd
Ste 226
Cincinnati, OH 45242

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$73,508.68**

---

**3.291**

**Nonpriority creditor's name and mailing address**

**Providence Medical Tech**
1331 North Carolina Blvd
Ste 320
Walnut Creek, CA 94596

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,920.00**

---

**3.292**

**Nonpriority creditor's name and mailing address**

**PYA "Black-Box"**
**Pershing Yoakley & Associates**
Monarch Tower Ste 700
3424 Peachtree Rd NE
Atlanta, GA 30326

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $174.13 |
|---|---|---|---|

**Ready Refresh By Nestle**
P0 Box 856680
Louisville, KY 40285-6680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services Provided

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $289.00 |
|---|---|---|---|

**Reliable Couriers**
1250 SW 27 Ave
Ste 207
Miami, FL 33135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Services Provided

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,444.78 |
|---|---|---|---|

**Reliable Two Way Communication**
6191 Drango Drive
Ste 4466
Davie, FL 33314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,202.54 |
|---|---|---|---|

**Reliance Wholesale Inc.**
PO Box 24685
Tampa, FL 33623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  medical supplies purchased

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,488.78 |
|---|---|---|---|

**Richard Wolf Medical**
353 Corporate Woods Pkwy
Gurnee, IL 60031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  medical supplies purchased

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $227,611.00 |
|---|---|---|---|

**Roberto A. Miki, MD**
6301 SW 110 St
Pinecrest, FL 33156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  convertible notes

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,299.22 |
|---|---|---|---|

**Roche Diagnostics Corporation**
PO Box 105046
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,144.68** |
|---|---|---|---|

**Rovy Repair Services LLC**
14790 SW 57 Ter
Miami, FL 33193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,984.75** |
|---|---|---|---|

**Salesforce**
PO Box 203141
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sanus**
PO Box 227098
Miami, FL 33122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scent Air**
7055 SW 47 St
Miami, FL 33155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,979.39** |
|---|---|---|---|

**Security 101**
1520 N Powerline Rd
Pompano Beach, FL 33069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$611.80** |
|---|---|---|---|

**Security Trend Corp**
245 SE 3 Avenue
Ste 226
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,274.33** |
|---|---|---|---|

**Sharn Anesthesia Inc**
6850 Southbelt Dr
Caledonia, MI 49316-7680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Miami International Medical Center, LLC**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 3.307 | **Nonpriority creditor's name and mailing address** | $406.47 |

**Sherwin Williams**
**550 Nw 27 Ave**
**Miami, FL 33125**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.308 | **Nonpriority creditor's name and mailing address** | $280.39 |

**Shred-It**
**10800 NW 92 Ter**
**Ste 102**
**Miami, FL 33178**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.309 | **Nonpriority creditor's name and mailing address** | $21,000.00 |

**SI-Bone Inc.**
**305 Olin Ave**
**Ste 2200**
**San Jose, CA 95128**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.310 | **Nonpriority creditor's name and mailing address** | $29,292.40 |

**Signature Staff Resources LLC**
**2460 North FM 740**
**Rockwall, TX 75032**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.311 | **Nonpriority creditor's name and mailing address** | $12,497.00 |

**Skeletal Dynamics LLC**
**8905 SW 87 Ave**
**Miami, FL 33176**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.312 | **Nonpriority creditor's name and mailing address** | $7,323.76 |

**Skyline Exhibit Resource**
**3400 S Packerland Dr**
**De Pere, WI 54115**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.313 | **Nonpriority creditor's name and mailing address** | $593.20 |

**Sloan Medical**
**13316 A St**
**Omaha, NE 68144**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,519.10** |
|---|---|---|---|

**Smith & Nephew Inc**
**150 Minuteman Rd**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$121,255.61** |
|---|---|---|---|

**Smith & Nephew Orthopedics**
**2201 W Prospect Rd**
**Ste 300**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,497.87** |
|---|---|---|---|

**Soliant Health**
**Dept Ch 14430**
**Palatine, IL 60055-4430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Sonodepot, Inc.**
**8 E 12 St**
**Saint Cloud, FL 34769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$917.53** |
|---|---|---|---|

**Southern Biomedical Inc**
**2400 Merchant Ave**
**Odessa, FL 33556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,635.45** |
|---|---|---|---|

**Southern Electric Motors**
**7100 NW 72 Ave**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$908.15** |
|---|---|---|---|

**Southern Medical Systems Inc**
**831 Coventry St**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Miami International Medical Center, LLC**                                    Case number *(if known)* _____
                        Name

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$237,358.50** |

**Specialty Care, Inc.**
**Dept 1614**
**PO Box 11407**
**Birmingham, AL 35246-1614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$339.95** |

**SPH Analytics**
**340 E Main St**
**Ste 340**
**Branford, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,507.20** |

**Spinalgraft Technologies Inc**
**710 Medtronic Pkwy**
**Minneapolis, MN 55432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,580.00** |

**Spine Wave**
**3 Enterprise Dr**
**Ste 210**
**Shelton, CT 06484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$354.14** |

**Standard Register, Inc.**
**600 Albany St.**
**Dayton, OH 45417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,891.48** |

**Stanley Access Tech LLC**
**65 Scott Swamp Rd**
**Farmington, CT 06032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,195.55** |

**Staples**
**PO Box 83689**
**Dept Dal**
**Chicago, IL 60696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **office supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,437.50** |
|---|---|---|---|

**Stericycle Environmental Solutions**
**28161 N Keith Dr**
**Lake Forest, IL 60045-4528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,514.85** |
|---|---|---|---|

**Stericycle, Inc.**
**PO Box 6582**
**Carol Stream, IL 60197-6582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility - medical waste services**

Last 4 digits of account number  **5913**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,632.04** |
|---|---|---|---|

**Steris Corporation**
**5960 Helsley Rd**
**Mentor, OH 44060-1834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,129.59** |
|---|---|---|---|

**Stryker Endoscopy**
**5900 Optical Ct**
**San Jose, CA 95138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$162,024.85** |
|---|---|---|---|

**Stryker Instruments**
**4100 E Milham Ave**
**Kalamazoo, MI 49001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,567.99** |
|---|---|---|---|

**Stryker Medical**
**3800 E Centre Ave**
**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$187,584.56** |
|---|---|---|---|

**Stryker Orthopedics**
**325 Corporate Dr**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.335** | Nonpriority creditor's name and mailing address

**Stryker Sales Corporation**
**2555 Davie Road**
**Fort Lauderdale, FL 33317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.336** | Nonpriority creditor's name and mailing address

**Stryker Spine**
**2944 Trivium Cir**
**#501**
**Fort Lauderdale, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$16,600.00**

---

**3.337** | Nonpriority creditor's name and mailing address

**Suddath Relocation**
**6900 NW 74 Avenue**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.338** | Nonpriority creditor's name and mailing address

**SunMed International**
**2000 NW 89 Place**
**Doral, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.339** | Nonpriority creditor's name and mailing address

**Surgi-Staff, Inc.**
**9485 SW 72 St**
**Ste A-277**
**Miami, FL 33173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

**$18,399.46**

---

**3.340** | Nonpriority creditor's name and mailing address

**Surgical Device Exchange LLC**
**6350 E 2 St**
**Casper, WY 82609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$10,700.00**

---

**3.341** | Nonpriority creditor's name and mailing address

**Surgical Specialties Corp**
**1100 Berkshire Blvd**
**Ste 308**
**Wyomissing, PA 19610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$843.23**

---

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,593.33 |
|---|---|---|---|

**Symmetry Surgical**
PO Box 759159
Baltimore, MD 21275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,609.20 |
|---|---|---|---|

**Symphony Performance Health**
500 E Main St
Ste 340
Branford, CT 06405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Services Provided

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,145.00 |
|---|---|---|---|

**Tactical Management**
2699 Lee Rd
Ste 304
**Attn Derrick Taveras**
Winter Park, FL 32789-1740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Services Provided

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,822.02 |
|---|---|---|---|

**Tacy Medical, Inc.**
2386 Shannon Rd
Fernandina Beach, FL 32034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  medical supplies purchased

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,839.38 |
|---|---|---|---|

**Teleflex**
3015 Carrington Mill Blvd
Morrisville, NC 27560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  medical supplies purchased

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $406.47 |
|---|---|---|---|

**The Sherwin-Williams Co**
PO Box 6027
Cleveland, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  supplies

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,720.00 |
|---|---|---|---|

**The Spectranetics Corporation**
9965 Federal Dr
Colorado Springs, CO 80921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  medical supplies purchased

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor **Miami International Medical Center, LLC** | Case number *(if known)* |
| Name | |

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,733.84 |
|---|---|---|---|

**The SSI Group, LLC**
**4721 Morrison Dr**
**Mobile, AL 36609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2017**

Basis for the claim:  **electronic billing services**

Last 4 digits of account number  **8968**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,049.91 |
|---|---|---|---|

**Theracom**
**9717 Key West Ave**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **medical supplies purchased**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,903.00 |
|---|---|---|---|

**Thomas D Horst MD**
**6250 SW 79 St**
**Miami, FL 33143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **convertible notes**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $245.23 |
|---|---|---|---|

**Tri-Anim**
**25197 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Trubridge LLC**
**3725 Airport Blvd**
**Ste 208A**
**Mobile, AL 36608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **lease/contract - See Schedule G**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.30 |
|---|---|---|---|

**Trusted Translations**
**PO Box 103727**
**Uniondale, NY 11555-0327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Services Provided**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,069.60 |
|---|---|---|---|

**TWC Services, Inc.**
**PO Box 1612**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.356** | Nonpriority creditor's name and mailing address

U.S. Lawns
12330 NW 106 Ct
Miami, FL 33178

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$5,925.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address

UHS (Biomedical Services)
10399 SW 186 St
Miami, FL 33157

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease/contract - See Schedule G

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address

UMTB Biomedical Inc
1755 W Oak Pkwy
Marietta, GA 30062

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$23,804.41**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  medical supplies purchased

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address

United Neighborhood Health
905 Main Street
Nashville, TN 37206

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease/contract - See Schedule G

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | Nonpriority creditor's name and mailing address

Univ of Miami Miller
UMDC Dept of Pathology
PO Box 405776
Atlanta, GA 30384

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$493,888.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address

Univ of Miami Pathology Services
1120 NW 14 St
Ste 1409
Miami, FL 33133-6000

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease/contract - See Schedule G

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | Nonpriority creditor's name and mailing address

Universal Hospital Services I
PO Box 851313
Minneapolis, MN 55485-1313

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$41,363.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.363** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,806.43**

**Urbieta Oil Inc.**
**9701 NW 89 Ave**
**Medley, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/28/17**

Last 4 digits of account number  **7943**

Basis for the claim:  **diesel fuel**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,725.84**

**US Bank Equipment Finance**
**PO Box 790448**
**St Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **equipment rental**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**US Lawns**
**12340 NW 106 Ct**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$312.12**

**Utah Medical Products**
**7043 South 300 West**
**Midvale, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00**

**Validity Screening Solutions**
**PO Box 25406**
**Overland Park, KS 66225-5406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Variety Children's Hospital**
**241 NE 108 St**
**Miami, FL 33161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **lease/contract - See Schedule G**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,120.95**

**Verathon**
**20001 N Creek Pkwy**
**Bothell, WA 98011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
| | Name | | |

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,305.20**

**Vilex in Tennessee Inc**
**111 Moffitt St**
**McMinnville, TN 37110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __medical supplies purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,000.00**

**VTI Spine**
**13845 Industrial Park Blvd**
**Minneapolis, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __medical supplies purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,200.46**

**Waste Connections fka Progressive Waste**
**PO Box 6494**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,189.02**

**Wells Johnson Company**
**8000 S Kolb Rd**
**Tucson, AZ 85756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __medical supplies purchased__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.374** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,322.00**

**William R Nash**
**12981 NW 113 Ct**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.375** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89.88**

**With Design Corp**
**14221 SW 120 St**
**Ste 207**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.376** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,516.11**

**Wolters Kluwer Clinical**
**62456 Collections Ctr Dr**
**Chicago Lockbox 62456**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Miami International Medical Center, LLC**                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.377 | **Nonpriority creditor's name and mailing address** |

**3.377**

**Nonpriority creditor's name and mailing address**
**World Pediatrics Group**
**7950 NW 53 Street**
**Suite 102**
**Doral, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,590.00**

---

**3.378**

**Nonpriority creditor's name and mailing address**
**Wright Medical Technology Inc**
**1023 Cherry Rd**
**Memphis, TN 38117-5423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,765.08**

---

**3.379**

**Nonpriority creditor's name and mailing address**
**Zimmer Inc**
**PO Box 708**
**1800 W Center St**
**South Salem, OH 45681-0708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$65,152.39**

---

**3.380**

**Nonpriority creditor's name and mailing address**
**Zimmer Spine**
**7375 Bush Lake Rd**
**Minneapolis, MN 55439**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,500.00**

---

**3.381**

**Nonpriority creditor's name and mailing address**
**Zimmer US Inc.**
**PO Box 277530**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

---

**3.382**

**Nonpriority creditor's name and mailing address**
**Zipline Medical**
**747 Camden Ave**
**Ste A**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,770.00**

---

**3.383**

**Nonpriority creditor's name and mailing address**
**Zyga Technology Inc**
**5600 Rowland Rd**
**Ste 200**
**Hopkins, MN 55343**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplies purchased**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,076.00**

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Miami International Medical Center, LLC** | | Case number (if known) | |
| | Name | | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **3M**<br>**PO Box 844127**<br>**Dallas, TX 75284** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **ACell Inc**<br>**PO Box 347766**<br>**Pittsburgh, PA 15251** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Acumed**<br>**7995 Collection Center Drive**<br>**Chicago, IL 60693** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Advanced Clinical Employment Staffing**<br>**PO Box 1076**<br>**Oneonta, AL 35121** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Advanced Medical Partners Inc**<br>**PO Box 95333**<br>**Grapevine, TX 76009** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Akerman LLP**<br>**PO Box 4906**<br>**Orlando, FL 32802** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Alcon Laboratories**<br>**PO Box 677775**<br>**Dallas, TX 75267** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Alimed Inc**<br>**PO Box 9135**<br>**Dedham, MA 02027** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Allergan USA Inc**<br>**12975 Collections Drive**<br>**Chicago, IL 60693** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Applied Medical**<br>**PO Box 3511**<br>**Carol Stream, IL 60132** | Line **3.35**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Aramark Healthcare Support Services, LLC**<br>**PO Box 3511**<br>**Chicago, IL 60673** | Line **3.39**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Arthrex**<br>**PO Box 403511**<br>**Atlanta, GA 30384** | Line **3.42**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Miami International Medical Center, LLC**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.13**   **Baker Tilly Virchow Krause LLP**<br>**Ten Terrace Court**<br>**PO Box 7398**<br>**Madison, WI 53707** | Line **3.50**<br><br>☐   Not listed. Explain ____ | _ |
| **4.14**   **Baxter Healthcare Corp**<br>**PO Box 70564**<br>**Chicago, IL 60673** | Line **3.54**<br><br>☐   Not listed. Explain ____ | _ |
| **4.15**   **Bayer Healthcare**<br>**PO Box 360172**<br>**Pittsburgh, PA 15251** | Line **3.55**<br><br>☐   Not listed. Explain ____ | _ |
| **4.16**   **Benefit Management**<br>**PO Box 1090**<br>**Great Bend, KS 67530** | Line **3.59**<br><br>☐   Not listed. Explain ____ | _ |
| **4.17**   **Benvenue Medical Inc**<br>**Dept CH 19905**<br>**Palatine, IL 60055** | Line **3.61**<br><br>☐   Not listed. Explain ____ | _ |
| **4.18**   **Boca Radiology**<br>**PO Box 810969**<br>**Boca Raton, FL 33481** | Line **3.65**<br><br>☐   Not listed. Explain ____ | _ |
| **4.19**   **Bone Bank Allografts**<br>**PO Box 205609**<br>**Dallas, TX 75320** | Line **3.66**<br><br>☐   Not listed. Explain ____ | _ |
| **4.20**   **Boston Scientific**<br>**PO Box 951653**<br>**Dallas, TX 75395** | Line **3.67**<br><br>☐   Not listed. Explain ____ | _ |
| **4.21**   **CDW-G**<br>**75 Remittance Drive**<br>**Ste 1515**<br>**Chicago, IL 60675** | Line **3.85**<br><br>☐   Not listed. Explain ____ | _ |
| **4.22**   **Chemtreat**<br>**5640 Cox Rd**<br>**Glen Allen, VA 23060** | Line **3.86**<br><br>☐   Not listed. Explain ____ | _ |
| **4.23**   **Claflin Medical Equipment**<br>**PO Box 6887**<br>**Warwick, RI 02887** | Line **3.90**<br><br>☐   Not listed. Explain ____ | _ |
| **4.24**   **Coloplast Corp**<br>**Dept CH 19024**<br>**Palatine, IL 60055** | Line **3.93**<br><br>☐   Not listed. Explain ____ | _ |
| **4.25**   **Covidien**<br>**PO Box 120823**<br>**Dallas, TX 75312** | Line **3.103**<br><br>☐   Not listed. Explain ____ | _ |

Debtor    **Miami International Medical Center, LLC**

Name

Case number (*if known*)

