UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

MIAMI INTERNATIONAL MEDICAL CENTER, LLC[1]   Case No. 18-12741-LMI
d/b/a THE MIAMI MEDICAL CENTER,                              Chapter 11

     Debtor.
_____/

## NOTICE OF FILING MASTER SERVICE LIST

PLEASE BE ADVISED that, pursuant to Local Rule 2002-1(H)(2), attached is the current Master Service List, as of March 9, 2018.

      s/ Peter D. Russin
     Peter D. Russin, Esquire
     Florida Bar No. 765902
     prussin@melandrussin.com
     Daniel N. Gonzalez, Esquire
     Florida Bar No. 592749
     dgonzalez@melandrussin.com
     MELAND RUSSIN & BUDWICK, P.A.
     3200 Southeast Financial Center
     200 South Biscayne Boulevard
     Miami, Florida  33131
     Telephone: (305) 358-6363
     Telecopy: (305) 358-1221

     *Proposed Attorneys for Debtor-in-Possession*

---

[1] The Debtor's current mailing address is 5959 NW 7 St, Miami, FL 33126 and its EIN ends 4362.

MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)

**U.S. Trustee:**
Office of The United States Trustee
51 SW First Avenue, Room 1204
Miami, FL 33130

**Debtor-in-Possession:**
Miami International Medical Center, LLC
d/b/a The Miami Medical Center
5959 NW 7 Street
Miami, FL 33126-0000

**Debtor-in-Possession's Attorney:**
Peter D. Russin, Esquire
Daniel N. Gonzalez, Esquire
Meland Russin & Budwick, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131

**20 Largest Unsecured Creditors shown on the list required by Bankruptcy Rule 1007(d):**
Akerman LLP
350 East Las Olas Blvd.
Ste 1600
Fort Lauderdale, FL 33301

Aramark Healthcare Support Services, LLC
% Jonathan L. Swichar, Esq.
Duane Morris LLP
30 S 17 St
Philadelphia, PA 19103-4196

Arthrex
1370 Creekside Blvd
Naples, FL 34108

Cardinal Health Medical Products & Serv
PO Box 905867
Charlotte, NC 28290-5867

Daniel T Alfonso MD
12401 Pine Needle Ln
Miami, FL 33156

Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399

State of Florida/ Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

Johnson and Johnson Healthcare
PO Box 406663
Atlanta, GA 30384

LDR
13785 Research Blvd
Ste 200
Austin, TX 78750

Lifecell Corporation
One Millennium Way
Somerville, NJ 08876

Miami Anesthesia Services LLC
3716 NE 208 Ter
Miami, FL 33180

Molina Inpatient Service Inc
151 N Nob Hill Rd
Ste 306
Fort Lauderdale, FL 33324

nThrive Inc
PO Box 733492
Dallas, TX 75373-3492

Nuvasive
7475 Lusk Blvd
San Diego, CA 92121

OHL-Arellano Construction Company
7051 SW 12 St
Miami, FL 33144

**MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)**

One Blood Inc
8869 Commodity Cir
Orlando, FL 32819

Roberto A. Miki, MD
6301 SW 110 St
Pinecrest, FL 33156

Specialty Care
Dept 1614
PO Box 11407
Birmingham, AL 35246-1614

Stryker Instruments
4100 E Milham Ave
Kalamazoo, MI 49001

Stryker Orthopedics
325 Corporate Dr
Mahwah, NJ 07430

Univ of Miami Miller
UMDC Dept of Pathology
PO Box 405776
Atlanta, GA 30384

**<u>Secured Creditors:</u>**
General Electric Capital Corp
PO Box 641419
Pittsburgh, PA 15264-1419

Intuitive Surgical Inc
1266 Kifer Rd
Bldg 101
Sunnyvale, CA 94086-5304

Intuitive Surgical, Inc.
1020 Kifer Rd
Sunnyvale, CA 94086

Laser Surgical of Florida
1121 East Commercial Blvd
Suite A
Fort Lauderdale, FL 33334

Laser Surgical of Florida Inc
555 NE 15 St
Ste 21-A
Miami, FL 33132

MidFirst Bank
501 NW Grand Blvd
Oklahoma City, OK 73118

MidFirst Bank
Attn: Legal Dept
501 NW Grand Blvd
Oklahoma City, OK 73118

Olympus America Inc
3500 Corporate Pkwy
Center Valley, PA 18034

Olympus America Inc
FIS/2d Fl
3500 Corporate Pkwy
Center Valley, PA 18034-0610

Olympus America Inc
Financial Serv Dept
3500 Corporate Pkwy
Center Valley, PA 18034-0610

Olympus Financial Services
Box 200183
Pittsburgh, PA 15251-0183

US Bank Equipment Finance
1310 Madrid St
Marshall, MN 56258

US Bank Equipment Finance
PO Box 790448
St Louis, MO 63179-0448

Variety Children's Hospital
241 NE 108 St
Miami, FL 33161

Variety Children's Hospital dba

**MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)**

Nicklaus Children's Hospital
3100 SW 62 Ave
Attn: CFO
Miami, FL 33155


Variety Children's Hospital dba Nicklaus
3100 SW 62 Ave
501 NW Grand Blvd
Attn: CFO
Miami, FL 33155

**United States and its agencies:**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Services
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324