UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                              CHAPTER 11

MIAMI INTERNATIONAL
MEDICAL CENTER, LLC                                 Case No.: 18-12741-AJC

_____Debtor._____/

## APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to: All parties on the attached service list on this the 22nd day of March, 2018.

Daniel M. McDermott
United States Trustee
Region 21

By: ____/s/_____
Johanna Armengol
Trial Attorney
Office of the U.S. Trustee
51 SW First Ave.
Room 1204
Miami, FL 33130
Tele: (305) 536-7285
Fax: (305) 536-7360
Johanna.Armengol@usdoj.gov

**EXHIBIT A**

| Names and contact information. | Email addresses |
|---|---|
| Blase B. Iaconelli,<br>Assistant General Counsel<br>Aramark Healthcare Support Services, LLC<br>Aramark Tower, 29th Floor<br>1101 Market Street<br>Philadelphia, PA  19107<br>Tel:  215-238-3244<br>Fax: 215-238-3067 | iaconelli-blase@aramark.com |
| Brad Phister<br>Cardinal Health 110, LLC<br>Cardinal Health 200, LLC and<br>Cardinal Health Pharmacy Services, LLC<br>7000 Cardinal Place<br>Dublin, OH  43017<br>Tel:  614-553-3315 | Brad.Phister@cardinalhealth.com |
| Judd Goldberg, Esq.<br>Associate Vice President and Associate General Counsel<br>University of Miami<br>1320 South Dixie Highway<br>Gables One Tower, #1250<br>Coral Gables, FL 33146<br>Tel: 305-284-2700<br>Fax: 305-284-5063 | jgoldberg@miami.edu |
| Gregory G. Jackson<br>Sr. Director Legal Affairs<br>NuVasive, Inc.<br>7475 Lusk Blvd.<br>San Diego, CA  92121<br>Tel:  858-882-3080 | gjackson@nuvasive.com |
| Margaret Schunko<br>Sr. Director of Financial Planning & Operations<br>Arthrex, Inc.<br>1265 Creekside Parkway<br>Naples, FL  34108<br>Tel:  800-933-7001<br>Fax: 239-598-5550 | Margaret.Schunko@arthrex.com |

**SERVICE LIST**

- Daniel N Gonzalez    dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;dgonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Harvey W Gurland    hwgurland@duanemorris.com, nmcastillo@duanemorris.com;pnmendoza@duanemorris.com;AutoDocketMIA@duanemorris.com
- Andrew R Herron    aherron@herronortiz.com, ndrubin@herronortiz.com
- Isaac M Marcushamer    imarcushamer@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Rachel Nanes    rachel.nanes@dlapiper.com, yohami.lamguerra@dlapiper.com;monica.tucker@dlapiper.com;docketingchicago@dlapiper.com
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- Peter D. Russin    prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;prussin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Paul Steven Singerman    singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Trustee Services, Inc.    kaw@trusteeservices.biz, sandirose.magder@gmail.com;laura@trusteeservices.biz
- jjholman@duanemorris.com;
- mrlastowski@duanemorris.com
- jphitchings@duanemorris.com
- Kelly.lafata@Arthrex.com
- ngray@nthrive.com
- pfullerton@outlook.com
- Mark.eisenfeld@gmail.com
- Steven.solomon@gray-robinson.com
- lines@irlaw.com


nThrive Revenue Systems, LLC
200 North Point Center E, Suite 600
Alpharetta, GA  30022

Miami Hospital Holdings, Inc.
3640 Galileo Drive
Fort Collins, CO  80528

Daniel T. Alfonso, MD
12401 Pine Needle Lane
Miami, FL  33156

Roberto A. Miki, MD
6301 SW 110 Street
Pinecrest, FL  33156

Miami Anesthesia Services, LLC
3716 NE 208th Terrace
Aventura, FL  33180