Form CGFCRD3  (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 18–12741–LMI

Chapter: 11

**In re:**

Miami International Medical Center, LLC
dba The Miami Medical Center
5959 NW 7 St
Miami, FL 33126

EIN: 37–1744362

# RENOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **May 7, 2018** at **01:30 PM** at the following location:

C. Clyde Atkins U.S. Courthouse
301 North Miami Avenue
Courtroom 8
Miami FL 33128

to consider the following:

**Motion to Approve (a) Bidding Procedures, (b) Certain Protections to Stalking Horse Purchaser, (c) Notice Procedures, and (d) the Asset Purchase Agreement, and Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, in addition to Motion to Establish Procedures and Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale and Granting Related Relief, in addition to Motion to Sell Free and Clear of Liens (All or Substantially All of the Assets of the Debtor) pursuant to 11 USC 363 f. Filed by Debtor Miami International Medical Center, LLC. (Russin, Peter) (84)**

**THIS MATTER HAS BEEN SET ON THE COURT'S MOTION CALENDAR FOR A NON–EVIDENTIARY HEARING. THE ALLOTTED TIME FOR THIS MATTER IS TEN MINUTES.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated: 4/13/18**                                    **CLERK OF COURT**
                                                          By: Noemi Sanabria

Courtroom Deputy