UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*

MIAMI INTERNATIONAL MEDICAL CENTER,    Case No.: 18-12741-LMI
LLC d/b/a THE MIAMI MEDICAL CENTER      Chapter 11

_____Debtor._____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Agreed Order Granting Second Motion of the Official Committee of Unsecured Creditors to Extend (I) Challenge Period Under Final DIP Order and (II) Deadline to File Supplemental Objections to Debtor's Bid Procedures and Sale Motion [ECF# 169]* [ECF# 172] was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on May 9, 2018 and via U.S. Mail on the parties on the attached service list on May 10, 2018.

*I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).

AGENTIS PLLC
*Proposed Counsel for the Official Committee*
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002

By: _____
Robert P. Charbonneau
Florida Bar No.: 968234
rpc@agentislaw.com



501 Brickell Key Drive · Suite 300 · Miami, Florida 33131 · T. 305.722.2002 · www.agentislaw.com

**18-12741-LMI Notice will be electronically mailed to:**

Johanna Armengol on behalf of U.S. Trustee Office of the US Trustee
Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov

Jacqueline Calderin, Esq. on behalf of Creditor Committee Creditor Committee
jc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com

Robert P. Charbonneau, Esq. on behalf of Creditor Committee Creditor Committee
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Ileana Cruz on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

Jorge L Fors on behalf of Creditor Laser Surgical of Florida, Inc.
jfors@forslegal.com, info@forslegal.com

Michael A. Frank, Esq. on behalf of Creditor Aquila NH Holdings, LLC
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Hand Investments, LLC
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Miami Anesthesia Services, LLC
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Amar Rajadhyaksha
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Arturo Corces
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Brian Cohen
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor C. Edward Hoffler
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Cesar Ceballos
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Daniel Alfonso
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor David Font



501 Brickell Key Drive · Suite 300 · Miami, Florida 33131 · T. 305.722.2002 · www.agentislaw.com

pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor David Galbut
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor David Robbins
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Eric Balaguer
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Felix Stanziolla
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Francisco Rubio
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Giridhar Talluir
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Jay Kim
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Jay Levy
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Jeffrey Rick
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Jonathan Hyde
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Jorge Orbay
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Jose Joy
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Joseph Fernandez
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Julio Robla
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Marie Williams
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Mark Eisenfeld
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Marshall Stauber
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Moses Mitrani
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Naaman Abdulah
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Peter Carvajal
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Peter Hommen
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Robert Miki
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Rolando Garcia
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Michael A. Frank, Esq. on behalf of Creditor Stephen Alex
pleadings@bkclawmiami.com, bkcpleadings@gmail.com;frankmr48583@notify.bestcase.com

Daniel N Gonzalez, Esq on behalf of Debtor Miami International Medical Center, LLC
dgonzalez@melandrussin.com,
ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;dgonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Harvey W Gurland, Jr on behalf of Creditor Aramark Healthcare Support Services, Inc.
hwgurland@duanemorris.com,
nmcastillo@duanemorris.com;pnmendoza@duanemorris.com;AutoDocketMIA@duanemorris.com

Andrew R Herron on behalf of Interested Party Armando Hernandez-Rey
aherron@herronortiz.com, ndrubin@herronortiz.com

Jason Z. Jones, Esq. on behalf of Creditor William R. Nash, Inc.
jjones@joneslawpa.com

Matthew L Lines, Esq. on behalf of Creditor University of Miami
lines@irlaw.com

4

Isaac M Marcushamer, Esq. on behalf of Creditor MidFirst Bank
imarcushamer@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Kenneth Mather on behalf of Interested Party OneBlood, Inc.
kmather@gunster.com, kmather@gunster.com;mweaver@gunster.com

Rachel Nanes on behalf of Creditor Childrens Health Ventures, Inc.
rachel.nanes@dlapiper.com,
yohami.lamguerra@dlapiper.com;Diana.delcampo@dlapiper.com;docketingchicago@dlapiper.com

Rachel Nanes on behalf of Creditor Variety Childrens Hospital, d/b/a Nicklaus Childrens Hospital
rachel.nanes@dlapiper.com,
yohami.lamguerra@dlapiper.com;Diana.delcampo@dlapiper.com;docketingchicago@dlapiper.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Edwin G. Rice on behalf of Creditor NuVasive, Inc.
erice@babc.com, ddecker@babc.com;dmills@babc.com

Peter D. Russin, Esq on behalf of Debtor Miami International Medical Center, LLC
prussin@melandrussin.com,
ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;prussin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

David Samole, Esq on behalf of Interested Party NMFLP, LLC
das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com

Paul Steven Singerman, Esq on behalf of Creditor MidFirst Bank
singerman@bergersingerman.com,
mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Trustee Services, Inc.
kaw@trusteeservices.biz, sandirose.magder@gmail.com;laura@trusteeservices.biz

Brian P Yates on behalf of Creditor OHL - Arellano Construction Company
byates@gsarlaw.com, mmanganelly@gsarlaw.com;emiller@gsarlaw.com;hcohen@gsarlaw.com

5

**Debtor-in-Possession:** *(via U.S. Mail)*
Miami International Medical Center, LLC
d/b/a The Miami Medical Center
5959 NW 7 Street
Miami, FL 33126-0000

Intuitive Surgical, Inc.
1020 Kifer Rd
Sunnyvale, CA 94086

MidFirst Bank
Attn: Legal Dept
501 NW Grand Blvd
Oklahoma City, OK 73118

Olympus Financial Services
Box 200183
Pittsburgh, PA 15251-0183

Variety Children's Hospital dba
Nicklaus Children's Hospital
3100 SW 62 Ave
Attn: CFO
Miami, FL 33155

Blase B. Iaconelli,
Assistant General Counsel
Aramark Healthcare Support Services, LLC
Aramark Tower, 29th Floor
1101 Market Street
Philadelphia, PA 19107

Gregory G. Jackson
Sr. Director Legal Affairs
NuVasive, Inc.
7475 Lusk Blvd.
San Diego, CA 92121

General Electric Capital Corp
PO Box 641419
Pittsburgh, PA 15264-1419

Laser Surgical of Florida
1121 East Commercial Blvd
Suite A
Fort Lauderdale, FL 33334

Olympus America Inc
FIS/2d Fl
3500 Corporate Pkwy
Center Valley, PA 18034-0610

US Bank Equipment Finance
1310 Madrid St
Marshall, MN 56258

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Brad Phister
Cardinal Health 110, LLC
Cardinal Health 200, LLC and
Cardinal Health Pharmacy Services, LLC
7000 Cardinal Place
Dublin, OH 43017

Margaret Schunko
Sr. Director of Financial
Planning & Operations Arthrex, Inc.
1265 Creekside Parkway
Naples, FL 34108

Intuitive Surgical Inc
1266 Kifer Rd
Bldg 101
Sunnyvale, CA 94086-5304

Laser Surgical of Florida Inc
555 NE 15 St
Ste 21-A
Miami, FL 33132

Olympus America Inc
Financial Serv Dept
3500 Corporate Pkwy
Center Valley, PA 18034-0610

US Bank Equipment Finance
PO Box 790448
St Louis, MO 63179-0448

Internal Revenue Services
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

Judd Goldberg, Esq.
Associate Vice President and
Associate General Counsel
University of Miami
1320 South Dixie Highway
Gables One Tower, #1250
Coral Gables, FL 33146