

**ORDERED in the Southern District of Florida on December 3, 2018.**

*Laurel M. Isicoff*
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 18-12741-LMI |
| MIAMI INTERNATIONAL MEDICAL CENTER, LLC, d/b/a THE MIAMI MEDICAL CENTER, | Chapter 11 |
| _____Debtor_____/ | |

**ORDER (I) GRANTING DEBTOR'S MOTION
[ECF NO. 417] (II) APPROVING DISCLOSURE
STATEMENT; (III) SETTING HEARING ON
CONFIRMATION OF PLAN; (IV) SETTING HEARING ON
FEE APPLICATIONS;
(V) SETTING VARIOUS DEADLINES; AND
(VI) DESCRIBING PLAN PROPONENT'S OBLIGATIONS**

CONFIRMATION HEARING AND HEARING ON FEE APPLICATIONS

 January 11. 2019  at  9:30 a.m.

LOCATION:
United States Bankruptcy Court
C. Clyde Atkins U.S.  Courthouse
301 North Miami Avenue
Courtroom 8
Miami FL 33128

PROPONENT'S DEADLINE FOR SERVING THIS ORDER,
DISCLOSURE STATEMENT, PLAN, AND BALLOT:

 December 2, 2018  (40 days before Confirmation Hearing)

DEADLINE FOR <u>OBJECTIONS</u> TO CLAIMS:

On or before 6 months after the Effective Date (unless such deadline is extended <u>by the Bankruptcy Court), the Liquidating Trustee shall file objections to Claims.</u>

DEADLINE FOR FEE APPLICATIONS:

<u>December 21, 2018</u> (21 days before Confirmation Hearing) PROPONENT'S

DEADLINE FOR SERVING NOTICE OF FEE APPLICATIONS:

<u>December 28, 2018</u> (14 days before Confirmation Hearing) DEADLINE

FOR OBJECTIONS TO CONFIRMATION:

<u>December 28, 2018</u> (14 days before Confirmation Hearing)

DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN:

<u>December 28, 2018</u> (14 days before Confirmation Hearing)

PROPONENT'S DEADLINE FOR FILING
PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT:

<u>January 8, 2019</u> (three business days before Confirmation Hearing)

DEADLINE FOR INDIVIDUAL DEBTOR TO FILE "CERTIFICATE FOR CONFIRMATION REGARDING PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS AND FILING OF REQUIRED TAX RETURNS":

<u>January 8, 2019</u> (three business days before Confirmation Hearing)

The court conducted a hearing on November 29, 2018 at 2:00 p.m. to consider approval of the disclosure statement filed by the Debtor (the "plan proponent").  The court finds that the disclosure statement (as amended, if amendments were announced by the plan proponent or required by the court at the hearing) contains "adequate information" regarding the plan in accordance with 11 U.S.C. §1125(a). Therefore, pursuant to 11 U.S.C. §1125(b) and Bankruptcy Rule 30l7(b), the disclosure statement is approved.

This order sets a hearing to consider confirmation of the plan ("confirmation hearing"), a hearing on fee applications and sets forth the deadlines and requirements relating to confirmation provided in the Bankruptcy Code, Bankruptcy Rules and Local Rules of this court.

1. **HEARING TO CONSIDER CONFIRMATION OF PLAN**

The court has set a hearing to consider confirmation of the plan for the date and time

indicated above as "CONFIRMATION HEARING". The confirmation hearing may be continued to a future date by notice given in open court at the confirmation hearing.

### 2. DEADLINE FOR FILING AND HEARING ON FEE APPLICATIONS

The last day for filing and serving fee applications is indicated above as "DEADLINE FOR FEE APPLICATIONS". All prospective applicants for compensation, including attorneys, accountants and other professionals, shall file applications which include actual time and costs, plus an estimate of additional time and costs to be incurred through confirmation or the Effective Date of the Plan. At or prior to confirmation, applicants must file a supplement with documentation supporting the estimated time and costs. Fee applications shall be timely filed with the court and served (with all exhibits, including documentation of estimated time) on (i) the debtor; (ii) the plan proponent (if other than the debtor); (iii) all committees that have been appointed; (iv) any chapter 11 trustee or Examiner that has been appointed; and (v) the U.S. Trustee.

