

**ORDERED in the Southern District of Florida on December 6, 2018.**

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

MIAMI INTERNATIONAL MEDICAL CENTER, LLC[1]          Case No. 18-12741-LMI
d/b/a THE MIAMI MEDICAL CENTER,                     Chapter 11

       Debtor.
_____/

**FINAL ORDER EXTENDING COURT'S PRIOR ORDER AUTHORIZING DEBTOR IN POSSESSION TO OBTAIN ADDITIONAL POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 364(C) AND (D) AND FED.R.BANKR.P. 4001(C) AND SCHEDULING FINAL HEARING**

      **THIS CAUSE** came before the Court on November 29, 2018 at 1:30 p.m. (the *"Final Hearing"*) upon the *Motion to Extend Court's Prior Order Authorizing Debtor in Possession to Obtain Additional Post-Petition Financing Pursuant to 11 U.S.C. §§ 364(c) and (d) and*

---

[1] The Debtor's current mailing address is 5959 NW 7 St, Miami, FL 33126 and its EIN ends 4362.

1

*Fed.R.Civ.P. 4001(c)* [ECF No. 367] (the ***"Motion"***)[2] filed by Miami International Medical Center, LLC's d/b/a The Miami Medical Center, the above-captioned debtor and debtor in possession (the ***"Debtor"***). The Court having reviewed the Motion, noting no objections to the Motion, having heard arguments of counsel, and based upon the reasons set forth on the record which are incorporated herein by reference, does

**ORDER AS FOLLOWS:**

1. The Motion is **GRANTED, as set forth herein**.

2. The Debtor is authorized, on a final basis, to obtain the Additional DIP Loan from the Lender, in the amount of $238,387, pursuant and subject to the terms and conditions set forth in the Motion (and the Budget attached thereto), Term Sheet, and Final DIP Order.

3. The Debtor is authorized to take any and all actions necessary to effectuate the Additional DIP Loan on a final basis.

4. The Lender is authorized to make the Additional DIP Loan to the Debtor immediately upon the entry of this Order. In the event any amounts due under the Additional DIP Loan remain unfunded upon the closing of the sale of the Debtor's assets to VCH (as authorized by the Final Sale Order), VCH shall fund such unfunded amounts to the Debtor at the closing.

5. VCH shall not be entitled to repayment of the Additional DIP Loan in this case. For the avoidance of doubt, the Additional DIP Loan shall not be repaid by the Debtor or from any assets of the Debtor's estate, shall not be treated as an administrative expense, and shall not be repaid from $1,800,000 settlement fund approved in this Court's VCH Settlement Order or from any other recoveries in this case.

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

4068382

3

6.       The fourteen (14) day stay provisions of Bankruptcy Rule 6004(h), to the extent applicable, are waived and shall not apply to this Final Order. This Final Order shall be immediately effective upon entry.

7.       This Order shall constitute findings of fact and conclusions of law pursuant to Fed. R. Bankr. P. 7052, made applicable to this proceeding by Fed. R. Bankr. P. 9014.

8.       The Court reserves jurisdiction to enforce the terms of this Order and the Additional DIP Loan.

###

**Submitted By:**
Peter D. Russin, Esquire
Florida Bar No. 765902
prussin@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
*Counsel for Debtor in Possession*
200 South Biscayne Boulevard, Ste 3200
Miami, Florida 33131
Telephone:   (305) 358-6363
Telefax:   (305) 358-1221

**Copies Furnished To:**
Peter D. Russin, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.