UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

MIAMI INTERNATIONAL MEDICAL CENTER, LLC[1]    Case No. 18-12741-LMI
d/b/a THE MIAMI MEDICAL CENTER,                Chapter 11

     Debtor.
_____/

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTOR'S FIRST AMENDED LIQUIDATING CHAPTER 11 PLAN

**PLEASE TAKE NOTICE** that on January 30, 2019, the **Effective Date** occurred under the *First Amended Liquidating Chapter 11 Plan*, dated December 3, 2018 [ECF No. 469](the "***Plan***"), as confirmed pursuant to an order of the Bankruptcy Court dated January 15, 2019 (the ***"Confirmation Order"***)[ECF No. 557].

**PLEASE TAKE FURTHER NOTICE** that any and all provisions of the Plan and the Confirmation Order are in full force and effect.

**PLEASE TAKE FURTHER NOTICE** that the Plan and Confirmation Order are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Miami, FL 33128. The Plan, Confirmation Order and related documents are also available at the Bankruptcy Court's website at www.flsb.uscourts.gov. Please note that a PACER/ECF password and login are required to access documents on the Bankruptcy Court's website.

---

[1] The Debtor's current mailing address is 5959 NW 7 St, Miami, FL 33126 and its EIN ends 4362.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on January 30, 2019, via the Court's Notice of Electronic Filing upon Registered Users set forth on the attached **Exhibit 1** and served via U.S. regular mail upon the parties listed on the Manual Service List and Master Service List attached as **Composite Exhibit 2**.

s/ Peter D. Russin
Peter D. Russin, Esquire
Florida Bar No. 765902
prussin@melandrussin.com
Daniel N. Gonzalez, Esquire
Florida Bar No. 592749
dgonzalez@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Debtor-in-Possession*

**Electronic Mail Notice List**                                        **EXHIBIT 1**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Johanna Armengol    Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov
- Leyza F. Blanco    lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- Omar K Bradford    obradford@gjb-law.com, gjbecf@gjb-law.com;scomer@gjb-law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com
- Jacqueline Calderin    jc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com
- Robert P. Charbonneau    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- Samuel Cili    scili@drbdc-law.com, jperez@drbdc-law.com
- Ileana Cruz    cao.bkc@miamidade.gov
- Ronald M Emanuel    ron.emanuel@emzwlaw.com, laura.bolinsky@emzwlaw.com;eservice@emzwlaw.com
- Jorge L Fors    jfors@forslegal.com, info@forslegal.com
- Daniel N Gonzalez    dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;dgonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Harvey W Gurland    hwgurland@duanemorris.com, nmcastillo@duanemorris.com;pnmendoza@duanemorris.com;AutoDocketMIA@duanemorris.com
- Robert A Gusrae    ROBERT.GUSRAE@GMAIL.COM, Gusraelaw@gmail.com
- Andrew R Herron    aherron@herronortiz.com, ndrubin@herronortiz.com;pcabrera@herronortiz.com
- Kenneth B Jacobs    kjacobs@gray-robinson.com, kim.miller@gray-robinson.com,david.hendrix@gray-robinson.com
- Matthew L Lines    lines@irlaw.com
- Kenneth Mather    kmather@gunster.com, tkennedy@gunster.com;mweaver@gunster.com
- Glenn D Moses    gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com
- Rachel Nanes    rachel.nanes@dlapiper.com, yohami.lamguerra@dlapiper.com;Diana.delcampo@dlapiper.com;docketingchicago@dlapiper.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jimmy D. Parrish    jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;jdriggers@bakerlaw.com;egreen@bakerlaw.com
- Edwin G. Rice    erice@babc.com, ddecker@babc.com;dmills@babc.com
- Peter D. Russin    prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;prussin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

- Ruben M Saenz    msaenz@saenzanderson.com, ursula@saenzanderson.com
- David Samole    das@kttlaw.com, mc@kttlaw.com;ycc@kttlaw.com
- Paul Steven Singerman    singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Trustee Services, Inc.    kaw@trusteeservices.biz, sandirose.magder@gmail.com;laura@trusteeservices.biz
- Tamara Van Heel    tvh@agentislaw.com, tvh@ecf.courtdrive.com;nsocorro@agentislaw.com;bankruptcy@agentislaw.com
- Brian P Yates    byates@garlawfirm.com, mmanganelly@garlawfirm.com;emiller@garlawfirm.com;hcohen@garlawfirm.com;gguzman@garlawfirm.com

