**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

MIAMI INTERNATIONAL MEDICAL CENTER,          Case No.: 18-12741-LMI
LLC d/b/a THE MIAMI MEDICAL CENTER           Chapter 11

_____Debtor._____ /

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the ***Motion of Liquidating Trustee***

***for an Order Approving the Sale of Certain Assets of the Liquidating Trust Free and Clear of***

***Liens, Claims, Interests, and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and***

***Related Relief*** [ECF# 948] was served by transmission of Notices of Electronic Filing generated

by CM/ECF to those parties registered to receive electronic notices of filing in this case on via

U.S. Mail to the parties on the attached service list on January 23, 2024.

AGENTIS PLLC
***Co-Counsel for the Liquidating Trustee***
45 Almeria Avenue
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

By: _____
    Robert P. Charbonneau
    Florida Bar No.: 968234
    rpc@agentislaw.com



**18-12741-LMI Notice will be electronically mailed to:**

Leyza F. Blanco, Esq. on behalf of Creditor Cigna Healthcare of Florida, Inc.
lblanco@sequorlaw.com, jdiaz@sequorlaw.com

Leyza F. Blanco, Esq. on behalf of Creditor HealthSpring of Florida, Inc.
lblanco@sequorlaw.com, jdiaz@sequorlaw.com

Leyza F. Blanco, Esq. on behalf of Mediator Leyza F Blanco
lblanco@sequorlaw.com, jdiaz@sequorlaw.com

Omar K Bradford on behalf of Creditor HealthTronics Mobile Solutions, LLC
obradford@gjb-law.com, gjbecf@gjb-law.com;scomer@gjb-
law.com;gjbecf@ecf.courtdrive.com;jzamora@gjb-law.com

John M Brennan, Jr on behalf of Defendant RC Group, LLC
jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com

John M Brennan, Jr on behalf of Defendant The R.C. Group Inc.
jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com

John M Brennan, Jr on behalf of Defendant Reinerio P Cruz
jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com

John M Brennan, Jr on behalf of Interested Party The RC Group
jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com

Jacqueline Calderin, Esq. on behalf of Creditor Committee Creditor Committee
jc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com

Jacqueline Calderin, Esq. on behalf of Financial Advisor Clifford A Zucker
jc@agentislaw.com, bankruptcy@agentislaw.com;nsocorro@agentislaw.com

Robert P. Charbonneau, Esq. on behalf of Creditor Committee Creditor Committee
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Robert P. Charbonneau, Esq. on behalf of Financial Advisor Clifford A Zucker
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Robert P. Charbonneau, Esq. on behalf of Other Professional The Liquidating Trustee
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Robert P. Charbonneau, Esq. on behalf of Other Professional Clifford Zucker
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Robert P. Charbonneau, Esq. on behalf of Plaintiff Official Committee of Unsecured Creditors



rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Robert P. Charbonneau, Esq. on behalf of Plaintiff Official Committee of Unsecured Creditors of Miami
International Medical Center LLC
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Robert P. Charbonneau, Esq. on behalf of Plaintiff CLIFFORD A. ZUCKER
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Robert P. Charbonneau, Esq. on behalf of Plaintiff Clifford Zucker
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Robert P. Charbonneau, Esq. on behalf of Special Counsel Robert M Schechter
rpc@agentislaw.com,
nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Samuel Cili on behalf of Defendant The R.C. Group Inc.
scili@drbdc-law.com, tcruz@drbdc-law.com

Samuel Cili on behalf of Defendant Reinerio P Cruz
scili@drbdc-law.com, tcruz@drbdc-law.com

Jesse R Cloyd on behalf of Other Professional The Liquidating Trustee
jrc@agentislaw.com,
bankruptcy@agentislaw.com;nsocorro@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

G Ware Cornell Jr., Esq. on behalf of Defendant Aren Laljie
ware@warecornell.com

Ileana Cruz on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

Ileana Cruz on behalf of Defendant Miami-Dade County
cao.bkc@miamidade.gov

Jorge Luis Cruz on behalf of Defendant RC Group, LLC
jcruz@drbdc-law.com, service-jlc@drbdc-law.com;eligonzalez@drbdc-law.com;jperalta@drbdc-
law.com