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.26 **Cube Care Company**<br>**PO Box 171741**<br>**Hialeah, FL 33017** | Line **3.106**<br>☐ Not listed. Explain ____ | _ |
| 4.27 **Dade Paper**<br>**1805 Momentum Place**<br>**Chicago, IL 60689** | Line **3.108**<br>☐ Not listed. Explain ____ | _ |
| 4.28 **Dale E. Henley**<br>**Mayo Mendolia & Vice, LLP**<br>**5368 State Hwy 276**<br>**Royse City, TX 75189** | Line **3.310**<br>☐ Not listed. Explain ____ | _ |
| 4.29 **Daniel Gerber, Esq.**<br>**Rumberger, Kirk & Caldwell, PA**<br>**PO Box 1873**<br>**Orlando, FL 32802-1873** | Line **3.77**<br>☐ Not listed. Explain ____ | _ |
| 4.30 **Dex Imaging**<br>**PO Box 17454**<br>**Clearwater, FL 33762** | Line **3.112**<br>☐ Not listed. Explain ____ | _ |
| 4.31 **DP Landauer Medical Physics**<br>**PO Box 809153**<br>**Chicago, IL 60680** | Line **3.114**<br>☐ Not listed. Explain ____ | _ |
| 4.32 **Edge Information Management**<br>**1682 W. Hisbiscus Blvd**<br>**Melbourne, FL 32901** | Line **3.118**<br>☐ Not listed. Explain ____ | _ |
| 4.33 **Exactech US Inc**<br>**PO Box 674141**<br>**Dallas, TX 75267** | Line **3.125**<br>☐ Not listed. Explain ____ | _ |
| 4.34 **Fleishman-Hillard Inc**<br>**PO Box 771733**<br>**Saint Louis, MO 63177** | Line **3.134**<br>☐ Not listed. Explain ____ | _ |
| 4.35 **Florida City Gas**<br>**PO Box 5410**<br>**Carol Stream, IL 60197** | Line **3.136**<br>☐ Not listed. Explain ____ | _ |
| 4.36 **Florida Green Light, LLC**<br>**2500 NW 13 St**<br>**Apt 115**<br>**Miami, FL 33125** | Line **3.138**<br>☐ Not listed. Explain ____ | _ |
| 4.37 **Florida Green Light, LLC**<br>**725 NW 32 Place**<br>**Miami, FL 33125** | Line **3.138**<br>☐ Not listed. Explain ____ | _ |
| 4.38 **Frost-Arnett**<br>**2105 Elm Hill Pike**<br>**Ste 200**<br>**Nashville, TN 37210** | Line **3.143**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.39**   **GBS Corp**<br>**PO Box 2340**<br>**North Canton, OH 44720** | Line **3.145**<br><br>☐ Not listed. Explain ____ | _ |
| **4.40**   **GE HFS, LLC**<br>**c/o Thomas J. Makens, Esq.**<br>**Kutak Rock LLP**<br>**1650 Farnam St**<br>**Omaha, NE 68102-2166** | Line **3.149**<br><br>☐ Not listed. Explain ____ | _ |
| **4.41**   **Germfree Laboratories**<br>**11 Aviator Way**<br>**Ormond Beach, FL 32174** | Line **3.151**<br><br>☐ Not listed. Explain ____ | _ |
| **4.42**   **GrayRobinson, P.A.**<br>**Attn: Stephen L. Kussner, Esq.**<br>**401 E Jackson St**<br>**Ste 2700**<br>**Tampa, FL 33602** | Line **3.164**<br><br>☐ Not listed. Explain ____ | _ |
| **4.43**   **Harvard Jolly, Inc.**<br>**2714 Dr. Martin Luther King Jr. St N.**<br>**Saint Petersburg, FL 33704** | Line **3.163**<br><br>☐ Not listed. Explain ____ | _ |
| **4.44**   **Hologic Inc**<br>**24506 Network Place**<br>**Chicago, IL 60673** | Line **3.169**<br><br>☐ Not listed. Explain ____ | _ |
| **4.45**   **Innomed Inc**<br>**PO Box 116888**<br>**Atlanta, GA 30368** | Line **3.173**<br><br>☐ Not listed. Explain ____ | _ |
| **4.46**   **Jeffrey Q. Jonasen**<br>**Gunster Law Firm**<br>**200 South Orange Avenue**<br>**Suite 1400**<br>**Orlando, FL 32801** | Line **3.262**<br><br>☐ Not listed. Explain ____ | _ |
| **4.47**   **KR Medical Technologies LLC**<br>**PO Box 279**<br>**Roanoke, TX 76262** | Line **3.190**<br><br>☐ Not listed. Explain ____ | _ |
| **4.48**   **Larry R. Leiby, Esq.**<br>**Malka & Kravitz, P.A.**<br>**1300 Sawgrass Corp Pkwy**<br>**Ste 100**<br>**Sunrise, FL 33323** | Line **3.259**<br><br>☐ Not listed. Explain ____ | _ |
| **4.49**   **LDR**<br>**PO Box 671716**<br>**Dallas, TX 75267** | Line **3.196**<br><br>☐ Not listed. Explain ____ | _ |
| **4.50**   **Maquet Medical Systems USA**<br>**3615 Solutions Center**<br>**Chicago, IL 60677** | Line **3.204**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Miami International Medical Center, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.51 **Mark HJ. Goran, Esq.**<br>**Polsinelli**<br>**100 S Fourth St**<br>**Ste 1000**<br>**Saint Louis, MO 63102** | Line **3.227**<br><br>☐ Not listed. Explain ____ | _ |
| 4.52 **Marvin E. Sprouse III, Esq.**<br>**Sprouse Law Firm**<br>**401 Congress Ave**<br>**Ste 1540**<br>**Austin, TX 78701** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.53 **Matheson Tri-Gas**<br>**Dept 3028**<br>**PO Box 123028**<br>**Dallas, TX 75312** | Line **3.208**<br><br>☐ Not listed. Explain ____ | _ |
| 4.54 **Mead Johnson Nutrition**<br>**15919 Collections Center Drive**<br>**Chicago, IL 60693** | Line **3.210**<br><br>☐ Not listed. Explain ____ | _ |
| 4.55 **Medrevenue Solutions LLC**<br>**1412 SW Eagles Pkwy**<br>**Grain Valley, MO 64029** | Line **3.217**<br><br>☐ Not listed. Explain ____ | _ |
| 4.56 **Medtronic Advanced USA Inc**<br>**PO Box 409201**<br>**Atlanta, GA 30384** | Line **3.220**<br><br>☐ Not listed. Explain ____ | _ |
| 4.57 **Merit Medical Systems Inc**<br>**PO Box 204842**<br>**Dallas, TX 75320** | Line **3.225**<br><br>☐ Not listed. Explain ____ | _ |
| 4.58 **Miami Anesthesia Services**<br>**332 Poinciana Island Dr**<br>**Attn Shane Zamani MD**<br>**No Miami Beach, FL 33160** | Line **3.227**<br><br>☐ Not listed. Explain ____ | _ |
| 4.59 **Mindray**<br>**24312 Network Place**<br>**Chicago, IL 60673** | Line **3.238**<br><br>☐ Not listed. Explain ____ | _ |
| 4.60 **Mindy O'Malley**<br>**AmerAssist, AR Solutions**<br>**1105 Schrock Rd.**<br>**Ste. 502**<br>**Columbus, OH 43229** | Line **3.321**<br><br>☐ Not listed. Explain ____ | _ |
| 4.61 **Natus Medical**<br>**PO Box 3604**<br>**Carol Stream, IL 60132** | Line **3.247**<br><br>☐ Not listed. Explain ____ | _ |
| 4.62 **One Blood Inc**<br>**PO Box 628342**<br>**Orlando, FL 32862** | Line **3.262**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.63 | **Orkin**<br>**4505 NW 40 St**<br>**Miami, FL 33178** | Line __3.264__<br><br>☐ Not listed. Explain ____ | _ |
|---|---|---|---|
| 4.64 | **Paula Stevens**<br>**McKenzie, Becker & Stevens, Inc.**<br>**PO Box 1967**<br>**Lakeville, CT 06039** | Line __3.27__<br><br>☐ Not listed. Explain ____ | _ |
| 4.65 | **Philips Healthcare**<br>**PO Box 100355**<br>**Chicago, IL 60694** | Line __3.273__<br><br>☐ Not listed. Explain ____ | _ |
| 4.66 | **Robert S. Tanner, Esq.**<br>**1580 Sawgrass Corp Pkwy**<br>**Ste 130**<br>**Fort Lauderdale, FL 33323-2860** | Line __3.178__<br><br>☐ Not listed. Explain ____ | _ |
| 4.67 | **Rovy Repair**<br>**7108 SW 8 St**<br>**Miami, FL 33144** | Line __3.300__<br><br>☐ Not listed. Explain ____ | _ |
| 4.68 | **Scent Air**<br>**PO Box 979875**<br>**Dallas, TX 75397** | Line __3.303__<br><br>☐ Not listed. Explain ____ | _ |
| 4.69 | **Sharn Anesthesia Inc**<br>**3204 Momentum Place**<br>**Chicago, IL 60689** | Line __3.306__<br><br>☐ Not listed. Explain ____ | _ |
| 4.70 | **SI-Bone Inc.**<br>**Dept 3195**<br>**PO Box 123195**<br>**Dallas, TX 75312** | Line __3.309__<br><br>☐ Not listed. Explain ____ | _ |
| 4.71 | **Specialty Care**<br>**1 American Ctr**<br>**Ste 800**<br>**3100 W End Ave**<br>**Nashville, TN 37203** | Line __3.321__<br><br>☐ Not listed. Explain ____ | _ |
| 4.72 | **Spinalgraft Technologies Inc**<br>**PO Box 409201**<br>**Atlanta, GA 30384** | Line __3.323__<br><br>☐ Not listed. Explain ____ | _ |
| 4.73 | **Stericycle, Inc.**<br>**27727 Network Place**<br>**Chicago, IL 60673** | Line __3.329__<br><br>☐ Not listed. Explain ____ | _ |
| 4.74 | **Steris Corporation**<br>**PO Box 676548**<br>**Dallas, TX 75267** | Line __3.330__<br><br>☐ Not listed. Explain ____ | _ |
| 4.75 | **Teleflex**<br>**PO Box 601608**<br>**Charlotte, NC 28260** | Line __3.346__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Miami International Medical Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.76 | **The SSI Group Inc**<br>**PO Box 11407**<br>**Birmingham, AL 35246-2455** | Line **3.349**<br><br>☐ Not listed. Explain ____ | _ |
| 4.77 | **Theracom**<br>**PO Box 640105**<br>**Cincinnati, OH 45264** | Line **3.350**<br><br>☐ Not listed. Explain ____ | _ |
| 4.78 | **United States Attorney**<br>**99 NE 4 St**<br>**Miami, FL 33132** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.79 | **Universal Hospital Services**<br>**6625 West 78 Street**<br>**Ste 300**<br>**Minneapolis, MN 55439** | Line **3.362**<br><br>☐ Not listed. Explain ____ | _ |
| 4.80 | **Verathon**<br>**PO Box 935117**<br>**Atlanta, GA 31193** | Line **3.369**<br><br>☐ Not listed. Explain ____ | _ |
| 4.81 | **Victoria E. Beckman**<br>**Kegler, Brown, Hill + Ritter**<br>**65 E State St**<br>**Ste 1800**<br>**Columbus, OH 43215** | Line **3.76**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 187,321.70 |
| **5b. Total claims from Part 2** | 5b. + | $ | 30,120,515.00 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 30,307,836.70 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Miami International Medical Center, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement and Addendum / Annual Subscription** |
| State the term remaining | **3E Company Environmental Ecological and 3207 Grey Hawk Ct Ste 200 Carlsbad, CA 92010** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Coding services** |
| State the term remaining | **auto renews each 10/7, unless 60 day notice given** |
| List the contract number of any government contract | **3M Health Information Systems 575 West Murray Blvd Salt Lake City, UT 84123-4611** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** |
| State the term remaining | |
| List the contract number of any government contract | **ABT Medical 8813 Pinto Dr Lake Worth, FL 33467** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** |
| State the term remaining | **ACD Sign Language 4846 N University Dr Ste 354 Lauderhill, FL 33351** |
| List the contract number of any government contract | |

Debtor 1    **Miami International Medical Center, LLC**                                              Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **For notice purposes only**

    State the term remaining

    List the contract number of any government contract

**Advanced Clinical Employment Staffing**
**PO Box 1076**
**Oneonta, AL 35121**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Custom Pack Sales Agreement**

    State the term remaining

    List the contract number of any government contract

**Advanced Medical Resources LLC**
**c/o Medsurant Holdings LLC**
**100 Front St Ste 280**
**Attn Jordan Klear CEO**
**West Conshohocken, PA 19428**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Hospital Services Agreement**

    State the term remaining

    List the contract number of any government contract

**Aetna Health Inc**
**151 Farmington Ave**
**Hartford, CT 06156**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Custom Pack Sales Agreement**

    State the term remaining

    List the contract number of any government contract

**Alcon Laboratories Inc**
**6201 S Freewy**
**Wx-21**
**Fort Worth, TX 76134**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **For notice purposes only**

    State the term remaining — **2/1/2020**

    List the contract number of any government contract

**Alemany Building Solutions (Fire Alarm)**
**7941 SW 14 Ter**
**Miami, FL 33144**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Partnership Program Service Agreement**

    State the term remaining

    List the contract number of any

**All Better Bracing LLC**
**223 E Flagler St**
**Ste 506**
**Miami, FL 33131**

Debtor 1  **Miami International Medical Center, LLC**                                    Case number (*if known*) _____
         First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  | government contract | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
|  | State the term remaining | | **Allied Montoring Innovations LLC** <br> **4849 Greenville Ave** <br> **Ste 1125** <br> **Dallas, TX 75206** |
|  | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** | |
|---|---|---|---|
|  | State the term remaining | **5/23/2018** | **Alta Language Services Inc** <br> **3355 Lenox Rd NE** <br> **#510** <br> **Atlanta, GA 30326** |
|  | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **National practice standards for cardiovascular practices** | |
|---|---|---|---|
|  | State the term remaining | **9/23/2017** | **American College of Cardiology Foundatio** <br> **2400 N St NW** <br> **Washington, DC 20037** |
|  | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Business Associate Agreement** | |
|---|---|---|---|
|  | State the term remaining | | **American Horizon Financial** <br> **5491 University Dr** <br> **Ste 202-B** <br> **Coral Springs, FL 33067** |
|  | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
|  | State the term remaining | **9/23/2017** | **American Monitoring Innovations** <br> **4849 Greenville Ave** <br> **#1125** <br> **Dallas, TX 75206** |
|  | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** | **Amr-Advanced Medical Resources** <br> **2150 Town Sq Place** <br> **Ste 290** <br> **Sugarland, TX 77479** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Miami International Medical Center, LLC**
_____
First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
   government contract    _____

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 11/30/2020 | **Aramark (Evs)**<br>**1101 Market St**<br>**19 FL**<br>**Philadelphia, PA 19107** |
| | List the contract number of any government contract | _____ | |

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 11/30/2020 | **Aramark (Food Services)**<br>**1101 Market St**<br>**19 FL**<br>**Philadelphia, PA 19107** |
| | List the contract number of any government contract | _____ | |

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | 11/30/2020 | **Aramark (Valet Services)**<br>**1101 Market St**<br>**19 FL**<br>**Philadelphia, PA 19107** |
| | List the contract number of any government contract | _____ | |

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Synergy Preferred Consumable Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Arthrex**<br>**1370 Creekside Blvd**<br>**Naples, FL 34108** |
| | List the contract number of any government contract | _____ | |

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Outpatient Medical Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **AvMed Inc**<br>**13450 W Sunrise Blvd**<br>**Sunrise, FL 33323** |
| | List the contract number of any government contract | _____ | |

---

Debtor 1    **Miami International Medical Center, LLC**
     First Name        Middle Name        Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Participation** | |
|---|---|---|---|
| | State the term remaining | | **Baxter Healthcare Corporation**<br>**William Graham Bldg 1-2N**<br>**25212 W Illinois Rte 120**<br>**Attn Kevin Newman**<br>**Round Lake, IL 60073** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Temperature Control Equipment Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Baxter Healthcare Corporation**<br>**William Graham Bldg 1-2N**<br>**25212 W Illinois Rte 120**<br>**Attn Lori Rumer**<br>**Round Lake, IL 60073** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Frozen Premix Tools and Docking Assist Tool Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Baxter Healthcare Corporation**<br>**William Graham Bldg 1-2N**<br>**25212 W Illinois Rte 120**<br>**Round Lake, IL 60073** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Advisors** | |
|---|---|---|---|
| | State the term remaining | **11/30/2020** | **Bayshore Partners  LLC**<br>**401 E Las Olas Blvd**<br>**#2360**<br>**Fort Lauderdale, FL 33301** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Care** | |
|---|---|---|---|
| | State the term remaining | | **BCBS of Florida**<br>**14775 Old St. Augustine Rd**<br>**Jacksonville, FL 32258** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** | |
|---|---|---|---|
| | State the term remaining | **3/7/2018** | **Bella Baby Photography**<br>**300 E 5 Ave**<br>**Ste 330**<br>**Naperville, IL 60563** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Miami International Medical Center, LLC**                                   Case number *(if known)* _____
                First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Bundled Payments** | |
| | State the term remaining | 12/31/2017 | **Benefit Management** 2016 16 St Great Bend, KS 67530 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Care** | |
| | State the term remaining | | **Best Doctors** 60 State Street Suite 600 Boston, MA 02109 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Care** | |
| | State the term remaining | | **BMI** 6165 Emerald Parkway Dublin, OH 43016 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Radiology Services** | |
| | State the term remaining | 8/12/2019 | **Boca Radiology (Radiologist)** 8142 Glades Rd Boca Raton, FL 33434 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Product Consignment & Service Fee Agreement** | |
| | State the term remaining | | **Bone Bank Allografts** 4808 Research Dr San Antonio, TX 78240 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Care** | **BUPA** 7001 SW 97 Avenue Miami, FL 33173 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Miami International Medical Center, LLC**                          Case number *(if known)* _____
_____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | |
|---|---|---|---|
| | State the term remaining | 10/22/2016 | **Cactus Software**<br>**4900 College Blvd**<br>**Overland Park, KS 66211** |
| | List the contract number of any government contract _____ | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Cardinal Health 200 LLC**<br>**7000 Cardinal Pl**<br>**Dublin, OH 43017** |
| | List the contract number of any government contract _____ | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Participation** | |
|---|---|---|---|
| | State the term remaining | | **Cardinal Health 200 LLC**<br>**7000 Cardinal Pl**<br>**Dublin, OH 43017** |
| | List the contract number of any government contract _____ | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Services Agreement** | |
|---|---|---|---|
| | State the term remaining | 11/4/2018 | **Cardinal Health Pharmacy Services, LLC**<br>**1330 Enclave Pkwy**<br>**Attn: VP Managed Services**<br>**Houston, TX 77077** |
| | List the contract number of any government contract _____ | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Master Agreement** | |
|---|---|---|---|
| | State the term remaining | | **CareFusion Solutions LLC**<br>**3750 Torrey View Ct**<br>**Attn: Contracts**<br>**San Diego, CA 92130** |
| | List the contract number of any government contract _____ | | |

Debtor 1   **Miami International Medical Center, LLC**                                    Case number *(if known)* _____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **CareFusion Solutions LLC** |
| | List the contract number of any government contract | | **3750 Torrey View Ct**<br>**San Diego, CA 92130** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment to Master Agreement** | |
|---|---|---|---|
| | State the term remaining | | **CareFusion Solutions LLC** |
| | List the contract number of any government contract | | **3750 Torrey View Ct**<br>**San Diego, CA 92130** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Pyxis Machines, Contract No. 10000712272 60 month term Monthly payment $16,300** | |
|---|---|---|---|
| | State the term remaining | | **CareFusion Solutions, LLC** |
| | List the contract number of any government contract | | **3750 Torrey View Ct**<br>**San Diego, CA 92130** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Care** | |
|---|---|---|---|
| | State the term remaining | | **CarePlus Health Plans** |
| | List the contract number of any government contract | | **11430 NW 20 Street**<br>**Suite 300**<br>**Miami, FL 33172** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Specialty Water treatment chemicals & equipment** | |
|---|---|---|---|
| | State the term remaining | **3/23/2017** | **Chemtreat** |
| | List the contract number of any government contract | | **5640 Cox Rd**<br>**Glen Allen, VA 23060** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital Services Agreement** | **Cigna HealthCare of Florida Inc** |
|---|---|---|---|
| | | | **Routing 300**<br>**1571 Sawgrass Corp Pkwy**<br>**Ste 140**<br>**Sunrise, FL 33323** |
| | State the term remaining | | |

Debtor 1    **Miami International Medical Center, LLC**                                  Case number *(if known)*
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |  |
|---|---|---|---|
| | List the contract number of any government contract | | |
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **A/R resolution services & claim filing** | |
| | State the term remaining | **5/16/2019** | **Citadel Outsource Group LLC** |
| | List the contract number of any government contract | | **162 Imperial Blvd**<br>**Attn: Glenda Tankersley, CEO**<br>**Hendersonville, TN 37075** |
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Revenue Cycle Management** | |
| | State the term remaining | | **Collectrx** |
| | List the contract number of any government contract | | **416 Hungerford Dr**<br>**Ste 435**<br>**Rockville, MD 20850** |
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **HDTV** | |
| | State the term remaining | **10/20/2018** | **Comcast** |
| | List the contract number of any government contract | | **PO Box 530099**<br>**Atlanta, GA 30353-0099** |
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Access Agreement** | |
| | State the term remaining | | **Comcast Cable Communications**<br>**Management, LLC** |
| | List the contract number of any government contract | | **789 Intl Pkwy**<br>**Attn: Business Services**<br>**Sunrise, FL 33325** |
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Care** | |
| | State the term remaining | | **Corvel International Health Plan** |
| | List the contract number of any government contract | | **1560 Sawgrass Corporate Parkway**<br>**Suite 100**<br>**Fort Lauderdale, FL 33323** |