Fee applications will be set for hearing together with the confirmation hearing. The plan proponent shall serve notice of all fee applications pursuant to paragraph 6 below. The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

### 3. DEADLINE FOR OBJECTIONS TO CONFIRMATION

The last day for filing and serving objections to confirmation of the plan is indicated above as "DEADLINE FOR OBJECTIONS TO CONFIRMATION". Objections to confirmation shall be filed with the court and served on (i) the debtor; (ii) the plan proponent (if other than the debtor); (iii) all committees that have been appointed; (iv) any chapter 11 trustee or examiner that has been appointed; and (v) the U.S. Trustee.

### 4. DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN

The last day for filing a ballot accepting or rejecting the plan is indicated above as "DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN".  All parties entitled to vote should receive a ballot from the plan proponent by U.S. Mail pursuant to paragraph 6(A) of this order.  If you receive a ballot but your entire claim has been objected to, you will <u>not</u> have the right to vote until the objection is resolved, unless you request an order under Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

### 5. DEADLINE FOR OBJECTIONS TO CLAIMS

The last day for filing and serving objections to claims is indicated above as "DEADLINE FOR OBJECTIONS TO CLAIMS".   All objections to claims must be filed before this date unless the deadline is extended by further order.

### 6. PLAN PROPONENT'S OBLIGATIONS

**(A)**    On or before the date indicated above as "PROPONENT'S DEADLINE FOR SERVING THIS ORDER, DISCLOSURE STATEMENT, PLAN, AND BALLOT" the plan proponent by and through its Claims Agent, Trustee Services, Inc., shall serve a copy of this order via paper, the approved disclosure statement (with all amendments, if amendments  were announced by the plan proponent or required by the court at the disclosure hearing) via CD, and the plan, as amended, via CD on all creditors, all equity security holders, and all other parties in interest, as required by the Bankruptcy Rules (including those entities as described in Bankruptcy Rule 3017(f)) and the Local Rules, including those listed on a "Master Service List" required to be filed pursuant to Local Rules 2002-1(H).  At the time of serving this order, the form Ballot and Deadline for Filing Ballot Accepting or Rejecting Plan, customized as required by Local Rule 3018-1 and as further modified as attached to the Debtor's Motion shall be served via U.S. Mail on all creditors and equity security holders entitled to vote on the plan via paper.  Trustee

Services, Inc. shall file a certificate of service as required under Local Rule 2002-1(F).

**(B)** On or before the date indicated above as "PROPONENT'S DEADLINE FOR SERVING NOTICE OF FEE APPLICATIONS", the plan proponent shall serve a notice of hearing of all fee applications, identifying each applicant and the amounts requested. The notice shall be served on all creditors, all equity security holders, and all other parties in interest as required by the Bankruptcy and Local Rules, including those listed on a "Master Service List" required to be filed pursuant to Local Rules 2002-1(H). The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

**(C)** On or before 5:00 p.m. on the date indicated above as "PROPONENT'S DEADLINE FOR FILING PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT", the plan proponent shall file with the court the Local Form "Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees," and the Local Form "Confirmation Affidavit". The "Confirmation Affidavit" shall set forth the facts upon which the plan proponent relies to establish that each of the requirements of 11 U.S.C. §1129 are satisfied. The "Confirmation Affidavit" should be prepared so that by reading it, the court can easily understand the significant terms of the plan and other material facts relating to confirmation of the plan. The individual executing the "Confirmation Affidavit" shall be present at the confirmation hearing.

If the plan proponent does not timely comply with any of the requirements of this order, the court may impose sanctions at the confirmation hearing without further notice including dismissal, conversion of the case to chapter 7, or the striking of the plan. The court will also consider dismissal or conversion at the confirmation hearing at the request of any party or on the court's own motion.

7. [If debtor is an individual] the debtor shall file, on or before the date indicated above, the Local Form "Certificate for Confirmation Regarding Payment of Domestic Support Obligations and Filing of Required Tax Returns".

8. The Debtor's Motion [ECF No. 417] is GRANTED.

9. The form of the Ballot attached to the Motion and procedures to follow are approved.

10. The Debtor is authorized to pay Trustee Services, Inc. for the costs and fees associated with the Solicitation Package up to $5,000 absent further Court Order.[1]

11. Trustee Services, Inc. is the Claims and Balloting agent and the Clerk of Court is directed to not docket any ballots received but rather date stamp them as of the date received and transmit them to Trustee Services, Inc. for docketing and transmittal to Debtor's counsel.

###

**Submitted By:**
Peter D. Russin, Esquire
Florida Bar No. 765902
prussin@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Counsel for Debtor in Possesion*
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  (305) 358-6363
Telefax:     (305) 358-1221
**Copies Furnished To:**
Trustee Services, Inc., is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.