**Manual Notice List**                                    **COMPOSITE EXHIBIT 2**

Karl David Acuff
1615 Village Square Boulevard, Suite 2
Tallahassee, FL 32309-2770

Alexander. E Binelo
1450 Brickell Avenue, 18th Floor
Miami, FL 33131

Kevin E Cook
1201 Walnut Street, Suite 1700
Kansas City, MO 64106-2246

Warren J Martin
Porzio Bromberg & Newman P.C.
100 Southgate Parkway
Morristown, NJ 07960

Med One Capital Funding, LLC
Med One Capital Funding, LLC
36 South State Street, 14th Floor
Salt Lake City, UT 84111

Barry Mukamal
1000 South Federal Highway
Suite 200
Ft. Lauderdale, FL 33316

Rachel A Parisi
Porzio Bromberg & Newman P.C.
100 Southgate Parkway
Morristown, NJ 07960

Robert M Schecter
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07960

William R. Nash, Inc.
12981 NW 113th CT
Miami, FL 33178

**U.S. Trustee:** *(Notice provided via NEF)*
Office of The United States Trustee
51 SW First Avenue, Room 1204
Miami, FL 33130

**Debtor-in-Possession:** *(via U.S. Mail)*
Miami International Medical Center, LLC
d/b/a The Miami Medical Center
5959 NW 7 Street
Miami, FL 33126-0000

**Debtor-in-Possession's Attorney:**
*(Notice provided via NEF)*
Peter D. Russin, Esquire
Daniel N. Gonzalez, Esquire
Meland Russin & Budwick, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131

**Unsecured Creditors** *(via U.S. Mail)*
**Committee Members:**
Blase B. Iaconelli,
Assistant General Counsel
Aramark Healthcare Support Services, LLC
Aramark Tower, 29th Floor
1101 Market Street
Philadelphia, PA 19107
iaconelli-blase@aramark.com

Brad Phister
Cardinal Health 110, LLC
Cardinal Health 200, LLC and
Cardinal Health Pharmacy Services, LLC
7000 Cardinal Place
Dublin, OH 43017
Brad.Phister@cardinalhealth.com

Judd Goldberg, Esq.
Associate Vice President and
Associate General Counsel
University of Miami
1320 South Dixie Highway
Gables One Tower, #1250
Coral Gables, FL 33146
jgoldberg@miami.edu

Gregory G. Jackson
Sr. Director Legal Affairs
NuVasive, Inc.
7475 Lusk Blvd.
San Diego, CA 92121
gjackson@nuvasive.com

Margaret Schunko
Sr. Director of Financial
Planning & Operations Arthrex, Inc.
1265 Creekside Parkway
Naples, FL 34108
Margaret.Schunko@arthrex.com

**Committee Counsel:**
*(Notice provided via NEF)*

Agentis PLLC
Robert P. Charbonneau, Esq.
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
E-Mail: rpc@agentislaw.com

Agentis PLLC
Jacqueline Calderin, Esq.
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
E-Mail: jc@agentislaw.com

Porzio, Bromberg & Newman, P.C.
Robert M. Schechter, Esq.
Warren J. Martin, Jr.
Rachel A. Parisi, Esq.
100 Southgate Parkway
Morristown, NJ 07962
E-Mail: rmschechter@pbnlaw.com

**Secured Creditors:** *(via U.S. Mail)*
General Electric Capital Corp
PO Box 641419
Pittsburgh, PA 15264-1419

Intuitive Surgical Inc
1266 Kifer Rd
Bldg 101
Sunnyvale, CA 94086-5304

**MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)**

Intuitive Surgical, Inc.
1020 Kifer Rd
Sunnyvale, CA 94086

Laser Surgical of Florida
1121 East Commercial Blvd
Suite A
Fort Lauderdale, FL 33334

Laser Surgical of Florida Inc
555 NE 15 St
Ste 21-A
Miami, FL 33132

MidFirst Bank
Attn: Legal Dept
501 NW Grand Blvd
Oklahoma City, OK 73118

Olympus America Inc
FIS/2d Fl
3500 Corporate Pkwy
Center Valley, PA 18034-0610

Olympus America Inc
Financial Serv Dept
3500 Corporate Pkwy
Center Valley, PA 18034-0610

Olympus Financial Services
Box 200183
Pittsburgh, PA 15251-0183

US Bank Equipment Finance
1310 Madrid St
Marshall, MN 56258

US Bank Equipment Finance
PO Box 790448
St Louis, MO 63179-0448

Variety Children's Hospital dba
Nicklaus Children's Hospital
3100 SW 62 Ave
Attn: CFO
Miami, FL 33155