Jorge Luis Cruz on behalf of Defendant The R.C. Group Inc.
jcruz@drbdc-law.com, service-jlc@drbdc-law.com;eligonzalez@drbdc-law.com;jperalta@drbdc-
law.com

Jorge Luis Cruz on behalf of Defendant Reinerio P Cruz
jcruz@drbdc-law.com, service-jlc@drbdc-law.com;eligonzalez@drbdc-law.com;jperalta@drbdc-
law.com



Jorge Luis Cruz on behalf of Interested Party The RC Group
jcruz@drbdc-law.com, service-jlc@drbdc-law.com;eligonzalez@drbdc-law.com;jperalta@drbdc-law.com

Carlos Luis DE Zayas on behalf of Creditor David Galbut
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Creditor Jonathan Hyde
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Creditor Naaman Abdulah
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Creditor Robert Miki
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Creditor Stephen Alex
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Defendant Christian Gonzalez
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Defendant David l. Galbut
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Defendant Georgiy Brusovanik
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Defendant Jonathan Hyde
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Defendant Luis R. Allende-Ruiz
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Defendant Naaman Abdullah
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Defendant Roberto Miki
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Defendant Shane Zamani
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Defendant Stephen Alex
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Interested Party Christian Gonzalez
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com



45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

Carlos Luis DE Zayas on behalf of Interested Party Georgiy Brusovanik
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Interested Party Luis R. Allende-Ruiz
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Carlos Luis DE Zayas on behalf of Interested Party Shane Zamani
cdz@lydeckerdiaz.com, clv@lydecker.com;vb@lydeckerdiaz.com

Kathleen L DiSanto on behalf of Interested Party Adam T Powell
kdisanto@bushross.com, ksprehn@bushross.com

Ronald M Emanuel, Esq on behalf of Creditor U.S. Bank National Association d/b/a U.S. Bank
Equipment Finance
ron.emanuel@emzwlaw.com,
martha.rivera@emzwlaw.com;eservice@emzwlaw.com;cindy.carhartt@emzwlaw.com

Jorge L Fors on behalf of Creditor Laser Surgical of Florida, Inc.
jfors@forslegal.com, info@forslegal.com

Ray Garcia on behalf of Defendant Alemany Building Solutions Corp.
rgarcia@raygarcialaw.com, sandra@raygarcialaw.com

Ray Garcia on behalf of Defendant Alemany Building Solutions, LLC
rgarcia@raygarcialaw.com, sandra@raygarcialaw.com

John C German on behalf of Defendant Morrison, Brown, Argiz & Farra, LLC
cody.german@csklegal.com, Nicolle.Quant@csklegal.com

Jeffrey C Gilbert on behalf of Defendant James Adamson
jgilbert@cozen.com

Daniel N Gonzalez, Esq on behalf of Debtor Miami International Medical Center, LLC
dgonzalez@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;gonzalez@ecf.courtdrive.com;ltannenbaum@e
cf.courtdrive.com;phornia@ecf.courtdrive.com

Harvey W Gurland, Jr on behalf of Creditor Aramark Healthcare Support Services, Inc.
hwgurland@duanemorris.com, YArnavat-
Parga@duanemorris.com;pnmendoza@duanemorris.com;AutoDocketMIA@duanemorris.com

Jordi Guso, Esq. on behalf of Defendant Lee Huntley
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Robert A Gusrae on behalf of Creditor Boca Radiology Group
ROBERT.GUSRAE@GMAIL.COM, gusraelaw@gmail.com;gusrae.robertr101832@notify.bestcase.com

Andrew R Herron on behalf of Interested Party Armando Hernandez-Rey
aherron@homerbonner.com, jyanes@homerbonner.com

5



John S Jenkins on behalf of Defendant Raymond Kelly
sjenkins@jsjlawfirm.com, notices@nextchapterbk.com;service@jsjlawfirm.com

Jonathan Robert Lanni on behalf of Defendant The R.C. Group Inc.
jlanni@drbdc-law.com, isanchez@drbdc-law.com

Jonathan Robert Lanni on behalf of Defendant Reinerio P Cruz
jlanni@drbdc-law.com, isanchez@drbdc-law.com

Peter H Levitt, Esq on behalf of Defendant Glenn Salkind
plevitt@shutts-law.com, sboisvert@shutts.com