Debtor 1    **Miami International Medical Center, LLC**    Case number (if known) _____
_____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Hospital Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Coventry Health Care Inc**<br>**6730-B Rockledge Dr**<br>**Ste 700**<br>**Bethesda, MD 20817** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Client Service Agreement (payroll processing)** | |
|---|---|---|---|
| | State the term remaining | | **Creative Staffing**<br>**7700 North Kendall Drive**<br>**Suite 304**<br>**Miami, FL 33156** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **De Lage Landen Financial Services, Inc.**<br>**1111 Old Eagle School Rd**<br>**Wayne, PA 19087** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | | **Dex Imaging**<br>**8880 NW 20 St**<br>**Ste N**<br>**Miami, FL 33172** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** | |
|---|---|---|---|
| | State the term remaining | | **Digicel Parking Lot Lease**<br>**701 Waterford Way**<br>**Ste 450**<br>**Miami, FL 33126** |
| | List the contract number of any government contract | | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Diagnostic Imaging Physics Service** | |
|---|---|---|---|
| | State the term remaining | **9/17/2018** | **DP Landauer Medical Physics**<br>**2 Science Rd**<br>**Glenwood, IL 60425** |
| | List the contract number of any | | |

Debtor 1    **Miami International Medical Center, LLC**                                    Case number *(if known)*
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **HR Background screening** | |
| | State the term remaining | **10/29/2017** | **Edge Information Management** |
| | List the contract number of any government contract | | **1682 W. Hibiscus Blvd** **Melbourne, FL 32901** |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** | |
| | State the term remaining | | **ESR Diagnostics Inc** |
| | List the contract number of any government contract | | **899 SW 86 Ct** **Miami, FL 33144** |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** | |
| | State the term remaining | **2/11/2018** | **Falck Southeastern Disaster & Evacuation** |
| | List the contract number of any government contract | | **6605 NW 74 Ave** **Miami, FL 33166** |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Credentialing** | |
| | State the term remaining | **3/2/2018** | **Fifth Avenue CVO** |
| | List the contract number of any government contract | | **1209 S Frankfort Ave** **#400** **Tulsa, OK 74120** |
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing/Media Relations** | |
| | State the term remaining | **12/31/2015** | **Fleishman-Hillard Inc** |
| | List the contract number of any government contract | | **2 Alhambra Plaza** **Ste 600** **Miami, FL 33134** |
| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Delinquent Account Collections** | **Frost-Arnett** **480 James Robertson Pkwy** **Nashville, TN 37219** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Miami International Medical Center, LLC**                                    Case number *(if known)* _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **4/30/2017** |
|  | List the contract number of any government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Provider Fee Agreement** | |
|  | State the term remaining | | **Gallagher Bassett Services Inc**<br>**The Gallagher Ctr**<br>**Two Pierce Pl**<br>**Itasca, IL 60143-3141** |
|  | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **MRI Lease: Signa HDXT MRI, Contract No. 9826510001 Effective date: 12/11/2016, term 60 months Monthly payment $11,865** | |
|  | State the term remaining | | **GE Healthcare**<br>**PO Box 96483**<br>**Chicago, IL 60693** |
|  | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **CT Lease: VCT 64 1700 Table, Contract No. 9826533001 Effective date 12/4/2015, term 60 months Monthly payment $6,552** | |
|  | State the term remaining | | **GE Healthcare**<br>**PO Box 96483**<br>**Chicago, IL 60693** |
|  | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **MRI Maintenance** | |
|  | State the term remaining | | **GE Healthcare**<br>**PO Box 96483**<br>**Chicago, IL 60693** |
|  | List the contract number of any government contract | | |

Debtor 1  **Miami International Medical Center, LLC**                                  Case number *(if known)*
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.66.** State what the contract or lease is for and the nature of the debtor's interest — **CT Maintenance**

State the term remaining

List the contract number of any government contract

**GE Healthcare**
**PO Box 96483**
**Chicago, IL 60693**

---

**2.67.** State what the contract or lease is for and the nature of the debtor's interest — **Spinal Surgery Services Agreement**

State the term remaining

List the contract number of any government contract

**Georgiy Brusovanik MD**
**430 S. Shore Dr**
**Miami Beach, FL 33141**

---

**2.68.** State what the contract or lease is for and the nature of the debtor's interest — **Managed Care**

State the term remaining

List the contract number of any government contract

**Global Excel Management Inc.**
**73 Queen Street Sherbrooke**
**Quebec J1M0C9**
**CANADA**

---

**2.69.** State what the contract or lease is for and the nature of the debtor's interest — **Managed Care**

State the term remaining

List the contract number of any government contract

**GMMI**
**880 SW 145 Avenue**
**Ste 400**
**Pembroke Pines, FL 33027**

---

**2.70.** State what the contract or lease is for and the nature of the debtor's interest — **Housekeeping; 3 offices; 3x/week + home @ 6020 NW 7th St. (as needed - $60 per cleaning)**
**Nov-15**

State the term remaining

List the contract number of any government contract

**Gregoria Arias Contractor**
**421 SW 57 Ave**
**Apt 1**
**Miami, FL 33144**

---

**2.71.** State what the contract or lease is for and the nature of the debtor's interest — **Managed Care**

State the term remaining

**Guardian Life of the Caribbean**
**1 Guardian Drive West Moorings**
**Diego Martin**
**TRINIDAD & TOBAGO**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Miami International Medical Center, LLC**                                    Case number *(if known)* _____
       First Name         Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract  _____ | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Autologous Blood Therapy Services and Products Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Hamandi Corporation** |
| | List the contract number of any government contract | | **8813 Pinto Dr** |
| | | | **Lake Worth, FL 33467** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Care** | |
|---|---|---|---|
| | State the term remaining | | **Healthspring** |
| | List the contract number of any government contract | | **530 Great Circle Road** |
| | | | **Nashville, TN 37228** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Letter of Agreement** | |
|---|---|---|---|
| | State the term remaining | | **HealthSun Health Plans** |
| | List the contract number of any government contract | | **3250 Mary St** |
| | | | **Ste 1400** |
| | | | **Coconut Grove, FL 33133** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Service and Rental Agreement** | |
|---|---|---|---|
| | State the term remaining | | **HealthTronics Mobile Solutions LLC** |
| | List the contract number of any government contract | | **9825 Spectrum Dr** |
| | | | **Bldg 3** |
| | | | **Attn: Contracting Dept.** |
| | | | **Austin, TX 78717** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment and Service Rental Agreement** | |
|---|---|---|---|
| | State the term remaining | | **HealthTronics Mobile Solutions LLC** |
| | List the contract number of any government contract | | **9825 Spectrum Dr** |
| | | | **Bldg 3** |
| | | | **Austin, TX 78717** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Miami International Medical Center, LLC**                      Case number *(if known)* _____
    First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Pricing Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hologic Inc.** **250 Campus Dr** **Marlborough, MA 01752** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment 1 to Pricing Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hologic Inc.** **250 Campus Dr** **Marlborough, MA 01752** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Care** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Humana** **PO Box 14601** **Lexington, KY 40512** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Robot Lease: da Vinci Robotic Surgical System** **Sales, License, and Service Agreement No. MA-264-2015** **Effective date 3/17/2017, term 60 months** **Monthly payment $13,058** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Intuitive Surgical, Inc.** **1020 Kifer Rd** **Sunnyvale, CA 94086** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Use, License and Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Intuitive Surgical, Inc.** **1020 Kifer Rd** **Sunnyvale, CA 94086** |

Debtor 1 __Miami International Medical Center, LLC__                    Case number *(if known)* _____
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Linen Control subscription-automated distribution service** | |
|---|---|---|---|
| | State the term remaining | | **IPA** |
| | List the contract number of any government contract | | **10712 S 1300 E**<br>**Sandy, UT 84094** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **KCI V.A.C. Ready-Care Program and Storage Agreement** | |
|---|---|---|---|
| | State the term remaining | | **KCI V.A.C.** |
| | List the contract number of any government contract | | **PO Box 301557**<br>**Dallas, TX 75303** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Laser Rental Agreement dated 12/13/2016** | |
|---|---|---|---|
| | State the term remaining | | **Laser Surgical of Florida Inc** |
| | List the contract number of any government contract | | **555 NE 15 St**<br>**Ste 21-A**<br>**Miami, FL 33132** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** | |
|---|---|---|---|
| | State the term remaining | | **LifeFlight-Nicklaus Children's Hospital** |
| | List the contract number of any government contract | | **3100 SW 62 Ave**<br>**Miami, FL 33155** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **IT Outsourced Services** | |
|---|---|---|---|
| | State the term remaining | **1 yr evergreen** | **MCHS Reimbursement Agreement** |
| | List the contract number of any government contract | | **3100 SW 62 Ave**<br>**Miami, FL 33155** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** | |
|---|---|---|---|
| | State the term remaining | **7/31/2019** | **Mead Johnson Nutrition** |
| | List the contract number of any | | **225 N Canal St**<br>**25 FL**<br>**Chicago, IL 60606** |

Debtor 1    **Miami International Medical Center, LLC**                                Case number *(if known)* _____
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  | government contract | | |
|---|---|---|---|---|

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Claims recovery & appeal services; denial management consulting & appeal training services** | |
|---|---|---|---|
| | State the term remaining | | **Medrevenue Solutions LLC** |
| | List the contract number of any government contract | | **1016 Inca La** **Woodstock, GA 30188** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Placement Program Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Medtronic Surgical Technologies** |
| | List the contract number of any government contract | | **6743 Southpoint Dr N** **Jacksonville, FL 32216** |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** | |
|---|---|---|---|
| | State the term remaining | 1/15/2019 | **Meridian Institute of Surgical Assisting** |
| | List the contract number of any government contract | | **1507 County Hospital Rd** **Nashville, TN 37218** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Anesthesia** | |
|---|---|---|---|
| | State the term remaining | 12/1/2019 | **Miami Anesthesia Services** **332 Poinciana Island Dr** |
| | List the contract number of any government contract | | **Attn Shane Zamani MD** **No Miami Beach, FL 33160** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Reimbursement Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Miami Children's Health Systems** |
| | List the contract number of any government contract | | **3100 SW 62 Ave** **Miami, FL 33155-3009** |

Debtor 1   **Miami International Medical Center, LLC**                                    Case number *(if known)* _____
     First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** | |
|---|---|---|---|
| | State the term remaining | | **Miami Dade Ambulance** |
| | List the contract number of any government contract | | **2766 NW 62 St**<br>**Miami, FL 33147** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment of Development and Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **MidFirst Bank** |
| | List the contract number of any government contract | | **Attn: Legal Dept**<br>**501 NW Grand Blvd**<br>**Oklahoma City, OK 73118** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Housekeeping; 3 offices; 2x/week** | |
|---|---|---|---|
| | State the term remaining | **Jun-15** | **Miriam Espinosa** |
| | List the contract number of any government contract | | **6041 NW 5 St**<br>**Miami, FL 33126** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Bone Scalpel Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Misonix** |
| | List the contract number of any government contract | | **1938 New Highway**<br>**Farmingdale, NY 11735** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Patient Admitting, Documentation, Communication** | |
|---|---|---|---|
| | State the term remaining | | **Molina Inpatient Service Inc** |
| | List the contract number of any government contract | | **151 N Nob Hill Rd**<br>**Ste 306**<br>**Fort Lauderdale, FL 33324** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **National Distribution Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **National Distribution Service, Inc.** |
| | List the contract number of any | | **616 Trade Center Blvd**<br>**Chesterfield, MO 63005** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1 **Miami International Medical Center, LLC**                    Case number *(if known)* _____
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Participating Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | | **National Healthcare Solutions Inc** |
| | List the contract number of any government contract | | **8150 N Central Exp Ste 1700 Attn: CEO Dallas, TX 75206** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Neurodiagnostic Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Neuro Surgical Resources LLC** |
| | List the contract number of any government contract | | **2378 Riderwood Ct Marietta, GA 30062** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Risk management services** | |
|---|---|---|---|
| | State the term remaining | **4/11/2017** | **Nicklaus Children's Hospital** |
| | List the contract number of any government contract | | **3100 SW 62 Ave Miami, FL 33155** |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Development and Management Agreement between Debtor as Owner, Nueterra Equity Partners, LLC as Developer and Miami Hospital Holdings, LLC as Manager, dated 4-1-2014** | |
|---|---|---|---|
| | State the term remaining | | **Nueterra Equity Partners, LLC dba NueHealth** |
| | List the contract number of any government contract | | **11221 Roe Ave, Ste 320 Attn: Daniel TaSSET Leawood, KS 66211** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease (DME)** | |
|---|---|---|---|
| | State the term remaining | | **Olympus** |
| | List the contract number of any government contract | | **5190 NW 167 St Hialeah, FL 33014** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Miami International Medical Center, LLC**                    Case number *(if known)* _____
_____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

---

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Fixed Periodic Payment Schedule No. 001 to Master Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Olympus America Inc FIS/2d Fl 3500 Corporate Pkwy Center Valley, PA 18034-0610** |
| | List the contract number of any government contract | | |

---

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Fixed Periodic Payment Schedule No. 002 to Master  Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Olympus America Inc Financial Serv Dept 3500 Corporate Pkwy Center Valley, PA 18034-0610** |
| | List the contract number of any government contract | | |

---

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Fixed Periodic Payment Schedule No. 003 to Master Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Olympus America Inc Financial Serv Dept 3500 Corporate Pkwy Center Valley, PA 18034-0610** |
| | List the contract number of any government contract | | |

---

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** | |
|---|---|---|---|
| | State the term remaining | **2/15/2021** | **One Blood Inc 8869 Commodity Cir Orlando, FL 32819** |
| | List the contract number of any government contract | | |

---

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Pest Control** | |
|---|---|---|---|
| | State the term remaining | **3 year term** | **Orkin, LLC 4505 NW 40 St Miami, FL 33178** |
| | List the contract number of any government contract | | |

---

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Paramount Refreshment Solutions 1411 SW 31 Ave Pompano Beach, FL 33069** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Miami International Medical Center, LLC**                    Case number *(if known)* _____
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** | |
|---|---|---|---|
| | State the term remaining | **6/20/2018** | **PICC Lines Plus LLC**<br>**3800 S Congress Ave**<br>**Ste 11**<br>**Boynton Beach, FL 33426** |
| | List the contract number of any government contract | _____ | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Sevoflurane Vaporizer Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Piramal Critical Care Inc**<br>**261 Broadhead Rd**<br>**Ste 221**<br>**Attn: Vaporizor Ops Dept**<br>**Bethlehem, PA 18017** |
| | List the contract number of any government contract | | |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Pitney Bowes**<br>**27 Waterview Dr**<br>**Shelton, CT 06484** |
| | List the contract number of any government contract | | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** | |
|---|---|---|---|
| | State the term remaining | | **Precision Lithotripsy of S Broward, LLC**<br>**3490 N US Hwy 1**<br>**Cocoa, FL 32926** |
| | List the contract number of any government contract | | |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Provider Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Precision Lithotripsy of So Broward LLC**<br>**895 Barton Blvd**<br>**Ste B**<br>**Rockledge, FL 32855** |
| | List the contract number of any government contract | | |

Debtor 1 **Miami International Medical Center, LLC** Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Total Health Information Management (HIM) strategic sourcing** | **Precyse HIM Company**<br>**1275 Drummers Ln**<br>**Ste 200**<br>**Wayne, PA 19087** |
| | State the term remaining | **10/8/2018** | |
| | List the contract number of any government contract | | |
| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Management** | **Progressive Waste**<br>**3840 NW 37 Ct**<br>**Miami, FL 33142** |
| | State the term remaining | **7/7/2019** | |
| | List the contract number of any government contract | | |
| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** | **PYA "Black-Box"**<br>**Pershing Yoakley & Associates**<br>**Monarch Tower Ste 700**<br>**3424 Peachtree Rd NE**<br>**Atlanta, GA 30326** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Diagnostics Corporation Encompass Agreement** | **Roche Diagnotiscs Corporation**<br>**9115 Hague Rd**<br>**Indianapolis, IN 46256-0457** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Generator Maintenance** | **Rovy Repair**<br>**7108 SW 8 St**<br>**Miami, FL 33144** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Care** | **Sanus**<br>**PO Box 227098**<br>**Miami, FL 33122** |
| | State the term remaining | | |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1  **Miami International Medical Center, LLC**                          Case number *(if known)* _____
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Air Freshener** | |
|---|---|---|---|
|  | State the term remaining | 10/27/2017 | **Scent Air** |
|  | List the contract number of any government contract | | **7055 SW 47 St** **Miami, FL 33155** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
|  | State the term remaining | | **Shred-It USA LLC** |
|  | List the contract number of any government contract | | **81 Walsh Dr** **Parsippany, NJ 07054** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Software Support Contract** | |
|---|---|---|---|
|  | State the term remaining | | **Sisco, Inc.** |
|  | List the contract number of any government contract | | **3595 Fiscal Ct** **West Palm Beach, FL 33404** |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Acknowledgement of Participation** | |
|---|---|---|---|
|  | State the term remaining | | **Smith & Nephew Inc** |
|  | List the contract number of any government contract | | **150 Minuteman Rd** **Andover, MA 01810** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Surgical first assistant & related services** | |
|---|---|---|---|
|  | State the term remaining | 2/1/2019 | **Specialty Care** **One American Ctr, Ste 800** |
|  | List the contract number of any government contract | | **3100 W End Ave** **Nashville, TN 37203** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **patient satisfaction surveys** | **SPH Analytics** **340 E Main St** **Ste 340** **Branford, CT 06405** |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1 **Miami International Medical Center, LLC**
_____
First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | **3/7/2017** |
| | List the contract number of any government contract | _____ |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **SRI Healthcare LLC** |
| | List the contract number of any government contract | _____ | **401 E Jackson St Ste 3100 Tampa, FL 33602** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **electronic billing** | |
|---|---|---|---|
| | State the term remaining | **6/3/2020** | **SSI (Billing)** |
| | List the contract number of any government contract | _____ | **4721 Morrison Dr Mobile, AL 36609** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **agreement** | |
|---|---|---|---|
| | State the term remaining | | **Standard Register, Inc.** |
| | List the contract number of any government contract | _____ | **600 Albany St. Dayton, OH 45417** |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Waste Disposal Master Agreement ID: Premier PP-FA-402 H-4 Master Agreement ID: Premier PP-FA-402 Exhibit H-3b Master Agreement ID: Premier PP-FA-402 Exhibit H-1 Master Agreement ID: Premier PP-FA-402 Exhibit H-2** | |
|---|---|---|---|
| | State the term remaining | | **Stericycle, Inc.** |
| | List the contract number of any government contract | _____ | **6735 NW 84 Ave Miami, FL 33166** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Miami International Medical Center, LLC**                                  Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Product Service Plan - Neptune** | |
|---|---|---|---|
| | State the term remaining | | **Stryker Instruments** |
| | List the contract number of any government contract | | **6201 Sprinkle Rd** **Portage, MI 49002** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Acknowledgement of Participation (to Implant Pricing Program)** | |
|---|---|---|---|
| | State the term remaining | | **Stryker Orthopedics** |
| | List the contract number of any government contract | | **PO Box 93213** **Chicago, IL 60673** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Usage Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Stryker Sales Corporation** |
| | List the contract number of any government contract | | **2555 Davie Road** **Fort Lauderdale, FL 33317** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **National Distribution Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Suddath Relocation** |
| | List the contract number of any government contract | | **6900 NW 74 Avenue** **Miami, FL 33166** |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Care** | |
|---|---|---|---|
| | State the term remaining | | **SunMed International** |
| | List the contract number of any government contract | | **2000 NW 89 Place** **Doral, FL 33172** |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **For notice purposes only** | |
|---|---|---|---|
| | State the term remaining | | **Surgi-Staff, Inc.** |
| | List the contract number of any | | **9485 SW 72 St** **Ste A-277** **Miami, FL 33173** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Miami International Medical Center, LLC**                    Case number *(if known)* _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Coding audits** | **Tactical Management** **2699 Lee Rd** **Ste 304** **Attn Derrick Taveras** **Winter Park, FL 32789-1740** |
| | State the term remaining | 2/11/2019 | |
| | List the contract number of any government contract | | |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Partnership Program Service Agreement** | **Team Post-OP** **14133 NW 8 St** **Sunrise, FL 33325** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Procurement Agreement** | **The Stroud Group, Inc.** **5950 Symphony Woods Rd** **Ste 310** **Columbia, MD 21044** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Cloud computing service for medical record backup** | **Trubridge LLC** **3725 Airport Blvd** **Ste 208A** **Mobile, AL 36608** |
| | State the term remaining | 6/1/2016 | |
| | List the contract number of any government contract | | |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Biomedical Services** | **UHS (Biomedical Services)** **10399 SW 186 St** **Miami, FL 33157** |
| | State the term remaining | 2/1/2019 | |
| | List the contract number of any government contract | | |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Care** | **United Neighborhood Health** **905 Main Street** **Nashville, TN 37206** |