**United States and its agencies:**
*(via U.S. Mail)*
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Services
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

**Notice of Appearances:**
*(Notice provided via NEF*
*Upon Registered Users)*

Rachel Nanes, Esq.
DLA Piper LLP (US)
200 S. Biscayne Blvd., Suite 2500
Miami, Florida 33131
Email: rachel.nanes@dlapiper.com

Thomas R. Califano, Esq.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Email: thomas.califano@dlapiper.com

Paul Steven Singerman, Esq.
Berger Singerman LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
E-mail: singerman@bergersingerman.com

Andrew R. Herron, Esq.
Herron Ortiz PA
255 Alhambra Circle, Suite 1060
Coral Gables, Florida 33134
aherron@herronortiz.com

Jordan L. Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, FL 33432
Email: office@rorlawfirm.com

**MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)**

Michael R. Lastowski, Esquire
James J. Holman, Esquire
Jarret P. Hitchings, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Email: MRLastowski@duanemorris.com
JJHolman@duanemorris.com
JPHitchings@duanemorris.com

Matthew L. Lines, Esq.
Isicoff Ragatz
601 Brickell Key Drive
Suite 750
Miami, Florida 33131
E-mail: lines@irlaw.com

Jorge L. Fors, Esq.
Fors | Attorneys At Law
1108 Ponce de Leon Blvd.
Coral Gables, FL 33134
Email: info@forslegal.com
jfors@forslegal.com

Edwin G. Rice
Bradley Arant Boult Cummings, LLP
1 00 North Tampa Street, Suite 2200
Tampa, Florida 33602
Email: erice@bradlev.com
ddecker@bradley.com

David A. Samole, Esquire
Kozyak Tropin & Throckmorton, LLP
Counsel for NMFLP, LLC
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
Email: das@kttlaw.com

Kenneth G.M. Mather, Esq.
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL 33602
E-mail: kmather@gunster.com

David S. Garbett
Brian P. Yates
Garbett, Allen & Roza, P.A.
Brickell City Tower, Suite 3100
80 S.W. 8th Street
Miami, Florida 33130
E-mail: dgarbett@gsarlaw.com
byates@gsarlaw.com

Gray | Robinson, P.A.
Kenneth B. Jacobs, Esq.
Jason Burnett, Esq. (pending admission)
Steven Soloman, Esq.
50 North Laura Street, Suite 1100
Jacksonville, FL 32202
Email: ken.jacobs@gray-robinson.com
jason.burnett@gray-robinson.com
steven.soloman@gray-robinson.com

Ileana Cruz
Assistant County Attorney
Miami-Dade County Attorney's Office
111 N.W. 1st Street
Suite 2810
Miami, FL 33128-1993
Telephone: (305) 375-5151
Telefax: (305) 375-5611
E-Mail ileanac@miamidade.gov
cao.bkc@miamidade.gov

Ronald M. Emanuel, Esq.
EMANUEL & ZWIEBEL, PLLC
7900 Peters Road
Executive Court at Jacaranda
Building B, Suite 100
Plantation, Florida 33324
Email: ron.emanuel@emzwlaw.com
laura.bolinsky@emzwlaw.com
eservice@emzwlaw.com

Robert A. Gusrae, Esq.
Law Office of Robert A. Gusrae, Esq.
530 Lavers Cir #158
Delray Beach, FL 33444
Email: Gusraelaw@gmail.com

**MASTER SERVICE LIST PER LOCAL RULE 2002-1(H)**

Michael A. Frank, Esq.
Law Offices of Michael J. Brooks,
Michael A. Frank & Rodolfo H. De La Guardia, Jr.
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
E-mail: Pleadings@bkclawmiami.com

Jimmy D. Parrish, Esq.
Baker & Hostetler LLP
200 S. Orange Ave. SunTrust Center
Suite 2300
Orlando, FL 32801-3432
Email: jparrish@bakerlaw.com
jdriggers@bakerlaw.com
orlbakerdocket@bakerlaw.com

R. Martin Saenz, Esq.
Saenz & Anderson, PLLC
20900 N.E. 30th Avenue, Ste. 800
Aventura, Florida 33180
Email: msaenz@saenzanderson.com

**Notice of Appearances:**
*(Notice provided via US Mail)*

Med One Capital Funding, LLC
Attn: David H. Leigh
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
E-mail: dleigh@rqn.com

Alexis Gonzalez
Paralegal Collection Specialist
Miami Dade Bankruptcy Unit
200 NW 2ND Avenue, #430
Miami, FL 33128
E-Mail: alexisg@miamidade.gov