Peter H Levitt, Esq on behalf of Defendant Javier Vizosa
plevitt@shutts-law.com, sboisvert@shutts.com

Matthew L Lines, Esq. on behalf of Creditor University of Miami
lines@irlaw.com, fernandez@irlaw.com;aleman@irlaw.com

Aleida Martinez Molina on behalf of Defendant Dan Saale
aleida@axslawgroup.com

Aleida Martinez Molina on behalf of Defendant Timothy O'Brien
aleida@axslawgroup.com

Jason A Martorella on behalf of Other Professional The Liquidating Trustee
jam@agentislaw.com,
service@agentislaw.com;JAM@ecf.courtdrive.com;nvillegas@agentislaw.com;lss@agentislaw.com;bss
@agentislaw.com

Jason A Martorella on behalf of Other Professional Clifford Zucker
jam@agentislaw.com,
service@agentislaw.com;JAM@ecf.courtdrive.com;nvillegas@agentislaw.com;lss@agentislaw.com;bss
@agentislaw.com

Jason A Martorella on behalf of Plaintiff Clifford Zucker
jam@agentislaw.com,
service@agentislaw.com;JAM@ecf.courtdrive.com;nvillegas@agentislaw.com;lss@agentislaw.com;bss
@agentislaw.com

Kenneth Mather on behalf of Interested Party OneBlood, Inc.
kmather@gunster.com, tkennedy@gunster.com;mweaver@gunster.com

Alejandro M Miyar on behalf of Defendant Lee Huntley
amiyar@bergersingerman.com,
lyun@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Glenn D Moses, Esq on behalf of Creditor Cardinal Health 110, LLC
gmoses@gjb-law.com, gjbecf@gjb-law.com;cscavone@gjb-law.com;vlambdin@gjb-
law.com;gjbecf@ecf.courtdrive.com;imalcolm@gjb-law.com;jsardina@gjb-



45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

law.com;imalcolm@ecf.courtdrive.com

Glenn D Moses, Esq on behalf of Creditor Cardinal Health 200, LLC
gmoses@gjb-law.com, gjbecf@gjb-law.com;cscavone@gjb-law.com;vlambdin@gjb-law.com;gjbecf@ecf.courtdrive.com;imalcolm@gjb-law.com;jsardina@gjb-law.com;imalcolm@ecf.courtdrive.com

Rachel Nanes on behalf of Creditor Childrens Health Ventures, Inc.
rachel.nanes@dlapiper.com, Diana.delcampo@dlapiper.com;docketingchicago@dlapiper.com;rachel-nanes-6543@ecf.pacerpro.com

Rachel Nanes on behalf of Creditor Variety Childrens Hospital, d/b/a Nicklaus Childrens Hospital
rachel.nanes@dlapiper.com, Diana.delcampo@dlapiper.com;docketingchicago@dlapiper.com;rachel-nanes-6543@ecf.pacerpro.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jimmy D. Parrish on behalf of Creditor SpecialtyCare, Inc.
jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com;cmartin@bakerlaw.com

Edwin G. Rice on behalf of Creditor NuVasive, Inc.
erice@bradley.com, ddecker@babc.com;dmills@babc.com;erice@ecf.courtdrive.com

Ariel Rodriguez on behalf of U.S. Trustee Office of the US Trustee
ariel.rodriguez@usdoj.gov

Ruben M Saenz on behalf of Creditor Julie Arango
msaenz@saenzanderson.com, ursula@saenzanderson.com

David Samole, Esq on behalf of Creditor Nueterra Equity Partners, LLC
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Defendant Andre Kevin Standefer
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Defendant David Hensley
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Defendant Greg Larocque
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Defendant Jim Morse
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Defendant John Foudray
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Defendant John Schario
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com



45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

David Samole, Esq on behalf of Defendant Jon Friesen
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Defendant Lenora Woolsey
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Defendant Marty Winslow
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Defendant Mary Ryan
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Defendant Peter Cole
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Defendant Sheila Knoepke
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party NMFLP, LLC
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party David Hensley
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Greg Larocque
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Jim Morse
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party John Foudray
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party John Schario
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Jon Friesen
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Kevin Standefer
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Lenora Woolsey
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Marty Winslow
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Mary Ryan



45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Peter Cole
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

David Samole, Esq on behalf of Interested Party Sheila Knoepke
das@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com