| Debtor 1 | **Miami International Medical Center, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | _____ | |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Facility Participation Agreement** | |
|---|---|---|---|
| | State the term remaining | | **UnitedHealthcare Insurance Co** **3100 SW 145 Ave** **Ste 200** **Miramar, FL 33027** |
| | List the contract number of any government contract | _____ | |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Lab Services** | |
|---|---|---|---|
| | State the term remaining | 2/22/2021 | **Univ of Miami Pathology Services** **1120 NW 14 St** **Ste 1409** **Miami, FL 33133-6000** |
| | List the contract number of any government contract | _____ | |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Universal Hospital Services Inc** **6625 West 78 St** **Ste 300** **Minneapolis, MN 55439** |
| | List the contract number of any government contract | _____ | |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers:** **(31) Kyocera M3540idn** **(2) Kyocera 3051ci, and** **(1) Kyocera M6526cidn** **Contract No.** **500-0456198-000** **Effective date** **10/10/2016, term 63 months** **Monthly payment: $2,306** | |
|---|---|---|---|
| | State the term remaining | | **US Bank Equipment Finance** **1310 Madrid St** **Marshall, MN 56258** |
| | List the contract number of any government contract | _____ | |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Landscaping** | **US Lawns** **12340 NW 106 Ct** **Miami, FL 33178** |
|---|---|---|---|

| Debtor 1 | **Miami International Medical Center, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | 5/1/2017 | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **HR Background screening** | |
|---|---|---|---|
| | State the term remaining | 1/1/2017 | **Validity Screening Solutions**<br>**8717 W 110 St**<br>**Ste 750**<br>**Overland Park, KS 66210** |
| | List the contract number of any government contract | | |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Neonatology** | |
|---|---|---|---|
| | State the term remaining | 2/22/2019 | **Variety Children's Hospital**<br>**241 NE 108 St**<br>**Miami, FL 33161** |
| | List the contract number of any government contract | | |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **lease for business premises** | |
|---|---|---|---|
| | State the term remaining | **July 2030** | **Variety Children's Hospital dba**<br>**Nicklaus Children's Hospital**<br>**3100 SW 62 Ave**<br>**Attn: CFO**<br>**Miami, FL 33155** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Miami International Medical Center, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **422 Enterprises, LLC** | **Georgiy Brusovanik, MD, Mgr**<br>**430 S Shore Dr**<br>**Miami Beach, FL 33141** | **MidFirst Bank** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Alex Holdings, LLC** | **Stephen Alex, MD, Auth Mbr**<br>**1455 Ocean Dr.**<br>**Unit 804**<br>**Miami Beach, FL 33139** | **MidFirst Bank** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Armando E. Hernandez-Rey, MD, PLLC** | **% Armando E. Hernandez-Rey, MD**<br>**4425 Ponce de Leon Boulevard**<br>**Ste 110**<br>**Miami, FL 33146** | **MidFirst Bank** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Aventura Spine Doctors, LLC** | **Christian Gonzalez, MD, Manager**<br>**21097 NE 27 Ct**<br>**Ste 350**<br>**Miami, FL 33180** | **MidFirst Bank** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Miami International Medical Center, LLC**          Case number *(if known)* _____

▉ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.5 | **Carlos Garcia, M.D.** | 7365 SW 142 Terr<br>Miami, FL 33158 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.6 | **Carvajal Hospital Investments, LLC** | Pedro Carvajal , MD, Manager<br>9340 SW 1OO St<br>Miami, FL 33176-3036 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Cesar Ceballos, M.D.** | 7800 SW 87 Ave<br>Ste A-110<br>Miami, FL 33173 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Childrens Health Ventures** | 3100 SW 62 Ave<br>Miami, FL 33155 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Childrens Health Ventures, Inc.** | 3100 SW 62 Ave<br>Miami, FL 33155 | **Variety Children's Hospital dba Nicklaus** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **David A. Robbins, M.D.** | 2045 NE 197 Terr<br>Miami, FL 33179 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **DFR Enterprises, LLC** | David Font-Rodriguez, MD and<br>Carmen M. Font, Managers<br>7885 SW 108 St<br>Miami, FL 33156 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |

Debtor    **Miami International Medical Center, LLC**    Case number *(if known)* _____

---

■  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 **DLG M.D. Investments, LLC** | David L. Galbut, MD, Manager<br>4770 Biscayne Blvd<br>Ste 880<br>Miami, FL 33137 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 **Edward Fidalgo, M.D.** | 190 Island Dr<br>Key Biscayne, FL 33149 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 **Elizabeth Etkin-Kramer, M.D.** | 2834 Regatta Ave.<br>Miami Beach, FL 33140 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 **Emery M. Salom, M.D.** | 851 Hunting Lodge Dr<br>Miami Springs, FL 33166 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 **ESD Holdings, LLC** | Sandeep Dave, MD, Managing Mbr<br>558 Hibiscus Lane<br>Miami, FL 33137 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 **FAS Miami, LLC** | Felix A. Stanziola, MD and<br>Patricia Roquebert, Managers<br>11801 SW 90 St, #101<br>Miami, FL 33186 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 **GGG Holdings Group, LLC** | David B. Grossman, MD, Manager<br>3720 NE 201 St<br>Miami, FL 33180 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Miami International Medical Center, LLC**    Case number *(if known)* _____

| Additional Page to List More Codebtors | |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.19 | **Giridhar S. Talluri, M.D.** | **9681 SW 60 Ct**<br>**Miami, FL 33156** | **MidFirst Bank** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.20 | **Gregory A. Guell, M.D.** | **3659 S Miami Ave**<br>**Ste 5005**<br>**Miami, FL 33133** | **MidFirst Bank** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Hand Investments, LLC** | **Jorge L. Orbay, MD, Managing Ptr**<br>**8905 SW 87 Ave**<br>**Ste 100**<br>**Miami, FL 33176** | **MidFirst Bank** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.22 | **Hommen Orthopedic Institute, P.L.** | **Jan Pieter Hommen, MD, Manager**<br>**8940 N Kendall Dr**<br>**#101E**<br>**Miami, FL 33176** | **MidFirst Bank** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **J Harris Levy, M.D., P.A. dba** | **Retina Associates of Miami**<br>**Jay Levy and Rashid Taher, Auth Mbrs**<br>**184 NE 168 St**<br>**Miami, FL 33162** | **MidFirst Bank** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Janus Fidelis Realty, LLC** | **Roberto Miki, MD and**<br>**Daniel Alfonso, MD, Members**<br>**6301 SW 11O St**<br>**Miami, FL 33156** | **MidFirst Bank** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Jay H. Kim, M.D.** | **21110 Biscayne Blvd**<br>**Ste 403**<br>**Miami, FL 33180** | **MidFirst Bank** | ■ D   **2.5**<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Miami International Medical Center, LLC**

Case number *(if known)*  _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.26 | **JEFA Medical LLC** | Albert Triana, Joseph Triana, Francisco Cruz-Pachano, & E. Cardenas 3785 NW 82nd Ave., #307 Doral, FL 33166 | **MidFirst Bank** | ■ D  __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.27 | **Jesse Salmeron, M.D.** | 3011 NE 57 Ct Fort Lauderdale, FL 33308 | **MidFirst Bank** | ■ D  __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.28 | **JJH Beach Investments LLC** | Jonathan Hyde, MD, VP 2555 Bay Avenue Miami Beach, FL 33140 | **MidFirst Bank** | ■ D  __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.29 | **Jose Joy, MD** | 8950 N Kendall Dr Ste 406W Miami, FL 33176 | **MidFirst Bank** | ■ D  __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.30 | **KMED International LLC** | Guillermo Lievano, MD and Ileana Perez, MD, Members 8720 Kendall Dr, Ste 115 Miami, FL 33176 | **MidFirst Bank** | ■ D  __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.31 | **LDM Robla-MIMC, LLC** | Julio Robla, MD, Manager 7985 SW 125 St Miami, FL 33156 | **MidFirst Bank** | ■ D  __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.32 | **Interventional Services, LLC** | Moises Roizental, MD, Manager 21000 NE 28 Ave Ste 202 Miami, FL 33180 | **MidFirst Bank** | ■ D  __2.5__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.33 **Invictus Spine, LLC** | Rolondo Garcia, MD and Ana P. Garcia, Members 526 North Parkway North Miami Beach, FL 33160 | **MidFirst Bank** | ▮ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.34 **Luis E. Mendez, P.A.** | Luis E. Mendez, President 100 Andalusia Ave Apt 714 Coral Gables, FL 33134 | **MidFirst Bank** | ▮ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.35 **Marie L. Williams DPM PLLC** | Marie L. Williams DPM Manager 4516 Jackson St Hollywood, FL 33021 | **MidFirst Bank** | ▮ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.36 **Mauricio Hernandez, M.D.** | PO Box 830635 Miami, FL 33283 | **MidFirst Bank** | ▮ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.37 **Miami Anesthesia Services, LLC** | Attn: Mark Eisenfeld, MD 3716 NE 208 Terr Miami, FL 33180 | **MidFirst Bank** | ▮ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.38 **Miami International Surgical Center, LLC** | Amar D. Rajadhyaksha, Manager 5140 Riviera Dr Miami, FL 33146 | **MidFirst Bank** | ▮ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.39 **Mibeli Holdings, LLC** | Daniel Levin, MD, Manager 21025 NE 38 Ave Miami, FL 33180 | **MidFirst Bank** | ▮ D __2.5__ ☐ E/F _____ ☐ G _____ |

Debtor    **Miami International Medical Center, LLC**                     Case number *(if known)* _____

| | | | |
|---|---|---|---|
| ▉ | **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.40 **Michael Canning, M.D.** | 8950 N Kendall Dr<br>Ste 402<br>Miami, FL 33176 | **MidFirst Bank** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.41 **MJ2102, LLC** | Joseph Fernandez, MD and<br>Margarita Fernandez, Managers<br>10605 SW 61 Ave<br>Miami, FL 33156 | **MidFirst Bank** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.42 **Moises Mitrani, M.D.** | 1341 NE 103 St<br>Miami, FL 33138 | **MidFirst Bank** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.43 **Molina Investment Company, LLC** | Francisco Molina, MD, Manager<br>151 N Nobhill Rd<br>Ste 306<br>Plantation, FL 33324 | **MidFirst Bank** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.44 **NA Abdullah Holdings, LLC** | Naaman Abdullah, MD, Manager<br>450 Alton Rd<br>Ste 2501<br>Miami Beach, FL 33139 | **MidFirst Bank** | ■ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.45 **Nueterra Capital** | 11221 Roe Ave<br>Leawood, KS 66211 | **HC-5959 NW 7th Street, LLC** | ☐ D _____<br>■ E/F ___3.164___<br>☐ G _____ |
| 2.46 **Nueterra Capital** | 11221 Roe Ave<br>Leawood, KS 66211 | **General Electric Capital Corp** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Debtor  __Miami International Medical Center, LLC__                Case number *(if known)*  _____

---

█  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.47 | **Nueterra Capital** | **11221 Roe Ave**<br>**Leawood, KS 66211** | **General Electric**<br>**Capital Corp** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.48 | **Nueterra Capital** | **11221 Roe Ave**<br>**Leawood, KS 66211** | **MidFirst Bank** | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.49 | **Nueterra**<br>**Holdings, LLC** | **and Miami Hospital Holdings, LLC**<br>**11221 Roe Ave**<br>**Ste 300**<br>**Leawood, KS 66211** | **Variety Children's**<br>**Hospital dba**<br>**Nicklaus** | ■ D  **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.50 | **Octophenia, LLC** | **Arturo Corces, MD, Auth Member**<br>**7340 SW 79 St**<br>**Miami, FL 33143** | **MidFirst Bank** | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.51 | **Rebuats**<br>**Holdings, LLC** | **Marshall Stauber, MD, Manager**<br>**4191 Park View Dr**<br>**Hollywood, FL 33021** | **MidFirst Bank** | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.52 | **Rich ASC, LLC** | **Jeffrey A. Rich, DO, Managing Partner**<br>**6141 Sunset Dr**<br>**Ste 403**<br>**Miami, FL 33156** | **MidFirst Bank** | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.53 | **South Florida**<br>**Women's Care**<br>**MIMC Partners** | **J Esserman, O Morales, A Davis and**<br>**L Gaitan, Members**<br>**8950 SW 74 Ct, Ste 2001**<br>**Miami, FL 33156** | **MidFirst Bank** | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Miami International Medical Center, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

▉ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | **South Miami MIMC Partners, LLC** | Javier Vizoso, MD, Auth Contact<br>7300 SW 62 Pl<br>3 FL<br>Miami, FL 33134 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.55 | **Surgical Training Facility, Inc.** | Jeffrey B Cantor, MD, President<br>3000 Bayview Dr<br>Fort Lauderdale, FL 33306 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.56 | **Value Health, LLC** | Floyd A Osterman, Jr, MD, Manager<br>21000 NE 28 Ave<br>Ste 202<br>Aventura, FL 33180 | **MidFirst Bank** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.57 | **Variety Children's Hospital** | 3100 SW 62 Ave<br>Miami, FL 33155 | **HC-5959 NW 7th Street, LLC** | ☐ D ____<br>■ E/F __3.164__<br>☐ G ____ |
| 2.58 | **Variety Children's Hospital** | 3100 SW 62 Ave<br>Miami, FL 33155 | **General Electric Capital Corp** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.59 | **Variety Children's Hospital** | 3100 SW 62 Ave<br>Miami, FL 33155 | **General Electric Capital Corp** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.60 | **Variety Children's Hospital** | and Children Health Ventures, Inc.<br>3100 SW 62 Ave<br>Miami, FL 33155 | **Variety Children's Hospital dba Nicklaus** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |

---

Schedule H: Your Codebtors

Debtor    **Miami International Medical Center, LLC**    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.61 | **VitalMD Group Holding, LLC** | **3225 Aviation Ave Ste 700 Miami, FL 33133** | **MidFirst Bank** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.62 | **Wilfredo Constantino Lara, M.D., PLLC** | **Wilfredo Lara, MD, Manager 2500 N. Greenway Dr Coral Gables, FL 33134** | **MidFirst Bank** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |

| Fill in this information to identify the case: |
|---|

Debtor name  **Miami International Medical Center, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business <br> ☐ Other  _____ | $20,189,148.00 |
| **For year before that:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business <br> ■ Other  **(operations began 2/22/16)** | $18,686,256.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From  **1/01/2017** to **12/31/2017** | Parking Lot Rental | $8,025.00 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Miami International Medical Center, LLC**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Florida Power & Light**<br>**General Mail Facility**<br>**Miami, FL 33188** | 1/5/2018<br>$147,683.25<br>1/10/2018<br>$1,750.32<br>2/16/2018<br>$51,861.49 | $201,295.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Florida City Gas**<br>**PO Box 4569**<br>**Loc 6250**<br>**Atlanta, GA 30302-4569** | 2/16/18 | $6,443.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Law Office of Karl David Acuff IOTA**<br>**1615 Village Square Boulevard**<br>**Suite 2**<br>**Tallahassee, FL 32309-2770** | 2/16/18 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment of invoice for services and future retainer** |
| 3.4. **KapilaMukamal LLP**<br>**1000 South Federal Highway**<br>**Suite 200**<br>**Fort Lauderdale, FL 33316** | 2/16/18 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment of invoice for services and future retainer** |
| 3.5. **Bayshore Partners LLC**<br>**401 E Las Olas Blvd**<br>**Ste 2360**<br>**Fort Lauderdale, FL 33301** | 2/16/18 | $147,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **Meland Russin & Budwick, P.A.**<br>**200 S Biscayne Blvd**<br>**Ste 3200**<br>**Miami, FL 33131** | 2/20/2018<br>$129,660.50<br>3/08/2018<br>$70,339.25 | $199,999.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment of invoices for services and future retainer** |
| 3.7. **Epic Fire System**<br>**12242 SW 140 St**<br>**Miami, FL 33186** | 2/20/18 | $20,657.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Miami International Medical Center, LLC**    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.  **AC Technical Services**<br>**Urb. Country Club**<br>**803 Calle Molucas**<br>**Ave. Iturregui**<br>**San Juan, PR 00924** | **2/20/18** | **$56,338.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9.  **Miami Dade Water and Sewer Dept**<br>**PO Box 026055**<br>**Miami, FL 33102-6055** | **1/5/2018** | **$36,043.29** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10.  **MidFirst Bank**<br>**501 NW Grand Blvd**<br>**Oklahoma City, OK 73118** | **various sweeps during past 90 days (see attachment)** | **$1,835,324.92** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.  **Morrison, Brown, Argiz & Farra, LLP**<br>**1450 Brickell Ave**<br>**18 FL**<br>**Miami, FL 33131** | **3/8/18** | **$70,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12.  **Creative Staffing**<br>**7700 North Kendall Drive**<br>**Suite 304**<br>**Miami, FL 33156** | **3/8/18** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payroll Processing** |
| 3.13.  **BKD, LLP**<br>**1120 S 101 St**<br>**Suite 410**<br>**Omaha, NE 68124-1088** | **3/8/18** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14.  **Alemany Building Solutions Co**<br>**8517 NE 7 Street Unit 405**<br>**Miami, FL 33126** | **3/8/18** | **$38,077.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Miami International Medical Center, LLC**                                    Case number *(if known)*

---

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount
    may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
    listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
    debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
    a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
    of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
    debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

---

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
    in any capacity—within 1 year before filing this case**.**

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **OHL-Arellano Construction Company v. Miami International Medical Center, LLC** AAA Case #01 16 0005 2553 | construction dispute | **American Arbitration Association** 100 SE 2nd Street Suite 2300 **Miami, FL 33131** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Integrated Security Systems, Inc. v. Miami Internatinoal Medical Center, LLC** 2017-023822-CA-01 | **Contract & Indebtedness** | **Circuit Court, Miami-Dade** 73 W. Flagler Street **Miami, FL 33130** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **Laser Surgical of Florida, Inc. v. Miami International Medical Center** 2017-025709-CA 01 | **Open Account** | **Circuit Court, Miami-Dade** 73 W. Flagler Street **Miami, FL 33130** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Aramark Healthcare Support Services, LLC v. Miami International Medical Center d/b/a The Miami Medical Center** 18-cv-20209 | **Breach of Contract** | **US District Court, SDFL** 400 N Miami Ave **Miami, FL 33128** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Miami International Medical Center, LLC**    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Cardinal Health 200, LLC, Cardinal Health 110, LLC, and Cardinal Health Pharmacy Services, LLC v Debtor 2018-000994-CA-01** | **commercial litigation** | **Circuit Court, Miami-Dade County<br>73 W Flager St<br>Miami, FL 33130** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **U.S. Bank National Association d/b/a U.S. Bank Equipment Finance v. Debtor Unknown** | **commercial litigation** | **Lyon County, District Court, MN<br>607 W Main St<br>Marshall, MN 56258** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Surgi-Staff, Inc. v. Debtor 18-4076-SP-25** | **breach of contract** | **Miami-Dade County Court<br>Coral Gables District<br>3100 Ponce De Leon Blvd<br>Coral Gables, FL 33134** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Miami International Medical Center, LLC**                              Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Meland Russin & Budwick, P.A.** **200 South Biscayne Boulevard Suite 3200 Miami, FL 33131** | | **2/20/2018 $129,660.50 3/08/2018 $70,339.25** | **$199,999.75** |
| | Email or website address **www.melandrussin.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Akerman LLP** **350 E. Las Olas Blvd. Ste 1600 Fort Lauderdale, FL 33301** | | **10/13/2017 $50,000.00 10/16/2017 $57,099.67** | **$107,099.67** |
| | Email or website address **www.akerman.com** | | | |
| | Who made the payment, if not debtor? **Children's Health Ventures, Inc.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Miami International Medical Center, LLC**                        Case number *(if known)* _____

---

☐  No. Go to Part 9.
■  Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Miami International Medical Center 5959 NW 7 St Miami, FL 33126** | **Acute care hospital** | **0** |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **electronic medical records maintained in Cerner system provided through Nicklaus Children's Hospital** | How are records kept? *Check all that apply:*  ■ Electronically  ■ Paper |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
■  Yes. State the nature of the information collected and retained.