Steven Harris Silton on behalf of Defendant James Adamson
ssilton@cozen.com, akulbeik@cozen.com;jgilbert@cozen.com

Paul Steven Singerman, Esq on behalf of Creditor MidFirst Bank
singerman@bergersingerman.com,
asanchez@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Trustee Services, Inc.
kaw@trusteeservices.biz, sandirose.magder@gmail.com;laura@trusteeservices.biz

Tamara Van Heel on behalf of Other Professional Clifford Zucker
tvh@agentislaw.com, bankruptcy@agentislaw.com

Tamara Van Heel on behalf of Plaintiff Official Committee of Unsecured Creditors
tvh@agentislaw.com, bankruptcy@agentislaw.com

Tamara Van Heel on behalf of Plaintiff CLIFFORD A. ZUCKER
tvh@agentislaw.com, bankruptcy@agentislaw.com

Brian P Yates on behalf of Creditor OHL - Arellano Construction Company
byates@garlawfirm.com,
emiller@garlawfirm.com;hcohen@garlawfirm.com;ltommasi@garlawfirm.com;gguzman@garlawfirm.com

Elizabeth E Zimmaro on behalf of Interested Party Harvard Jolly, Inc.
eez@derreverelaw.com

agentis
Legal Advocates & Advisors

45 Almeria Avenue · Coral Gables, Florida 33134 · T. 305.722.2002 · www.agentislaw.com

**Debtor-in-Possession:** *(via U.S. Mail)*
Miami International Medical Center, LLC
d/b/a The Miami Medical Center
5959 NW 7 Street
Miami, FL 33126-0000

General Electric Capital Corp
PO Box 641419
Pittsburgh, PA 15264-1419

Intuitive Surgical Inc
1266 Kifer Rd
Bldg 101
Sunnyvale, CA 94086-5304

Intuitive Surgical, Inc.
1020 Kifer Rd
Sunnyvale, CA 94086

Laser Surgical of Florida
1121 East Commercial Blvd
Suite A
Fort Lauderdale, FL 33334

Laser Surgical of Florida Inc
555 NE 15 St
Ste 21-A
Miami, FL 33132

MidFirst Bank
Attn: Legal Dept
501 NW Grand Blvd
Oklahoma City, OK 73118

Olympus America Inc
FIS/2d Fl
3500 Corporate Pkwy
Center Valley, PA 18034-0610

Olympus America Inc
Financial Serv Dept
3500 Corporate Pkwy
Center Valley, PA 18034-0610

Olympus Financial Services
Box 200183
Pittsburgh, PA 15251-0183

US Bank Equipment Finance
1310 Madrid St
Marshall, MN 56258

US Bank Equipment Finance
PO Box 790448
St Louis, MO 63179-0448

Variety Children's Hospital dba
Nicklaus Children's Hospital
3100 SW 62 Ave
Attn: CFO
Miami, FL 33155

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Services
Insolvency Unit
7850 S.W. 6th Court
Mail Stop 5730
Plantation, FL 33324

Blase B. Iaconelli,
Assistant General Counsel
Aramark Healthcare Support Services, LLC
Aramark Tower, 29th Floor
1101 Market Street
Philadelphia, PA 19107

Brad Phister
Cardinal Health 110, LLC
Cardinal Health 200, LLC and
Cardinal Health Pharmacy Services, LLC
7000 Cardinal Place
Dublin, OH 43017

Judd Goldberg, Esq.
Associate Vice President and
Associate General Counsel
University of Miami
1320 South Dixie Highway
Gables One Tower, #1250
Coral Gables, FL 33146

Gregory G. Jackson
Sr. Director Legal Affairs
NuVasive, Inc.
7475 Lusk Blvd.
San Diego, CA 92121

Margaret Schunko
Sr. Director of Financial
Planning & Operations Arthrex, Inc.
1265 Creekside Parkway
Naples, FL 34108

Med One Capital Funding, LLC
Attn: David H. Leigh
36 South State Street, 14th Floor
Salt Lake City, Utah 84111

Alexis Gonzalez
Paralegal Collection Specialist
Miami Dade Bankruptcy Unit
200 NW 2ND Avenue, #430
Miami, FL 33128

Peter V. Fullerton, Esq.
3640 Galileo Drive
Fort Collins, COP 80528