**patient demographics, insurance information, medical information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.
■  Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Debtor    **Miami International Medical Center, LLC**                                    Case number *(if known)*

---

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain**<br>**3355 NW 114 St**<br>**Miami, FL 33167** | **Iron Mountain employees only.** | **medical records of previous owner of hospital, Metropolitan Hospital of Miami** | ☐ No<br>☑ Yes |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

Debtor    **Miami International Medical Center, LLC**                     Case number *(if known)*

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Nueterra Health Management, LLC**<br>**11221 Roe Ave**<br>**Ste 320**<br>**Leawood, KS 66211** | **since inception** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Morrison Brown Argiz & Farra LLC**<br>**1450 Brickell Ave**<br>**18 FL**<br>**Miami, FL 33131** | **March 19,**<br>**2017-September 15,**<br>**2017** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. **BKD CPAs & Advisors**<br>**1201 Walnut St**<br>**Ste 1700**<br>**Kansas City, MO 64106-2246** | **since inception** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. **Nueterra Health Management, LLC**<br>**11221 Roe Ave**<br>**Ste 320**<br>**Leawood, KS 66211** | **since inception** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Carter Validus**<br>**4890 W Kennedy Blvd**<br>**Ste 600**<br>**Tampa, FL 33609** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor    **Miami International Medical Center, LLC**                          Case number *(if known)*

| Name and address | |
|---|---|
| 26d.2. | **MidFirst Bank**<br>**501 NW Grand Blvd**<br>**Oklahoma City, OK 73118** |
| 26d.3. | **Ankura Consulting**<br>**Louis Robichaux**<br>**15950 Dallas Parkway**<br>**Ste 750**<br>**Dallas, TX 75248** |
| 26d.4. | **Bayshore Partners LLC**<br>**401 E Las Olas Blvd**<br>**Ste 2360**<br>**Fort Lauderdale, FL 33301** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Hugo Garcia** | **10/27/2017** | **$994,240.80 cost basis** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Sheila Knoepke**<br>**Nuehealth**<br>**11221 Roe Ave**<br>**Leawood, KS 66211** |

| 27.2. | **Hugo Garcia** | **9/30/2017** | **$1,000,966.58 cost basis** |
|---|---|---|---|

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Sheila Knoepke**<br>**Nuehealth**<br>**11222 Roe Ave**<br>**Leawood, KS 66211** |

| 27.3. | **Cynthia Schroeder** | **6/30/2017** | **$770,599.02 cost basis** |
|---|---|---|---|

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Sheila Knoepke**<br>**Nuehealth**<br>**11222 Roe Ave**<br>**Leawood, KS 66211** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Miami International Medical Center, LLC**                    Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.4. | **Cynthia Schroeder** | **3/31/2017** | **$934,766.65 cost basis** |
| | Name and address of the person who has possession of inventory records | | |
| | **Sheila Knoepke**<br>**Nuehealth**<br>**11224 Roe Ave**<br>**Leawood, KS 66211** | | |
| 27.5. | **Cynthia Schroeder** | **12/31/2016** | **$710,560.98 cost basis** |
| | Name and address of the person who has possession of inventory records | | |
| | **Sheila Knoepke**<br>**Nuehealth**<br>**11225 Roe Ave**<br>**Leawood, KS 66211** | | |
| 27.6. | **Cynthia Schroeder** | **9/30/2016** | **$1,016,206.86 cost basis** |
| | Name and address of the person who has possession of inventory records | | |
| | **Sheila Knoepke**<br>**Nuehealth**<br>**11226 Roe Ave**<br>**Leawood, KS 66211** | | |
| 27.7. | **Cynthia Schroeder** | **6/30/2016** | **$1,019,958.57 cost basis** |
| | Name and address of the person who has possession of inventory records | | |
| | **Sheila Knoepke**<br>**Nuehealth**<br>**11227 Roe Ave**<br>**Leawood, KS 66211** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James Adamson** | **PO Box 12269**<br>**Portland, OR 97212** | **Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Naaman Abdullah** | **450 Alton Rd.**<br>**Ste 2501**<br>**Miami Beach, FL 33139** | **Board Member** | **1.0471** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tim Birkenstock** | **3100 SW 62 Ave**<br>**Miami, FL 33155** | **Board Member** | |

Debtor    **Miami International Medical Center, LLC**                              Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Georgly Brusovanik** | **430 S Shore Dr**<br>**Miami Beach, FL 33141** | **Board Member** | **0.6863%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Davis** | **3100 SW 62 Ave**<br>**Miami, FL 33155** | **Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffrey Mason** | **5959 NW 7 St**<br>**Miami, FL 33126** | **Board Member and Chief Administrative Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Roberto Miki** | **PO Box 566262**<br>**Miami, FL 33256-6262** | **Board Member** | **1.7798%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Reed** | **5959 NW 7 St**<br>**Miami, FL 33126** | **Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dan Saale** | **11221 Roe Ave**<br>**Leawood, KS 66211** | **Board Secretary/Treasurer & Interim CFO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andre Susla** | **3100 SW 62 Ave**<br>**Miami, FL 33155** | **Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Javier Vizoso** | **7300 SW 62 Pl**<br>**3 FL**<br>**Miami, FL 33134** | **Board Member** | **2.3950%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Shane Zamani** | **332 Poinciana Island Dr**<br>**North Miami Beach, FL 33160** | **Board Member** | **0.7490%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kristin Heisey** | **5959 NW 7 St**<br>**Miami, FL 33126** | **CNO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Narendra Kini, MD** | **3100 SW 62 Ave**<br>**Miami, FL 33155** | **Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jon Friesen** | **NueHealth Corporation**<br>**11221 Roe Ave.**<br>**Ste 1A**<br>**Leawood, KS 66211** | **Board Member** | |

Debtor    **Miami International Medical Center, LLC**    Case number *(if known)* _____

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Tim O'Brien | 5959 NW 7 St<br>Miami, FL 33126 | Board Chairman | 11/7/2016-8/2017 |
| Glenn Salkind | 3225 Aviation Ave<br>Ste 700<br>Miami, FL 33133 | Board Member | 11/2014-6/2017 |
| Alan Behr | 5959 NW 7 St<br>Miami, FL 33126 | CFO | 2/2016-12/2017 |
| Luis Allende-Ruiz | 5959 NW 7 St<br>Miami, FL 33126 | COO | 2/2016-3/2017 |
| Jonathon Hyde | 2555 Bay Ave<br>Miami Beach, FL 33140 | Board Member | 11/2014-10/19/17 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Jeffrey Mason<br>5959 NW 7 St<br>Miami, FL 33126<br><br>**Relationship to debtor**<br>CAO | $427,434.33 | past year | salary |
| 30.2. | Alan Behr<br>5959 NW 7 St<br>Miami, FL 33126<br><br>**Relationship to debtor**<br>CFO | $151,944.13 | past year | salary |

Debtor    **Miami International Medical Center, LLC**                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Kristin Heisey**<br>**5959 NW 7 St**<br>**Miami, FL 33126** | **$238,778.48** | **past year** | **salary** |
| | **Relationship to debtor**<br>**CNO** | | | |
| 30.4. | **Luis Allende-Ruiz**<br>**5959 NW 7 St**<br>**Miami, FL 33126** | **$93,984.75** | **past year** | **salary** |
| | **Relationship to debtor**<br>**COO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  9, 2018**

**/s/ Jeffrey Mason**                                           **Jeffrey Mason**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Administrative Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**The Miami Medical Center**
**Cash Swept by Midfirst Bank**

| Date | Amount |
|---|---|
| 11/20/2017 | $ 127,575.76 |
| 11/20/2017 | $ 3,878.90 |
| 11/20/2017 | $ 79,053.05 |
| 11/22/2017 | $ 201,571.39 |
| 11/28/2017 | $ 18,328.00 |
| 11/29/2017 | $ 44,653.87 |
| 11/29/2017 | $ 42,031.95 |
| 12/5/2017 | $ 37,538.00 |
| 12/6/2017 | $ 49,720.29 |
| 12/7/2017 | $ 47,612.93 |
| 12/7/2017 | $ 4,240.77 |
| 12/8/2017 | $ 49,472.78 |
| 12/8/2017 | $ 2,987.50 |
| 12/12/2017 | $ 29,514.40 |
| 12/13/2017 | $ 1,265.19 |
| 12/14/2017 | $ 27,587.07 |
| 12/14/2017 | $ 18,340.70 |
| 12/15/2017 | $ 162,595.81 |
| 12/18/2017 | $ 1,487.39 |
| 12/19/2017 | $ 2,708.23 |
| 12/20/2017 | $ 2,175.07 |
| 12/22/2017 | $ 188,375.80 |
| 12/26/2017 | $ 4,155.89 |
| 12/28/2017 | $ 42,101.66 |
| 12/29/2017 | $ 40,722.63 |
| 12/29/2017 | $ 55,322.37 |
| 1/2/2018 | $ 12,600.26 |
| 1/4/2018 | $ 64,922.54 |
| 1/12/2018 | $ 54,747.15 |
| 1/12/2018 | $ 5,810.00 |
| 1/16/2018 | $ 36,785.04 |
| 1/18/2018 | $ 4,714.50 |
| 1/19/2018 | $ 44,025.48 |
| 1/19/2018 | $ 8,006.02 |
| 1/19/2018 | $ 15,075.73 |
| 1/26/2018 | $ 77,265.36 |
| 1/26/2018 | $ 25,173.15 |
| 1/29/2018 | $ 15,608.04 |
| 1/30/2018 | $ 14,540.70 |
| 2/1/2018 | $ 36,592.23 |
| 2/9/2018 | $ 6,321.11 |
| 2/14/2018 | $ 12,207.33 |
| 2/15/2018 | $ 111,056.03 |
| 2/22/2018 | $ 4,856.85 |
| **Total** | **$ 1,835,324.92** |

# United States Bankruptcy Court
## Southern District of Florida

In re  **Miami International Medical Center, LLC**                        Case No.

Debtor(s)                  Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 422 Enterprises, LLC<br>Georgiy Brusovanik, MD, Mgr<br>430 S Shore Dr<br>Miami Beach, FL 33141 | I | 7.43 | Member |
| Alex Holdings, LLC<br>Stephen Alex, MD, Auth Mbr<br>1455 Ocean Dr.<br>Unit 804<br>Miami Beach, FL 33139 | I | 9.95 | Member |
| Armando E. Hernandez-Rey, MD, PLLC<br>Armando E. Hernandez-Rey, MD<br>4425 Ponce de Leon Boulevard<br>Ste 110<br>Miami, FL 33146 | I | 4.13 | Member |
| Aventura Spine Doctors, LLC<br>Christian Gonzalez, MD, Manager<br>21097 NE 27 Ct<br>Ste 350<br>Miami, FL 33180 | I | 4.34 | Member |
| Carlos Garcia, M.D.<br>7365 SW 142 Terr<br>Miami, FL 33158 | I | 5.51 | Member |
| Carvajal Hospital Investments, LLC<br>Pedro Carvajal , MD, Manager<br>9340 SW 1OO St<br>Miami, FL 33176-3036 | I | 2.57 | Member |
| Cesar Ceballos, M.D.<br>7800 SW 87 Ave<br>Ste A-110<br>Miami, FL 33173 | I | 4.97 | Member |
| David A. Robbins, M.D.<br>2045 NE 197 Terr<br>Miami, FL 33179 | I | 2.44 | Member |
| DFR Enterprises, LLC<br>David Font-Rodriguez, MD and<br>Carmen M. Font, Managers<br>7885 SW 108 St<br>Miami, FL 33156 | I | 5.15 | Member |

In re:   **Miami International Medical Center, LLC**                                    Case No. _____

_____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DLG M.D. Investments, LLC**<br>**David L. Galbut, MD, Manager**<br>**4770 Biscayne Blvd**<br>**Ste 880**<br>**Miami, FL 33137** | **I** | **9.95** | **Member** |
| **Edward Fidalgo, M.D.**<br>**190 Island Dr**<br>**Key Biscayne, FL 33149** | **I** | **2.48** | **Member** |
| **Elizabeth Etkin-Kramer, M.D.**<br>**2834 Regatta Ave.**<br>**Miami Beach, FL 33140** | **I** | **1.34** | **Member** |
| **Emery M. Salom, M.D.**<br>**851 Hunting Lodge Dr**<br>**Miami Springs, FL 33166** | **I** | **3.20** | **Member** |
| **ESD Holdings, LLC**<br>**Sandeep Dave, MD, Managing Mbr**<br>**558 Hibiscus Lane**<br>**Miami, FL 33137** | **I** | **9.95** | **Member** |
| **FAS Miami, LLC**<br>**Felix A. Stanziola, MD and**<br>**Patricia Roquebert, Managers**<br>**11801 SW 90 St, #101**<br>**Miami, FL 33186** | **I** | **2.57** | **Member** |
| **GGG Holdings Group, LLC**<br>**David B. Grossman, MD, Manager**<br>**3720 NE 201 St**<br>**Miami, FL 33180** | **I** | **1.86** | **Member** |
| **Giridhar S. Talluri, M.D.**<br>**9681 SW 60 Ct**<br>**Miami, FL 33156** | **I** | **12.30** | **Member** |
| **Gregory A. Guell, M.D.**<br>**3659 S Miami Ave**<br>**Ste 5005**<br>**Miami, FL 33133** | **I** | **1.01** | **Member** |
| **Hand Investments, LLC**<br>**Jorge L. Orbay, MD, Managing Ptr**<br>**8905 SW 87 Ave**<br>**Ste 100**<br>**Miami, FL 33176** | **I** | **8.10** | **Member** |

List of equity security holders consists of 6 total page(s)

In re:   **Miami International Medical Center, LLC**                              Case No. _____
_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hommen Orthopedic Institute, P.L.**<br>**Jan Pieter Hommen, MD, Manager**<br>**8940 N Kendall Dr**<br>**#101E**<br>**Miami, FL 33176** | **I** | **7.47** | **Member** |
| **J Harris Levy, M.D., P.A. dba**<br>**Retina Associates of Miami**<br>**Jay Levy and Rashid Taher, Auth Mbrs**<br>**184 NE 168 St**<br>**Miami, FL 33162** | **I** | **6.46** | **Member** |
| **Janus Fidelis Realty, LLC**<br>**Roberto Miki, MD and**<br>**Daniel Alfonso, MD, Members**<br>**6301 SW 11O St**<br>**Miami, FL 33156** | **I** | **19.26** | **Member** |
| **Jay H. Kim, M.D.**<br>**21110 Biscayne Blvd**<br>**Ste 403**<br>**Miami, FL 33180** | **I** | **3.71** | **Member** |
| **JEFA Medical LLC**<br>**Albert Triana, Joseph Triana,**<br>**Francisco Cruz-Pachano, & E. Cardenas**<br>**3785 NW 82nd Ave., #307**<br>**Doral, FL 33166** | **I** | **8.95** | **Member** |
| **Jesse Salmeron, M.D.**<br>**3011 NE 57 Ct**<br>**Fort Lauderdale, FL 33308** | **I** | **2.48** | **Member** |
| **JJH Beach Investments LLC**<br>**Jonathan Hyde, MD, VP**<br>**2555 Bay Avenue**<br>**Miami Beach, FL 33140** | **I** | **11.38** | **Member** |
| **Jose Joy, MD**<br>**8950 N Kendall Dr**<br>**Ste 406W**<br>**Miami, FL 33176** | **I** | **2.48** | **Member** |
| **KMED International LLC**<br>**Guillermo Lievano, MD and**<br>**Ileana Perez, MD, Members**<br>**8720 Kendall Dr, Ste 115**<br>**Miami, FL 33176** | **I** | **3.53** | **Member** |

List of equity security holders consists of 6 total page(s)

In re:   **Miami International Medical Center, LLC**                                    Case No. _____
                                                                Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LDM Robla-MIMC, LLC**<br>**Julio Robla, MD, Manager**<br>**7985 SW 125 St**<br>**Miami, FL 33156** | **I** | **4.97** | **Member** |
| **Interventional Services, LLC**<br>**Moises Roizental, MD, Manager**<br>**21000 NE 28 Ave**<br>**Ste 202**<br>**Miami, FL 33180** | **I** | **1.86** | **Member** |
| **Invictus Spine, LLC**<br>**Rolondo Garcia, MD and**<br>**Ana P. Garcia, Members**<br>**526 North Parkway**<br>**North Miami Beach, FL 33160** | **I** | **9.95** | **Member** |
| **Luis E. Mendez, P.A.**<br>**Luis E. Mendez, President**<br>**100 Andalusia Ave**<br>**Apt 714**<br>**Coral Gables, FL 33134** | **I** | **3.60** | **Member** |
| **Marie L. Williams DPM PLLC**<br>**Marie L. Williams DPM Manager**<br>**4516 Jackson St**<br>**Hollywood, FL 33021** | **I** | **1.43** | **Member** |
| **Mauricio Hernandez, M.D.**<br>**PO Box 830635**<br>**Miami, FL 33283** | **I** | **3.53** | **Member** |
| **Miami Anesthesia Services, LLC**<br>**Attn: Mark Eisenfeld, MD**<br>**3716 NE 208 Terr**<br>**Miami, FL 33180** | **I** | **8.1** | **Member** |
| **Miami Hospital Holdings, LLC**<br>**11221 Roe Ave**<br>**Ste 320**<br>**Leawood, KS 66211** | **II** | **698.55** | **Member** |
| **Miami International Surgical Center, LLC**<br>**Amar D. Rajadhyaksha, Manager**<br>**5140 Riviera Dr**<br>**Miami, FL 33146** | **I** | **9.95** | **Member** |

List of equity security holders consists of 6 total page(s)

In re:  **Miami International Medical Center, LLC**                                   Case No. _____
_____
                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mibeli Holdings, LLC**<br>**Daniel Levin, MD, Manager**<br>**21025 NE 38 Ave**<br>**Miami, FL 33180** | **I** | **6.40** | **Member** |
| **Michael Canning, M.D.**<br>**8950 N Kendall Dr**<br>**Ste 402**<br>**Miami, FL 33176** | **I** | **4.97** | **Member** |
| **MJ2102, LLC**<br>**Joseph Fernandez, MD and**<br>**Margarita Fernandez, Managers**<br>**10605 SW 61 Ave**<br>**Miami, FL 33156** | **I** | **9.95** | **Member** |
| **Moises Mitrani, M.D.**<br>**1341 NE 103 St**<br>**Miami, FL 33138** | **I** | **2.83** | **Member** |
| **Molina Investment Company, LLC**<br>**Francisco Molina, MD, Manager**<br>**151 N Nobhill Rd**<br>**Ste 306**<br>**Plantation, FL 33324** | **I** | **6.18** | **Member** |
| **NA Abdullah Holdings, LLC**<br>**Naaman Abdullah, MD, Manager**<br>**450 Alton Rd**<br>**Ste 2501**<br>**Miami Beach, FL 33139** | **I** | **11.33** | **Member** |
| **Octophenia, LLC**<br>**Arturo Corces, MD, Auth Member**<br>**7340 SW 79 St**<br>**Miami, FL 33143** | **I** | **9.95** | **Member** |
| **Rebuats Holdings, LLC**<br>**Marshall Stauber, MD, Manager**<br>**4191 Park View Dr**<br>**Hollywood, FL 33021** | **I** | **4.14** | **Member** |
| **Rich ASC, LLC**<br>**Jeffrey A. Rich, DO, Managing Partner**<br>**6141 Sunset Dr**<br>**Ste 403**<br>**Miami, FL 33156** | **I** | **4.97** | **Member** |

List of equity security holders consists of 6 total page(s)

In re:  **Miami International Medical Center, LLC**                    Case No. _____
_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **South Florida Women's Care MIMC Partners J Esserman, O Morales, A Davis and L Gaitan, Members 8950 SW 74 Ct, Ste 2001 Miami, FL 33156** | **I** | **4.97** | **Member** |
| **South Miami MIMC Partners, LLC Javier Vizoso, MD, Auth Contact 7300 SW 62 Pl 3 FL Miami, FL 33134** | **I** | **25.92** | **Member** |
| **Surgical Training Facility, Inc. Jeffrey B Cantor, MD, President 3000 Bayview Dr Fort Lauderdale, FL 33306** | **I** | **1.24** | **Member** |
| **Value Health, LLC Floyd A Osterman, Jr, MD, Manager 21000 NE 28 Ave Ste 202 Aventura, FL 33180** | **I** | **1.86** | **Member** |
| **VitalMD Group Holding, LLC 3225 Aviation Ave Ste 700 Miami, FL 33133** | **I** | **35.25** | **Member** |
| **Wilfredo Constantino Lara, M.D., PLLC Wilfredo Lara, MD, Manager 2500 N. Greenway Dr Coral Gables, FL 33134** | **I** | **3.23** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Administrative Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March  9, 2018**                                    Signature  **/s/ Jeffrey Mason**
_____                    _____
                                                                                          **Jeffrey Mason**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    __Miami International Medical Center, LLC__               Case No. _____

                                 Debtor(s)            Chapter     __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Administrative Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __March  9, 2018__                __/s/ Jeffrey Mason__

                                        __Jeffrey Mason__/__Chief Administrative Officer__
                                        Signer/Title

3E Company Environmental Ecological and
3207 Grey Hawk Ct
Ste 200
Carlsbad, CA 92010


3M Health Information Systems
575 West Murray Blvd
Salt Lake City, UT 84123-4611


A.A. Fire Equipment Company Inc
480 NE 159 St
Miami, FL 33162


Abbott Laboratories
75 Remittance Dr
Ste 1310
Chicago, IL 60675


ABT Medical
8813 Pinto Dr
Lake Worth, FL 33467


ACD Sign Language
4846 N University Dr
Ste 354
Lauderhill, FL 33351


ACE Sales Corp.
7321 NW 46 St
Miami, FL 33166


ACell Inc
6640 Eli Whitney Dr
Columbia, MD 21046


Acumed
5885 NW Cornelius Pass Rd
Hillsboro, OR 97124-9432


Adler Instrument Company
560 Trinity Creek Cove
Cordova, TN 38018

Advance Electronics
205 NW 128 Avenue
Miami, FL 33182


Advanced Clinical EmploymentStaffing LLC
28276 State Hwy 75
Oneonta, AL 35121


Advanced Medical Partners Inc
9825 Spectrum Dr
Bldg 3
Austin, TX 78717-4930


Advanced Medical Resources, LLC
PO Box 73169
Dallas, TX 75373


Advanced Orthopaedic Solutions
3203 Kashiwa St
Torrance, CA 90505


Aesculap Implant Systems LLC
PO Box 780391
Philadelphia, PA 19178-0391


Aesculap Inc
PO Box 780426
Philadelphia, PA 19178-0426


Aetna Health Inc
151 Farmington Ave
Hartford, CT 06156


Affordable Environment Service
2900 SW 100 Ave
Miami, FL 33165


Airway Cleaning and Fireproofing
4720 Oakes Rd Bay E
Fort Lauderdale, FL 33314


Airxpanders Inc
1047 Elwell Ct
Palo Alto, CA 94303

Akerman LLP
350 East Las Olas Blvd.
Ste 1600
Fort Lauderdale, FL 33301


Alcon Laboratories
6201 S Freeway
Wx-21
Fort Worth, TX 76134


Alcon Laboratories Inc
6201 S Freewy
Wx-21
Fort Worth, TX 76134


Alemany Building Solutions (Fire Alarm)
7941 SW 14 Ter
Miami, FL 33144


Alimed Inc
297 High St
Dedham, MA 02026


Allen Medical Systems
100 Discovery Way
Acton, MA 01720


Allergan USA Inc
2525 Dupont Dr
Irvine, CA 92612


Allied Montoring Innovations LLC
4849 Greenville Ave
Ste 1125
Dallas, TX 75206


Alliqua Biomedical Inc
2150 Cabot Blvd W
Ste B
Langhorne, PA 19047


Alta Language Services Inc
3355 Lenox Rd NE
#510
Atlanta, GA 30326

Amendia Inc
1755 W Oak Pkwy
Marietta, GA 30062


American College of Cardiology Foundatio
2400 N St NW
Washington, DC 20037


American Horizon Financial
5491 University Dr
Ste 202-B
Coral Springs, FL 33067


American Monitoring Innovations
4849 Greenville Ave
#1125
Dallas, TX 75206


American Portable Air Condition
PO Box 297646
Hollywood, FL 33029


Amerisource
PO Box 4738
Houston, TX 77210


Amex Pharmacy
P.O. Box 3367
Downers Grove, IL 60515


Amr-Advanced Medical Resources
2150 Town Sq Place
Ste 290
Sugarland, TX 77479


Another Garage & Gate Inc
3771 NW 51 St
Unit A
Miami, FL 33142


Applied Medical
22872 Avenida Empresa
Rancho Santa Margarita, CA 92688

```
Aramark (Evs)
1101 Market St
19 fl
Philadelphia, PA 19107


Aramark (Food Services)
1101 Market St
19 fl
Philadelphia, PA 19107


Aramark (Valet Services)
1101 Market St
19 fl
Philadelphia, PA 19107


Aramark Healthcare Support Services, LLC
% Jonathan L. Swichar, Esq.
Duane Morris LLP
30 S 17 St
Philadelphia, PA 19103-4196


Aramark Services Inc
Aramark Chicago Lockbox
27310 Network Place
Chicago, IL 60673


ARC Healthcare Solutions
10780 NW 21 St
Pompano, FL 33071


Arthrex
1370 Creekside Blvd
Naples, FL 34108


Arthrosurface Inc
28 Forge Pkwy
Franklin, MA 02038


Associated Credit Service
PO Box 5171
Westborough, MA 01581


Autonogy Co
4425 Indian Creek Pkwy
Overland Park, KS 66207
```

Avalon Gardens
14901 SW 71 Ave
Miami, FL 33158


Avella
9565 Kirby Dr
Houston, TX 77054


AvMed Inc
13450 W Sunrise Blvd
Sunrise, FL 33323


Axogen
13631 Progress Blvd
Ste 400
Alachua, FL 32615


B.A. Nurses Uniforms
1045 NW 20 St
Miami, FL 33127


Baker Tilly Virchow Krause LLP
Box 78975
Milwaukee, WI 53278-8975


Bard Access Systems Inc
605 N 5600 West
Salt Lake City, UT 84116


Bard Peripheral Vascular Inc
1415 W Third St
Tempe, AZ 85281


Bausch+ Lomb Surgical VPNA LLC
4395 Collection Ctr Dr
Chicago, IL 60693-0043


Baxter Healthcare Corp
PO Box 905788
Charlotte, NC 28290

Baxter Healthcare Corporation
William Graham Bldg 1-2N
25212 W Illinois Rte 120
Attn Kevin Newman
Round Lake, IL 60073


Baxter Healthcare Corporation
William Graham Bldg 1-2N
25212 W Illinois Rte 120
Attn Lori Rumer
Round Lake, IL 60073


Baxter Healthcare Corporation
William Graham Bldg 1-2N
25212 W Illinois Rte 120
Round Lake, IL 60073


Bayer Healthcare
100 Bayer Blvd
Whippany, NJ 07981


Bayshore Partners  LLC
401 E Las Olas Blvd
#2360
Fort Lauderdale, FL 33301


BCBS of Florida
14775 Old St. Augustine Rd
Jacksonville, FL 32258


Beekley Corporation
One Prestige Lane
Bristol, CT 06010


Bella Baby Photography
300 E 5 Ave
Ste 330
Naperville, IL 60563


Benefit Management
2016 16 St
Great Bend, KS 67530


Bensonwedd, LLC
PO Box 772
Olathe, KS 66061

Benvenue Medical Inc
5403 Betsy Ross Dr
Santa Clara, CA 95054


Best Doctors
60 State Street
Suite 600
Boston, MA 02109


Biomet Trauma
75 Remittance Dr
Ste 3283
Chicago, IL 60675


BMI
6165 Emerald Parkway
Dublin, OH 43016


Boca Radiology
8142 Glades Rd
Boca Raton, FL 33434


Boca Radiology (Radiologist)
8142 Glades Rd
Boca Raton, FL 33434


Bone Bank Allografts
4808 Research Dr
San Antonio, TX 78240


Boston Scientific
100 Boston Scientific Way
Marlborough, MA 01752-1234


BRG Boca Radiology Group
PO Box 810969
Boca Raton, FL 33486


BSN Medical
5825 Carnegie Blvd
Charlotte, NC 28209


BUPA
7001 SW 97 Avenue
Miami, FL 33173

Cactus Software
4900 College Blvd
Overland Park, KS 66211


Capital Communication Inc.
P.O. Box 481
Olympia, WA 98507-0481


Captiva Spine Inc
967 N. Alternate Ala
Ste 1310
Jupiter, FL 33477-3206


Cardinal Health 110, LLC
% Daniel Gerber, Esq.
Rumberger, Kirk & Caldwell, PA
PO Box 1873
Orlando, FL 32802-1873


Cardinal Health 200 LLC
7000 Cardinal Pl
Dublin, OH 43017


Cardinal Health 200, LLC
% Daniel Gerber, Esq.
Rumberger, Kirk & Caldwell, PA
PO Box 1873
Orlando, FL 32802-1873


Cardinal Health Medical Products & Serv
PO Box 905867
Charlotte, NC 28290-5867


Cardinal Health Pharmacy Services, LLC
1330 Enclave Pkwy
Houston, TX 77077


Cardinal Health Pharmacy Services, LLC
1330 Enclave Pkwy
Attn: VP Managed Services
Houston, TX 77077


Careerbuilder LLC
13047 Collection Ctr Dr
Chicago, IL 60693-0130

Carefusion 123
25082 Network Place
Chicago, IL 60673-1250


Carefusion Solutions LLC
Pyxis Products
25082 Network Pl
Chicago, IL 60673-1250


CareFusion Solutions LLC
3750 Torrey View Ct
Attn: Contracts
San Diego, CA 92130


CareFusion Solutions, LLC
3750 Torrey View Ct
San Diego, CA 92130


CarePlus Health Plans
11430 NW 20 Street
Suite 300
Miami, FL 33172


Carl Zeiss Meditec, Inc.
P.O. Box 100372
Pasadena, CA 91189-0372


Carl Zeiss Surgical Products
5160 Hacienda Dr
Dublin, CA 94568


CAS Medical Systems Inc
44 E Industrial Rd
Branford, CT 06405


CDW-G
230 N Milwaukee Ave
Vernon Hills, IL 60661


Chemtreat Inc
15045 Collections Ctr Dr
Chicago, IL 60693

Cigna
PO Box 589
La Grange, KY 40031


Cigna HealthCare of Florida Inc
Routing 300
1571 Sawgrass Corp Pkwy
Ste 140
Sunrise, FL 33323


Citadel Outsource Group LLC
162 Imperial Blvd
Attn: Glenda Tankersley, CEO
Hendersonville, TN 37075


City of Miami
444 SW 2 Ave
Rm 636-1
Miami, FL 33130


Claflin Medical Equipment
1206 Jefferson Blvd
Warwick, RI 02886


CMP Pharmacy Services
4358 SW 164 Ct
Miami, FL 33185


Collectrx
416 Hungerford Dr
Ste 435
Rockville, MD 20850


Coloplast Corp
1601 W. River Rd N
Minneapolis, MN 55411


Comcast
PO Box 530099
Atlanta, GA 30353-0099


Comcast Cable Communications
Management, LLC
789 Intl Pkwy
Attn: Business Services
Sunrise, FL 33325

Commercial Sales & Service Inc
4387 Westgrove Dr
Addison, TX 75001


Compass Medical Solution
PO Box 470667
Fort Worth, TX 76147


Conmed Corporation
Church Steet Sta
PO Box 6814
New York, NY 10249-6814


Cook Medical Inc
22988 Network Pl
Chicago, IL 60673-1229


Cooper Surgical
95 Corporate Dr
Trumbull, CT 06611


Cormatrix Cardiovascular Inc.
1100 Old Ellis Rd
Roswell, GA 30076


Cort Business Service Corp
PO Box 17401
Baltimore, MD 21297-1401


Corvel International Health Plan
1560 Sawgrass Corporate Parkway
Suite 100
Fort Lauderdale, FL 33323


Coventry Health Care Inc
6730-B Rockledge Dr
Ste 700
Bethesda, MD 20817


Covidien
15 Hampshire St
Mansfield, MA 02048

CPSI
PO Box 850309
Mobile, AL 36685-0309


Creative Staffing
7700 North Kendall Drive
Suite 304
Miami, FL 33156


Cube Care Company
6043 NW 167 St
Ste A23
Hialeah, FL 33015


Cynamon Bros.& Sons Inc
1051 E 49 St
Hialeah, FL 33013


Dade Paper
9601 NW 112 Ave
Miami, FL 33178


Dan Saale
% Nuehealth
11221 Roe Ave
Ste 300
Leawood, KS 66211


Daniel T Alfonso MD
12401 Pine Needle Ln
Miami, FL 33156


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Rd
Wayne, PA 19087


DePuy Synthes Sales, Inc.
PO Box 406663
Atlanta, GA 30384


Dex Imaging
8880 NW 20 St
Ste N
Miami, FL 33172

Digicel Parking Lot Lease
701 Waterford Way
Ste 450
Miami, FL 33126


DP Landauer Medical Physics
2 Science Rd
Glenwood, IL 60425


Dutch Ophthalmic USA Inc
10 Continental Dr
Bldg 1
Exeter, NH 03833


Dynamic Chemical Product
PO Box 960085
Miami, FL 33296


Ecolab Equipment Care
24673 Network Place
Chicago, IL 60673


Edge Information Management
PO Box 3378
Melbourne, FL 32902-3378


Edge Information Management
1682 W. Hibiscus Blvd
Melbourne, FL 32901


Elliquence LLC
2455 Grand Ave
Baldwin, NY 11510


Elsevier Inc
1600 JFK Blvd
Ste 1800
Philadelphia, PA 19103


Encore Medical LP
PO Box 660126
Dallas, TX 75266

Erbe Usa Inc
2225 NW Pkwy
Marietta, GA 30067


Esquire Express Inc
2275 E 11 Ave
Hialeah, FL 33013


ESR Diagnostics Inc
899 SW 86 Ct
Miami, FL 33144


Exactech US Inc
2320 NW 66 Ct
Gainesville, FL 32653


Executive Printers of Florida
8001 NW 74 Ave
Miami, FL 33166


Falck Southeastern Disaster & Evacuation
6605 NW 74 Ave
Miami, FL 33166


Fedex
PO Box 660481
Dallas, TX 75266


Fifth Avenue CVO
1209 S Frankfort Ave
#400
Tulsa, OK 74120


Fifth Avenue Physcian Services
PO Box 690117
Tulsa, OK 74169


First Healthcare Products
6125 Lendell Dr
Sanborn, NY 14132-9199


Fisher Healthcare
PO Box 404705
Atlanta, GA 30384-4705

Fisher Scientific
9999 Veterans Memorial Dr
Houston, TX 77038-2401


Fleishman-Hillard Inc
2 Alhambra Plaza
Ste 600
Miami, FL 33134


Florida Birth-Related Neurological*
*Injury Compensation Association
PO Box 14567
Tallahassee, FL 32317-4567


Florida City Gas
PO Box 4569
Loc 6250
Atlanta, GA 30302-4569


Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399


Florida Green Light, LLC
301 E 19 St
Hialeah, FL 33010


Focus USA Microscopes
1835 NE Miami Gardens Dr
238
Miami, FL 33179


Foulston Siefkin LLP
1551 N. Waterfront Pkwy
Ste 100
Wichita, KS 67206


FPL Energy Services
PO Box 25426
Miami, FL 33102-5426


Frost-Arnett
480 James Robertson Pkwy
Nashville, TN 37219

FS Group, LLC
2105 Elm Hill Pike
Ste 200
Nashville, TN 37210


Gallagher Bassett Services Inc
The Gallagher Ctr
Two Pierce Pl
Itasca, IL 60143-3141


GBS Corp
7233 Freedom Ave NW
North Canton, OH 44720


GE Capital
PO Box 641419
Pittsburgh, PA 15264-1419


GE Healthcare
PO Box 96483
Chicago, IL 60693


GE Healthcare-OEC
75 N Thompson Creek
Ormond Beach, FL 32174


GE HFS, LLC
PO Box 414
W-490
Milwaukee, WI 53201


General Electric Capital Corp
PO Box 641419
Pittsburgh, PA 15264-1419


Genzyme A Sanofi Co
62665 Collections Ctr Dr
Chicago, IL 60693


Georgiy Brusovanik MD
430 S. Shore Dr
Miami Beach, FL 33141

Germfree Laboratories
4 Sunshine Blvd
Miami, FL 33174


Gilchrist & Soames
75 Remittance Drive
Dept 6060
Chicago, IL 60675


Global Excel Management Inc.
73 Queen Street Sherbrooke
Quebec J1M0C9
CANADA


Global Healthcare Exchange, LLC
1315 Century Drive
Louisville, CO 80027


Globus Medical
Valley Forge Business Ctr
2560 General Armistead Ave
Norristown, PA 19403


GMMI
880 SW 145 Avenue
Ste 400
Pembroke Pines, FL 33027


Goodwill South Florida
6201 NW 36 Ave
Miami, FL 33147


Graciela Gonzalez-Lanz
3154 NW 19 Street
Miami, FL 33125


Grainger
5011 Rittman Rd
San Antonio, TX 78218


Gregoria A Arias
421 SW 57 Ave
Miami, FL 33144

Gregoria Arias Contractor
421 SW 57 Ave
Miami, FL 33144


Gregoria Arias Contractor
421 SW 57 Ave
Apt 1
Miami, FL 33144


Guardian Life of the Caribbean
1 Guardian Drive West Moorings
Diego Martin
TRINIDAD & TOBAGO


Hamandi Corporation
8813 Pinto Dr
Lake Worth, FL 33467


Harvard Jolly, Inc.
Attn: Jeffrey E. Cobble, AIA
33201 W Commercial Blvd
Ste 225
Fort Lauderdale, FL 33309


HC-5959 NW 7th Street, LLC
Attn: Lisa Drummond
4890 W. Kennedy Blvd
Ste 650
Tampa, FL 33609


Health Care Compliance Inc
12104 NW 35 Place
Fort Lauderdale, FL 33323


Healthspring
530 Great Circle Road
Nashville, TN 37228


HealthSun Health Plans
3250 Mary St
Ste 1400
Coconut Grove, FL 33133

HealthTronics Mobile Solutions LLC
9825 Spectrum Dr
Bldg 3
Attn: Contracting Dept.
Austin, TX 78717


HealthTronics Mobile Solutions LLC
9825 Spectrum Dr
Bldg 3
Austin, TX 78717


Heritage Food Service Group
PO Box 71595
Chicago, IL 60694-1595


Hologic Inc
250 Campus Dr
Marlborough, MA 01752


Hologic Inc.
250 Campus Dr
Marlborough, MA 01752


Hospira Worldwide, Inc.
75 Remittance Dr
Ste 6136
Chicago, IL 60675


Humana
PO Box 14601
Lexington, KY 40512


IBM
PO Box 643600
Pittsburgh, PA 15264


Innomed Inc
103 Estus Dr
Savannah, GA 31404


Innovative Medical Products
87 Spring Lane
PO Box 8028
Plainville, CT 06062

Innovent Global Inc
PO Box 101004
Atlanta, GA 30392-1004


Integra Luxtec
311 Enterprise Dr
Plainsboro, NJ 08536


Integrated Medical Systems
PO Box 2725
Columbus, GA 31902


Integrated Security Systems Inc
1876 NW 7 St
Miami, FL 33125


Integrity Implants, Inc.
8963 Stirling Rd
Suite 8
Cooper City, FL 33328


Interhealth, LLC
6960 SW 148 Terr
Miami, FL 33158


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Intuitive Surgical Inc
1266 Kifer Rd
Bldg 101
Sunnyvale, CA 94086-5304


Intuitive Surgical, Inc.
1020 Kifer Rd
Sunnyvale, CA 94086


IPA
10712 S 1300 E
Sandy, UT 84094


ISS Intergrated Security
1876 North West 7th St
Miami, FL 33125

J&J Ethicon
PO Box 40663
Atlanta, GA 30384-6663


JCB Laboratories
7335 W 33 St N
Wichita, KS 67205


JE & Son Supply Corp
17101 NW 57 Ave
Apt 204
Miami Gardens, FL 33055


Johnson and Johnson Healthcare
PO Box 406663
Atlanta, GA 30384


Karl Storz
2151 E Grand Ave
El Segundo, CA 90245


KCI USA
PO Box 301557
Dallas, TX 75303-1557


KCI V.A.C.
PO Box 301557
Dallas, TX 75303


Key Surgical
8101 Wallance Rd
Eden Prairie, MN 55344


KR Medical Technologies LLC
2510 Strathfield La
Trophy Club, TX 76262


Laboratory Corp of America
PO Box 12140
Burlington, NC 27216


Landauer
PO Box 809051
Chicago, IL 60680-9051

Landauer Medical Physics
PO Box 809153
Chicago, IL 60680-9153


Language Line Services Inc
PO Box 202564
Dallas, TX 75320-2564


Laser Surgical of Florida
1121 East Commercial Blvd
Suite A
Fort Lauderdale, FL 33334


Laser Surgical of Florida Inc
555 NE 15 St
Ste 21-A
Miami, FL 33132


LDR
13785 Research Blvd
Ste 200
Austin, TX 78750


Lifecell Corporation
One Millennium Way
Somerville, NJ 08876


Lifeflight-Nicklaus Children's Hospital
3100 SW 62 Ave
Miami, FL 33155


Lifenet Health
1864 Concert Dr
Virginia Beach, VA 23453


Lima Locksmith
10420 SW Ter
Miami, FL 33126


Lina Medical USA Inc
PO Box 2503
Norcross, GA 30091

LSF-Laser Surgical Of Florida Inc
555 NE 15 St
Ste 21-A
Miami, FL 33132


Luis E Mendez MD
100 Andalusia Ave
Apt 714
Coral Gables, FL 33134


Maquet Medical Systems USA
45 Barbour Pond Dr
Wayne, NJ 07470


Marina Medical Inc
955 Shoutgun Rd
Fort Lauderdale, FL 33326


Marsh USA Inc
PO Box 846015
Dallas, TX 75284-6015


Massages in Space
1997 SW 1 St
Miami, FL 33135


Matheson Tri-Gas
18000 Beeline Hwy
Jupiter, FL 33478


MCHS Reimbursement Agreement
3100 SW 62 Ave
Miami, FL 33155


Mead Johnson Nutrition
225 N Canal St
25 fl
Chicago, IL 60606


Medacta
1556 W. Carroll Ave
Chicago, IL 60693

Medela Incorporated
1101 Corporate Dr
McHenry, IL 60050


Medical Industrial Hygiene Inc
PO Box 741690
Boynton Beach, FL 33474


Medical Technology Associates
6840 Cross Bayou Dr
Seminole, FL 33777


Medical Testing Solutions
20283 State Road 7
Boca Raton, FL 33498


Medline Industries Inc
Dept Ch 14400
Palatine, IL 60055


Medrevenue Solutions LLC
1016 Inca La
Woodstock, GA 30188


Medscribe
800 Sea Gate Dr
Ste 201
Naples, FL 34103


Medtronic Advanced Energy
180 International Dr
Portsmouth, NH 03801


Medtronic Advanced USA Inc
PO Box 848086
Dallas, TX 75284


Medtronic Surgical Technologies
6743 Southpoint Dr N
Jacksonville, FL 32216


Mega South Electric Inc
60 NE 18 St
Homestead, FL 33030

Mentor Worldwide LLC
33 Technology Dr
Irvine, CA 92618


Meridian Institute of Surgical Assisting
1507 County Hospital Rd
Nashville, TN 37218


Merit Medical Systems Inc
1600 W Merit Pkwy
South Jordan, UT 84095


Merry X-Ray Corp
4444 Viewridge Avenue
Ste A
San Diego, CA 92123


Miami Anesthesia Services LLC
3716 NE 208 Ter
Miami, FL 33180


Miami Children's Health Systems
3100 SW 62 Ave
Miami, FL 33155-3009


Miami Dade Ambulance
2766 NW 62 St
Miami, FL 33147


Miami Dade County-DERM
PO Box 863532
Orlando, FL 32886-3532


Miami Dade Water and Sewer Dep
PO Box 026055
Miami, FL 33102-6055


Miami Hospital Holdings LLC
11221 Roe Ave
Ste 320
Leawood, KS 66211


Miami-Dade County Stormwater
PO Box 025297
Miami, FL 33102

Microaire Surgical Instruments
Lockbox 96564
Chicago, IL 60693

MidFirst Bank
501 NW Grand Blvd
Oklahoma City, OK 73118

MidFirst Bank
Attn: Legal Dept
501 NW Grand Blvd
Oklahoma City, OK 73118

Mimedx Group Inc
1775 W Oak Commons Ct NE
Marietta, GA 30062

Mindray
27770 N Entertainment Dr
Ste 200
Valencia, CA 91355

Miriam Espinosa
6041 NW 5 St
Miami, FL 33126

Misonix
1938 New Highway
Farmingdale, NY 11735

Mizuho Osi
30031 Ahern Ave
Union City, CA 94587-1234

Mobile Instrument Service and Repair Inc
333 Water Ave
Bellefontaine, OH 43311-1777

Molina Inpatient Service Inc
151 N Nob Hill Rd
Ste 306
Fort Lauderdale, FL 33324

Mopec
21750 Coolidge Hwy
Oak Park, MI 48237


Mortara Instrument Inc
7865 N 86 St
Milwaukee, WI 53224


Musculoskeletal Transplant Foundation
125 May Street
Edison, NJ 08837


National Distribution Service, Inc.
616 Trade Center Blvd
Chesterfield, MO 63005


National Healthcare Solutions Inc
8150 N Central Exp
Ste 1700
Attn: CEO
Dallas, TX 75206


Natus Medical
1501 Industrial Rd
San Carlos, CA 94070


Network Service Company
1805 Momentum Pl
Lockbox #231805
Chicago, IL 60689-5318


Neuwave Medical Inc
3529 Anderson St
Madison, WI 53704


Nicklaus Children's Hospital
3100 SW 62 Ave
Miami, FL 33155


Night and Day Pediatrics
1011 Sunnybrook Rd
Ste 903
Miami, FL 33126-2110

Novo Health Services
PO Box 744035
BOA Lockbox Services
Atlanta, GA 30384-4035


nThrive Inc
PO Box 733492
Dallas, TX 75373-3492


Nuecaptive Insurance SOL
11221 Roe Ave
Leawood, KS 66211


Nueterra Equity Partners, LLC
dba NueHealth
11221 Roe Ave, Ste 320
Attn: Daniel TaSSET
Leawood, KS 66211


Nueterra Healthcare RE
11221 Roe Ave
Ste 300
Leawood, KS 66211


Nueterra Holding LLC
11221 Roe Ave
Ste 300
Leawood, KS 66211


Nuvasive
7475 Lusk Blvd
San Diego, CA 92121


Oculus Surgical
562 NW Mercantile Pl
Ste 104
Port St. Lucie, FL 34986


OHL-Arellano Construction Company
7051 SW 12 St
Miami, FL 33144


Olympus America Inc
3500 Corporate Pkwy
Center Valley, PA 18034

Olympus America Inc
FIS/2d Fl
3500 Corporate Pkwy
Center Valley, PA 18034-0610


Olympus America Inc
Financial Serv Dept
3500 Corporate Pkwy
Center Valley, PA 18034-0610


Olympus Financial Services
Box 200183
Pittsburgh, PA 15251-0183


OM Management Inc
4483 NW 36 St
Ste 120
Miami, FL 33166


One Blood Inc
8869 Commodity Cir
Orlando, FL 32819


Optum360
PO Box 88050
Chicago, IL 60680-1050


Orkin
2170 Piedmont Rd NE
Atlanta, GA 30324


Orkin, LLC
4505 NW 40 St
Miami, FL 33178


Orthoscan Inc
8212 E. Evans Rd
Scottsdale, AZ 85260


Osteremedies LLC
PO Box 930536
Atlanta, GA 31193-0536

Paradigm Spine LLC
505 Park Ave
14 fl
New York, NY 10022

Paramount Refreshment Solutions
1411 SW 31 Ave
Pompano Beach, FL 33069

Patients #1 through #55
Names and Addresses Filed Under Seal

Patterson Medical Supply Inc
28100 Torch Pkwy
Ste 700
Warrenville, IL 60555

PDC Healthcare
PO Box 71549
Chicago, IL 60694

Pershing Yoakley & Associates, P.C.
Dept 888255
Knoxville, TN 37995-8255

Pharmedium Services LLC
39797 Treasure Ctr
Chicago, IL 60694-3900

Philips Healthcare
3000 Minuteman Rd
Andover, MA 01810

Phillips Murrah
101 N Robinson Ave
Corp Tower 13 fl
Oklahoma City, OK 73102

PICC Lines Plus LLC
3800 S Congress Ave
Ste 11
Boynton Beach, FL 33426

Piramal Critical Care Inc
261 Broadhead Rd
Ste 221
Attn: Vaporizor Ops Dept
Bethlehem, PA 18017


Pitney Bowes
27 Waterview Dr
Shelton, CT 06484


Pitney Bowes Global Financial Services
PO Box 371874
Linwood, MA 01525


Plumb Tech Group Inc
7164 SW 47 St
Miami, FL 33155


Policystat LLC
550 Congressional Blvd
Ste 100
Carmel, IN 46032


Precision Lithotripsy of S Broward, LLC
3490 N US Hwy 1
Cocoa, FL 32926


Precision Lithotripsy, LLC
3490 N US Hwy 1
Cocoa, FL 32926


Precision Spine, Inc.
PO Box 4356
Dept 1904
Houston, TX 77210


Precison Lithtripsy of South
1700 W Park Dr
Ste 410
Westborough, MA 01581


Precyse HIM Company
1275 Drummers Ln
Ste 200
Wayne, PA 19087

Precyse Solutions, LLC
PO Box 733492
Dallas, TX 75373


Prestige Elevator Co
10660 NW 123 St Rd
Unit 106
Miami, FL 33178


Progressive Business Compliance
PO Box 3014
Malvern, PA 19355-9790


Progressive Waste
3840 NW 37 Ct
Miami, FL 33142


Progressive Waste Soloutions
PO Box 6494
Carol Stream, IL 60197-6494


Prolink Healthcare
10700 Montgomery Rd
Ste 226
Cincinnati, OH 45242


Prolink Travel
10700 Montgomery Rd
Ste 226
Cincinnati, OH 45242


Providence Medical Tech
1331 North Carolina Blvd
Ste 320
Walnut Creek, CA 94596


PYA "Black-Box"
Pershing Yoakley & Associates
Monarch Tower Ste 700
3424 Peachtree Rd NE
Atlanta, GA 30326


Ready Refresh By Nestle
P0 Box 856680
Louisville, KY 40285-6680

Reliable Couriers
1250 SW 27 Ave
Ste 207
Miami, FL 33135


Reliable Two Way Communication
6191 Drango Drive
Ste 4466
Davie, FL 33314


Reliance Wholesale Inc.
PO Box 24685
Tampa, FL 33623


Richard Wolf Medical
353 Corporate Woods Pkwy
Gurnee, IL 60031


Roberto A. Miki, MD
6301 SW 110 St
Pinecrest, FL 33156


Roche Diagnostics Corporation
PO Box 105046
Atlanta, GA 30348


Roche Diagnotiscs Corporation
9115 Hague Rd
Indianapolis, IN 46256-0457


Rovy Repair Services LLC
14790 SW 57 Ter
Miami, FL 33193


Salesforce
PO Box 203141
Dallas, TX 75320


Sanus
PO Box 227098
Miami, FL 33122


Scent Air
7055 SW 47 St
Miami, FL 33155

Security 101
1520 N Powerline Rd
Pompano Beach, FL 33069


Security Trend Corp
245 SE 3 Avenue
Ste 226
Miami, FL 33131


Sharn Anesthesia Inc
6850 Southbelt Dr
Caledonia, MI 49316-7680


Sherwin Williams
550 Nw 27 Ave
Miami, FL 33125


Shred-It
10800 NW 92 Ter
Ste 102
Miami, FL 33178


Shred-It USA LLC
81 Walsh Dr
Parsippany, NJ 07054


SI-Bone Inc.
305 Olin Ave
Ste 2200
San Jose, CA 95128


Signature Staff Resources LLC
2460 North FM 740
Rockwall, TX 75032


Sisco, Inc.
3595 Fiscal Ct
West Palm Beach, FL 33404


Skeletal Dynamics LLC
8905 SW 87 Ave
Miami, FL 33176

Skyline Exhibit Resource
3400 S Packerland Dr
De Pere, WI 54115


Sloan Medical
13316 A St
Omaha, NE 68144


Smith & Nephew Inc
150 Minuteman Rd
Andover, MA 01810


Smith & Nephew Orthopedics
2201 W Prospect Rd
Ste 300
Fort Lauderdale, FL 33309


Soliant Health
Dept Ch 14430
Palatine, IL 60055-4430


Sonodepot, Inc.
8 E 12 St
Saint Cloud, FL 34769


Southern Biomedical Inc
2400 Merchant Ave
Odessa, FL 33556


Southern Electric Motors
7100 NW 72 Ave
Miami, FL 33166


Southern Medical Systems Inc
831 Coventry St
Boca Raton, FL 33487


Specialty Care
One American Ctr, Ste 800
3100 W End Ave
Nashville, TN 37203

Specialty Care, Inc.
Dept 1614
PO Box 11407
Birmingham, AL 35246-1614


SPH Analytics
340 E Main St
Ste 340
Branford, CT 06405


Spinalgraft Technologies Inc
710 Medtronic Pkwy
Minneapolis, MN 55432


Spine Wave
3 Enterprise Dr
Ste 210
Shelton, CT 06484


SSI (Billing)
4721 Morrison Dr
Mobile, AL 36609


Standard Register, Inc.
600 Albany St.
Dayton, OH 45417


Stanley Access Tech LLC
65 Scott Swamp Rd
Farmington, CT 06032


Staples
PO Box 83689
Dept Dal
Chicago, IL 60696


Stericycle Environmental Solutions
28161 N Keith Dr
Lake Forest, IL 60045-4528


Stericycle, Inc.
PO Box 6582
Carol Stream, IL 60197-6582

Stericycle, Inc.
6735 NW 84 Ave
Miami, FL 33166


Steris Corporation
5960 Helsley Rd
Mentor, OH 44060-1834


Stryker Endoscopy
5900 Optical Ct
San Jose, CA 95138


Stryker Instruments
4100 E Milham Ave
Kalamazoo, MI 49001


Stryker Instruments
6201 Sprinkle Rd
Portage, MI 49002


Stryker Medical
3800 E Centre Ave
Portage, MI 49002


Stryker Orthopedics
325 Corporate Dr
Mahwah, NJ 07430


Stryker Orthopedics
PO Box 93213
Chicago, IL 60673


Stryker Sales Corporation
2555 Davie Road
Fort Lauderdale, FL 33317


Stryker Spine
2944 Trivium Cir
#501
Fort Lauderdale, FL 33312


Suddath Relocation
6900 NW 74 Avenue
Miami, FL 33166

SunMed International
2000 NW 89 Place
Doral, FL 33172

Surgi-Staff, Inc.
9485 SW 72 St
Ste A-277
Miami, FL 33173

Surgical Device Exchange LLC
6350 E 2 St
Casper, WY 82609

Surgical Specialties Corp
1100 Berkshire Blvd
Ste 308
Wyomissing, PA 19610

Symmetry Surgical
PO Box 759159
Baltimore, MD 21275

Symphony Performance Health
500 E Main St
Ste 340
Branford, CT 06405

Tactical Management
2699 Lee Rd
Ste 304
Attn Derrick Taveras
Winter Park, FL 32789-1740

Tacy Medical, Inc.
2386 Shannon Rd
Fernandina Beach, FL 32034

Teleflex
3015 Carrington Mill Blvd
Morrisville, NC 27560

The Sherwin-Williams Co
PO Box 6027
Cleveland, OH 44101

The Spectranetics Corporation
9965 Federal Dr
Colorado Springs, CO 80921


The SSI Group, LLC
4721 Morrison Dr
Mobile, AL 36609


The Stroud Group, Inc.
5950 Symphony Woods Rd
Ste 310
Columbia, MD 21044


Theracom
9717 Key West Ave
Rockville, MD 20850


Thomas D Horst MD
6250 SW 79 St
Miami, FL 33143


Tri-Anim
25197 Network Place
Chicago, IL 60673


Trubridge LLC
3725 Airport Blvd
Ste 208A
Mobile, AL 36608


Trusted Translations
PO Box 103727
Uniondale, NY 11555-0327


TWC Services, Inc.
PO Box 1612
Des Moines, IA 50306


U.S. Lawns
12330 NW 106 Ct
Miami, FL 33178


UHS (Biomedical Services)
10399 SW 186 St
Miami, FL 33157

UMTB Biomedical Inc
1755 W Oak Pkwy
Marietta, GA 30062


United Neighborhood Health
905 Main Street
Nashville, TN 37206


Univ of Miami Miller
UMDC Dept of Pathology
PO Box 405776
Atlanta, GA 30384


Univ of Miami Pathology Services
1120 NW 14 St
Ste 1409
Miami, FL 33133-6000


Universal Hospital Services I
PO Box 851313
Minneapolis, MN 55485-1313


Universal Hospital Services Inc
6625 West 78 St
Ste 300
Minneapolis, MN 55439


Urbieta Oil Inc.
9701 NW 89 Ave
Medley, FL 33178


US Bank Equipment Finance
1310 Madrid St
Marshall, MN 56258


US Bank Equipment Finance
PO Box 790448
St Louis, MO 63179-0448


US Lawns
12340 NW 106 Ct
Miami, FL 33178

Utah Medical Products
7043 South 300 West
Midvale, UT 84047

Validity Screening Solutions
PO Box 25406
Overland Park, KS 66225-5406

Validity Screening Solutions
8717 W 110 St
Ste 750
Overland Park, KS 66210

Variety Children's Hospital
241 NE 108 St
Miami, FL 33161

Variety Children's Hospital dba
Nicklaus Children's Hospital
3100 SW 62 Ave
Attn: CFO
Miami, FL 33155

Variety Children's Hospital dba Nicklaus
3100 SW 62 Ave
501 NW Grand Blvd
Attn: CFO
Miami, FL 33155

Verathon
20001 N Creek Pkwy
Bothell, WA 98011

Vilex in Tennessee Inc
111 Moffitt St
McMinnville, TN 37110

VTI Spine
13845 Industrial Park Blvd
Minneapolis, MN 55441

Waste Connections fka Progressive Waste
PO Box 6494
Carol Stream, IL 60197

Wells Johnson Company
8000 S Kolb Rd
Tucson, AZ 85756


William R Nash
12981 NW 113 Ct
Miami, FL 33178


With Design Corp
14221 SW 120 St
Ste 207
Miami, FL 33186


Wolters Kluwer Clinical
62456 Collections Ctr Dr
Chicago Lockbox 62456
Chicago, IL 60693


World Pediatrics Group
7950 NW 53 Street
Suite 102
Doral, FL 33166


Wright Medical Technology Inc
1023 Cherry Rd
Memphis, TN 38117-5423


Zimmer Inc
PO Box 708
1800 W Center St
South Salem, OH 45681-0708


Zimmer Spine
7375 Bush Lake Rd
Minneapolis, MN 55439


Zimmer US Inc.
PO Box 277530
Atlanta, GA 30384


Zipline Medical
747 Camden Ave
Ste A
Campbell, CA 95008

Zyga Technology Inc
5600 Rowland Rd
Ste 200
Hopkins, MN 55343


3E Company Environmental, Ecological & E
3207 Grey Hawk Ct
Ste 200
Attn Legal Department
Carlsbad, CA 92010


3M
PO Box 844127
Dallas, TX 75284


422 Enterprises, LLC
Georgiy Brusovanik, MD, Mgr
430 S Shore Dr
Miami Beach, FL 33141


ACell Inc
PO Box 347766
Pittsburgh, PA 15251


Acumed
7995 Collection Center Drive
Chicago, IL 60693


Advanced Clinical Employment Staffing
PO Box 1076
Oneonta, AL 35121


Advanced Medical Partners Inc
PO Box 95333
Grapevine, TX 76009


Advanced Medical Resources LLC
c/o Medsurant Holdings LLC
100 Front St Ste 280
Attn Jordan Klear CEO
West Conshohocken, PA 19428

Aetna Health Inc
SE Region Health Del Operations
1100 Abernathy Rd
Ste 375 Bldg 500
Atlanta, GA 30328


Akerman LLP
PO Box 4906
Orlando, FL 32802


Alcon Laboratories
PO Box 677775
Dallas, TX 75267


Alcon Legal
6201 South Freewy
Fort Worth, Texas 76134-0000


Alex Holdings, LLC
Stephen Alex, MD, Auth Mbr
1455 Ocean Dr.
Unit 804
Miami Beach, FL 33139


Alimed Inc
PO Box 9135
Dedham, MA 02027


All Better Bracing LLC
223 E Flagler St
Ste 506
Miami, FL 33131


Allergan USA Inc
12975 Collections Drive
Chicago, IL 60693


AMI LLC
Administrator
4849 Greenville Ave
Ste 1125
Dallas, Texas 75206-0000


Applied Medical
PO Box 3511
Carol Stream, IL 60132

Aramark Healthcare Support Services, LLC
PO Box 3511
Chicago, IL 60673


Armando E. Hernandez-Rey, MD, PLLC
% Armando E. Hernandez-Rey, MD
4425 Ponce de Leon Boulevard
Ste 110
Miami, FL 33146


Arthrex
PO Box 403511
Atlanta, GA 30384


Aventura Spine Doctors, LLC
Christian Gonzalez, MD, Manager
21097 NE 27 Ct
Ste 350
Miami, FL 33180


AvMed Inc
Robin Flory Regional VP Network So
13450 W Sunshine Blvd
Ste 370
Sunrise, FL 33323


Baker Tilly Virchow Krause LLP
Ten Terrace Court
PO Box 7398
Madison, WI 53707


Baxter Healthcare Corp
PO Box 70564
Chicago, IL 60673


Bayer Healthcare
PO Box 360172
Pittsburgh, PA 15251


Benefit Management
PO Box 1090
Great Bend, KS 67530


Benvenue Medical Inc
Dept CH 19905
Palatine, IL 60055

Boca Radiology
PO Box 810969
Boca Raton, FL 33481


Bone Bank Allografts
PO Box 205609
Dallas, TX 75320


Boston Scientific
PO Box 951653
Dallas, TX 75395


CareFusion Solutions LLC
3750 Torrey View Ct
San Diego, CA 92130


Carlos Garcia, M.D.
7365 SW 142 Terr
Miami, FL 33158


Carvajal Hospital Investments, LLC
Pedro Carvajal , MD, Manager
9340 SW 1OO St
Miami, FL 33176-3036


CDW-G
75 Remittance Drive
Ste 1515
Chicago, IL 60675


Cesar Ceballos, M.D.
7800 SW 87 Ave
Ste A-110
Miami, FL 33173


Chemtreat
5640 Cox Rd
Glen Allen, VA 23060


Childrens Health Ventures
3100 SW 62 Ave
Miami, FL 33155

Childrens Health Ventures, Inc.
3100 SW 62 Ave
Miami, FL 33155

Cigna HealthCare of Florida, Inc
Attn: Dir of Provider Contracting
2701 No Rocky Point Dr
Tampa, FL 33607

Claflin Medical Equipment
PO Box 6887
Warwick, RI 02887

Coloplast Corp
Dept CH 19024
Palatine, IL 60055

Comcast Cable Communications LLC
One Comcast Center
1701 JFK Blvd
Attn General Counsel
Philadephia, PA 19103

Covidien
PO Box 120823
Dallas, TX 75312

Cube Care Company
PO Box 171741
Hialeah, FL 33017

Dade Paper
1805 Momentum Place
Chicago, IL 60689

Dale E. Henley
Mayo Mendolia & Vice, LLP
5368 State Hwy 276
Royse City, TX 75189

Daniel Gerber, Esq.
Rumberger, Kirk & Caldwell, PA
PO Box 1873
Orlando, FL 32802-1873

David A. Robbins, M.D.
2045 NE 197 Terr
Miami, FL 33179


Dex Imaging
PO Box 17454
Clearwater, FL 33762


Dex Imaging, Inc.
5109 W Lemon St
Tampa, FL 33609


DFR Enterprises, LLC
David Font-Rodriguez, MD and
Carmen M. Font, Managers
7885 SW 108 St
Miami, FL 33156


DLG M.D. Investments, LLC
David L. Galbut, MD, Manager
4770 Biscayne Blvd
Ste 880
Miami, FL 33137


DP Landauer Medical Physics
PO Box 809153
Chicago, IL 60680


Edge Information Management
1682 W. Hisbiscus Blvd
Melbourne, FL 32901


Edward Fidalgo, M.D.
190 Island Dr
Key Biscayne, FL 33149


Elizabeth Etkin-Kramer, M.D.
2834 Regatta Ave.
Miami Beach, FL 33140


Emery M. Salom, M.D.
851 Hunting Lodge Dr
Miami Springs, FL 33166

ESD Holdings, LLC
Sandeep Dave, MD, Managing Mbr
558 Hibiscus Lane
Miami, FL 33137


Exactech US Inc
PO Box 674141
Dallas, TX 75267


FAS Miami, LLC
Felix A. Stanziola, MD and
Patricia Roquebert, Managers
11801 SW 90 St, #101
Miami, FL 33186


Fleishman-Hillard Inc
PO Box 771733
Saint Louis, MO 63177


Florida City Gas
PO Box 5410
Carol Stream, IL 60197


Florida Green Light, LLC
2500 NW 13 St
Apt 115
Miami, FL 33125


Florida Green Light, LLC
725 NW 32 Place
Miami, FL 33125


Frost-Arnett
2105 Elm Hill Pike
Ste 200
Nashville, TN 37210


GBS Corp
PO Box 2340
North Canton, OH 44720


GE HFS, LLC
c/o Thomas J. Makens, Esq.
Kutak Rock LLP
1650 Farnam St
Omaha, NE 68102-2166

Germfree Laboratories
11 Aviator Way
Ormond Beach, FL 32174


GGG Holdings Group, LLC
David B. Grossman, MD, Manager
3720 NE 201 St
Miami, FL 33180


Giridhar S. Talluri, M.D.
9681 SW 60 Ct
Miami, FL 33156


GrayRobinson, P.A.
Attn: Stephen L. Kussner, Esq.
401 E Jackson St
Ste 2700
Tampa, FL 33602


Gregory A. Guell, M.D.
3659 S Miami Ave
Ste 5005
Miami, FL 33133


Hamandi Corporation
ABT Div/ABT Medical
8813 Pinto Dr
Attn Ziad Hamandi
Lake Worth, FL 33467


Hand Investments, LLC
Jorge L. Orbay, MD, Managing Ptr
8905 SW 87 Ave
Ste 100
Miami, FL 33176


Harvard Jolly, Inc.
2714 Dr. Martin Luther King Jr. St N.
Saint Petersburg, FL 33704


HealthTronics Mobile Solutions LLC
9825 Spectrum Dr
Bldg 3
Attn Contracting Dept
Austin, Texas 78717-0000

Hologic Inc
24506 Network Place
Chicago, IL 60673


Hommen Orthopedic Institute, P.L.
Jan Pieter Hommen, MD, Manager
8940 N Kendall Dr
#101E
Miami, FL 33176


Innomed Inc
PO Box 116888
Atlanta, GA 30368


J Harris Levy, M.D., P.A. dba
Retina Associates of Miami
Jay Levy and Rashid Taher, Auth Mbrs
184 NE 168 St
Miami, FL 33162


Janus Fidelis Realty, LLC
Roberto Miki, MD and
Daniel Alfonso, MD, Members
6301 SW 11O St
Miami, FL 33156


Jay H. Kim, M.D.
21110 Biscayne Blvd
Ste 403
Miami, FL 33180


JEFA Medical LLC
Albert Triana, Joseph Triana,
Francisco Cruz-Pachano, & E. Cardenas
3785 NW 82nd Ave., #307
Doral, FL 33166


Jeffrey Q. Jonasen
Gunster Law Firm
200 South Orange Avenue
Suite 1400
Orlando, FL 32801


Jesse Salmeron, M.D.
3011 NE 57 Ct
Fort Lauderdale, FL 33308

```
JJH Beach Investments LLC
Jonathan Hyde, MD, VP
2555 Bay Avenue
Miami Beach, FL 33140


Jorge L. Fors, Jr., Esq.
Fors Attorneys at Law
1108 Ponce de Leon Blvd
Miami, FL 33134


Jose Joy, MD
8950 N Kendall Dr
Ste 406W
Miami, FL 33176


Kevin D. Dennis, Esq.
45 Amleria Ave
Coral Gables, FL 33134


KMED International LLC
Guillermo Lievano, MD and
Ileana Perez, MD, Members
8720 Kendall Dr, Ste 115
Miami, FL 33176


KR Medical Technologies LLC
PO Box 279
Roanoke, TX 76262


Larry R. Leiby, Esq.
Malka & Kravitz, P.A.
1300 Sawgrass Corp Pkwy
Ste 100
Sunrise, FL 33323


Laser Surgical of Florida Inc
1121 E Commercial Blvd
Ste A
Fort Lauderdale, FL 33334


LDM Robla-MIMC, LLC
Julio Robla, MD, Manager
7985 SW 125 St
Miami, FL 33156
```

```
LDR
PO Box 671716
Dallas, TX 75267


lnterventional Services, LLC
Moises Roizental, MD, Manager
21000 NE 28 Ave
Ste 202
Miami, FL 33180


lnvictus Spine, LLC
Rolondo Garcia, MD and
Ana P. Garcia, Members
526 North Parkway
North Miami Beach, FL 33160


Luis E. Mendez, P.A.
Luis E. Mendez, President
100 Andalusia Ave
Apt 714
Coral Gables, FL 33134


Maquet Medical Systems USA
3615 Solutions Center
Chicago, IL 60677


Marie L. Williams DPM PLLC
Marie L. Williams DPM Manager
4516 Jackson St
Hollywood, FL 33021


Mark HJ. Goran, Esq.
Polsinelli
100 S Fourth St
Ste 1000
Saint Louis, MO 63102


Marvin E. Sprouse III, Esq.
Sprouse Law Firm
401 Congress Ave
Ste 1540
Austin, TX 78701


Matheson Tri-Gas
Dept 3028
PO Box 123028
Dallas, TX 75312
```

Mauricio Hernandez, M.D.
PO Box 830635
Miami, FL 33283


Mead Johnson Nutrition
15919 Collections Center Drive
Chicago, IL 60693


Medrevenue Solutions LLC
1412 SW Eagles Pkwy
Grain Valley, MO 64029


Medtronic Advanced USA Inc
PO Box 409201
Atlanta, GA 30384


Merit Medical Systems Inc
PO Box 204842
Dallas, TX 75320


Miami Anesthesia Services
332 Poinciana Island Dr
Attn Shane Zamani MD
No Miami Beach, FL 33160


Miami Anesthesia Services, LLC
Attn: Mark Eisenfeld, MD
3716 NE 208 Terr
Miami, FL 33180


Miami International Surgical Center, LLC
Amar D. Rajadhyaksha, Manager
5140 Riviera Dr
Miami, FL 33146


Mibeli Holdings, LLC
Daniel Levin, MD, Manager
21025 NE 38 Ave
Miami, FL 33180


Michael Canning, M.D.
8950 N Kendall Dr
Ste 402
Miami, FL 33176

Mindray
24312 Network Place
Chicago, IL 60673


Mindy O'Malley
AmerAssist, AR Solutions
1105 Schrock Rd.
Ste. 502
Columbus, OH 43229


MJ2102, LLC
Joseph Fernandez, MD and
Margarita Fernandez, Managers
10605 SW 61 Ave
Miami, FL 33156


Moises Mitrani, M.D.
1341 NE 103 St
Miami, FL 33138


Molina Investment Company, LLC
Francisco Molina, MD, Manager
151 N Nobhill Rd
Ste 306
Plantation, FL 33324


NA Abdullah Holdings, LLC
Naaman Abdullah, MD, Manager
450 Alton Rd
Ste 2501
Miami Beach, FL 33139


National Healthcare Solutions Inc
8150 N Central Exp
Ste 1700
Attn CEO
Dallas, Texas 75206-0000


Natus Medical
PO Box 3604
Carol Stream, IL 60132


Neuro Surgical Resources LLC
2378 Riderwood Ct
Marietta, GA 30062

```
Nichole Lamoureauz
Property Operations Specialist
3100 SW 62 Ave
Miami, FL 33155


Nueterra Capital
11221 Roe Ave
Leawood, KS 66211


Nueterra Holdings, LLC
and Miami Hospital Holdings, LLC
11221 Roe Ave
Ste 300
Leawood, KS 66211


Octophenia, LLC
Arturo Corces, MD, Auth Member
7340 SW 79 St
Miami, FL 33143


Olympus
5190 NW 167 St
Hialeah, FL 33014


One Blood Inc
PO Box 628342
Orlando, FL 32862


Orkin
4505 NW 40 St
Miami, FL 33178


Orkin, LLC
Attn:: Customer Care Admin
2170 Piedmont Rd, NE
Atlanta, GA 30324


Paula Stevens
McKenzie, Becker & Stevens, Inc.
PO Box 1967
Lakeville, CT 06039


Philips Healthcare
PO Box 100355
Chicago, IL 60694
```

Piramal Critical Care Inc
261 Broadhead Rd
Ste 221
Bethlehem, PA 18017


Precision Lithotripsy of So Broward LLC
895 Barton Blvd
Ste B
Rockledge, FL 32855


Rebuats Holdings, LLC
Marshall Stauber, MD, Manager
4191 Park View Dr
Hollywood, FL 33021


Rich ASC, LLC
Jeffrey A. Rich, DO, Managing Partner
6141 Sunset Dr
Ste 403
Miami, FL 33156


Robert S. Tanner, Esq.
1580 Sawgrass Corp Pkwy
Ste 130
Fort Lauderdale, FL 33323-2860


Rovy Repair
7108 SW 8 St
Miami, FL 33144


Scent Air
PO Box 979875
Dallas, TX 75397


Sharn Anesthesia Inc
3204 Momentum Place
Chicago, IL 60689


SI-Bone Inc.
Dept 3195
PO Box 123195
Dallas, TX 75312

South Florida Women's Care MIMC Partners
J Esserman, O Morales, A Davis and
L Gaitan, Members
8950 SW 74 Ct, Ste 2001
Miami, FL 33156

South Miami MIMC Partners, LLC
Javier Vizoso, MD, Auth Contact
7300 SW 62 Pl
3 FL
Miami, FL 33134

Specialty Care
1 American Ctr
Ste 800
3100 W End Ave
Nashville, TN 37203

Spinalgraft Technologies Inc
PO Box 409201
Atlanta, GA 30384

SRI Healthcare LLC
401 E Jackson St
Ste 3100
Tampa, FL 33602

Stericycle
28161 N Keith Dr
Attn: Brent Arnold
Lake Forest, IL 60045

Stericycle, Inc.
27727 Network Place
Chicago, IL 60673

Steris Corporation
PO Box 676548
Dallas, TX 75267

Stryker Sales Corporation
% Stryker Global Headquarters
2825 Airview Blvd
Kalamazoo, MI 49002

Surgical Training Facility, Inc.
Jeffrey B Cantor, MD, President
3000 Bayview Dr
Fort Lauderdale, FL 33306


Team Post-Op
14133 NW 8 St
Sunrise, FL 33325


Teleflex
PO Box 601608
Charlotte, NC 28260


The SSI Group Inc
PO Box 11407
Birmingham, AL 35246-2455


The Stroud Group
5950 Symphony Woods Rd
Ste 3100
Columbia, MD 21044


Theracom
PO Box 640105
Cincinnati, OH 45264


United States Attorney
99 NE 4 St
Miami, FL 33132


UnitedHealthcare Insurance Co
3100 SW 145 Ave
Ste 200
Miramar, FL 33027


Universal Hospital Services
6625 West 78 Street
Ste 300
Minneapolis, MN 55439


US Bank Equipment Finance
Attn: Contracts Dept/General Counsel
1020 Kifer Rd
Sunnyvale, CA 94086

Value Health, LLC
Floyd A Osterman, Jr, MD, Manager
21000 NE 28 Ave
Ste 202
Aventura, FL 33180


Variety Children's Hospital
3100 SW 62 Ave
Miami, FL 33155


Variety Children's Hospital
and Children Health Ventures, Inc.
3100 SW 62 Ave
Miami, FL 33155


Verathon
PO Box 935117
Atlanta, GA 31193


Victoria E. Beckman
Kegler, Brown, Hill + Ritter
65 E State St
Ste 1800
Columbus, OH 43215


VitalMD Group Holding, LLC
3225 Aviation Ave
Ste 700
Miami, FL 33133


Wilfredo Constantino Lara, M.D., PLLC
Wilfredo Lara, MD, Manager
2500 N. Greenway Dr
Coral Gables, FL 33134


Armando E. Hernandez-Rey, MD, PLLC
Armando E. Hernandez-Rey, MD
4425 Ponce de Leon Boulevard
Ste 110
Miami, FL 33146


Miami Hospital Holdings, LLC
11221 Roe Ave
Ste 320
Leawood, KS 66211